1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VINEYARD INVESTIGATIONS,                 No.  1:19-cv-01482-LJO-SKO

12              Plaintiff,

13         v.                                 ORDER RE: STIPULATION FOR
                                              EXTENSION OF TIME
14   E. & J. GALLO WINERY,
                                              (Doc. 7)
15              Defendant.

16

17         Pursuant to the parties' stipulation (Doc. 7) and for good cause shown, the Court ORDERS

18   as follows:

19         1.     The deadline for Defendant to answer, move, or otherwise respond to the Complaint

20   is hereby extended by 45 days to December 27, 2019;

21         2.     In the event that Defendant files a motion in lieu of filing an answer to the

22   Complaint, Plaintiff shall file any opposition to the motion by no later than January 24, 2020. In the

23   event that Defendant files a responsive pleading that requires a response, Plaintiff shall file its

24   response by no later than January 31, 2020;

25         3.     Defendant shall file any reply to the opposition by not later than February 7, 2020;

26   and

27   ///

28   ///

1         4.     Defendant shall notice the hearing on said motion on a date acceptable to the Court,

2    but not earlier than February 14, 2020.

3

4    IT IS SO ORDERED.

5    Dated:   **November 7, 2019**                   /s/ *Sheila K. Oberto*

6                                           UNITED STATES MAGISTRATE JUDGE