

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

VINEYARD INVESTIGATIONS, *a California corporation*
                Plaintiff,      Case No. 1:19-cv-01482-NONE-SKO

v.

E. & J. GALLO WINERY, *a California corporation*
                Defendant.

I, __Jenny J. Zhang__, attorney for __Defendant and Counter Claimant E. & J. Gallo Winery, *a California corporation*__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Goodwin Procter LLP |
| Address: | 1900 N Street, N.W., |
| | _____ |
| City: | Washington |
| State: | District of Columbia  ZIP Code: 20036 |
| Voice Phone: | ( 202 ) 346-4000 |
| FAX Phone: | ( 202 ) 346-4444 |
| Internet E-mail: | JZhang@goodwinlaw.com |
| Additional E-mail: | _____ |
| I reside in City: | Washington  State: District of Columbia |

I was admitted to practice in the __District of Columbia Bar__ (court) on _May 5, 2017_ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: _Elizabeth J. Low_

Firm Name: _Goodwin Procter LLP_

Address: _601 Marshall Street_

_____

City: _Redwood City_

State: _California_  ZIP Code: _94063_

Voice Phone: ( 650 ) 752-3100

FAX Phone: ( 650 ) 853-1038

E-mail: _elow@goodwinlaw.com_

Dated: _4/27/2021_  Petitioner: _/s/ Jenny J. Zhang_

**ORDER**

IT IS SO ORDERED.

Dated: 4/28/2021

/s/ Sheila K. Oberto
JUDGE, U.S. DISTRICT COURT