

# United States District Court
# Eastern District of California

| Vineyard Investigations | Case Number: 1:19-cv-01482-NONE-SKO |

Plaintiff(s)

V.

| E. & J. Gallo Winery |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Myomi Coad** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Defendant and Counter-Claimant, E. & J. Gallo Winery**

On **01/10/2014** (date), I was admitted to practice and presently in good standing in the **District of Columbia** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **07/21/2021**      Signature of Applicant: /s/ **Myomi Coad**

**Pro Hac Vice Attorney**

Applicant's Name: Myomi Coad
Law Firm Name: Goodwin Procter LLP
Address: 1900 N Street, N.W.

City: Washington   State: DC   Zip: 20036-1612
Phone Number w/Area Code: (202) 346-4000
City and State of Residence: Washington, DC
Primary E-mail Address: MCoad@goodwinlaw.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elizabeth J. Low
Law Firm Name: Goodwin Procter LLP
Address: 601 Marshall Street

City: Redwood City   State: CA   Zip: 94063
Phone Number w/Area Code: (650) 752-3100   Bar #: 308098

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/18/2021

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT