UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>  Plaintiff,<br><br>  v.<br><br>E. & J. GALLO WINERY,<br><br>  Defendant. | Case No. 19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO SERVE PRELIMINARY CLAIM CONSTRUCTIONS AND FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>(Doc. 64)<br><br>Judge:    Hon. Jennifer L. Thurston<br>Courtroom: 4 |

Pursuant to the Court's order entered on October 20, 2021, the parties' exchange of preliminary claim constructions was to be completed by April 5, 2022. (*See* Doc. 51 at 11). The parties filed their Stipulation to Extend Time to Serve Preliminary Claim Constructions and File Joint Claim Construction and Prehearing Statement (the "Stipulation") on April 8, 2022—*after* the deadline had passed. (*See* Doc. 64.) The Stipulation also seeks to continue the parties' deadline to file their joint claim construction and prehearing statement from April 12, 2022, to April 18, 2022. (*See id.*)

Although the Court may extend time for discovery after the deadline has expired because of "excusable neglect," Fed. R. Civ. P. 6(b)(1)(B), no such excusable neglect has been articulated—much less shown—here. Notwithstanding this deficiency, and given the absence of bad faith or prejudice to Defendant (as evidenced by the parties' agreement to the modification of case schedule), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court will grant the parties' request to modify the existing case schedule. ***The parties are cautioned that future post hoc request for extensions of time will be viewed with disfavor.***

Having reviewed the Stipulation, and good cause appearing, the Court hereby ORDERS that the amended Scheduling Order (Doc. 51) is MODIFIED as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Exchange of Preliminary Claim Constructions | April 5, 2022 | April 11, 2022 |
| Joint Claim Construction and Prehearing Statement | April 12, 2022 | April 18, 2022 |

All other dates in the amended Scheduling Order (Doc. 51) shall remain as set.

IT IS SO ORDERED.

1  Dated:  **April 11, 2022**                    /s/ *Sheila K. Oberto*
2                                            UNITED STATES MAGISTRATE JUDGE