UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. & J. GALLO WINERY,<br><br>　　　　Defendant. | Case No. 19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>(Doc. 66)<br><br>Judge:　　Hon. Jennifer L. Thurston<br>Courtroom: 4 |

Pending before the Court is the parties' Stipulation to Extend Time to Serve Preliminary Claim Constructions and File Joint Claim Construction and Prehearing Statement. (Doc. 66.) For good cause shown, the Court hereby ORDERS that the deadlines for claim construction (*see* Docs. 51, 65) are modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joint Claim Construction and Prehearing Statement | April 18, 2022 | April 25, 2022 |
| Completion of Claim Construction Discovery | April 26, 2022 | No Change |
| Plaintiff's Opening Claim Construction Brief Filing Deadline | May 11, 2022 | No Change |
| Defendant's Responsive Claim Construction Brief Filing Deadline | May 25, 2022 | No Change |
| Plaintiff's Reply Claim Construction Brief Filing Deadline | June 3, 2022 | No Change |
| Defendant's Sur-Reply Claim Construction Brief Filing Deadline | June 14, 2022 | No Change |
| Claim Construction Hearing | July 7, 2022, at 8:30 a.m. | No Change |

All other dates and deadlines (*see* Doc. 51) shall remain as set.

IT IS SO ORDERED.

Dated:  **April 18, 2022**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE