1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| VINEYARD INVESTIGATIONS, | Case No. 19-cv-1482-JLT-SKO |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR CLAIM CONSTRUCTION BRIEFING** |
| v. | |
| E. & J. GALLO WINERY, | (Doc. 71) |
| Defendant. | Judge:    Hon. Jennifer L. Thurston<br>Courtroom: 4 |

Pending before the Court is the Stipulation to Extend Time to Serve Preliminary Claim Constructions and File Joint Claim Construction and Prehearing Statement filed by Plaintiff Vineyard Investigations ("Vineyard Investigations") and Defendant E. & J. Gallo Winery ("Gallo"). (Doc. 71.)  For good cause shown, the Court ORDERS that the Amended Scheduling Order, dated October 20, 2021 (Doc. 51), the Order Granting Stipulation to Serve Preliminary Claim Constructions and File Joint Claim Construction and Prehearing Statement (Doc. 65), and the Order Granting Stipulation to Extend Deadline to File Joint Claim Construction and Prehearing Statement (Doc. 67), are further MODIFIED as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendant's Responsive Claim Construction Brief Filing Deadline | May 25, 2022 | June 1, 2022 |
| Plaintiff's Reply Claim Construction Brief Filing Deadline | June 3, 2022 | June 10, 2022 |
| Defendant's Sur-Reply Claim Construction Brief Filing Deadline | June 14, 2022 | June 17, 2022 |
| Claim Construction Hearing | July 7, 2022 at 8:30 a.m. | No Change |

No other deadlines set forth in the amended scheduling order (Doc. 51) are affected by these modifications.

IT IS SO ORDERED.

Dated:   **May 26, 2022**                          /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE