| | |
|---|---|
| DARRYL M. WOO (SBN 100513)<br>*DWoo@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center, Suite 2800<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041<br><br>SANJEET K. DUTTA (SBN 203463)<br>*SDutta@goodwinlaw.com*<br>ELIZABETH J. LOW (SBN 308098)<br>*ELow@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 Marshall Street<br>Redwood City, California 94063<br>Tel.: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>JENNY J. ZHANG (SBN 344085)<br>*JZhang@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>1900 N Street, N.W.<br>Washington, DC 20036-1612<br>Tel.: +1 202 346-4000<br>Fax: +1 202 346-4444<br><br>Attorneys for Defendant<br>E. & J. Gallo Winery | TIMOTHY J. BUCHANAN (SBN 100409)<br>*tbuchanan@mccormickbarstow.com*<br>SHANE G. SMITH (SBN 272630)<br>*ssmith@mccormickbarstow.com*<br>**MCCORMICK, BARSTOW, SHEPPARD,**<br>**WAYTE & CARRUTH LLP**<br>7647 North Fresno Street<br>Fresno, CA 93720<br>Tel.: +1 559 433 1300<br>Fax: +1 559 433 2300 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. & J. GALLO WINERY,<br><br>　　　　Defendant. | Case No. 19-cv-1482-JLT-SKO<br><br>**DECLARATION OF DARRYL M. WOO IN SUPPORT OF DEFENDANT E. & J. GALLO WINERY'S OPPOSITION TO PLAINTIFF VINEYARD INVESTIGATIONS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>Judge:　　Hon. Jennifer L. Thurston<br>Courtroom: 4 |

**DECLARATION OF DARRYL M. WOO**

I, Darryl M. Woo, declare as follows:

1. I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant E. & J. Gallo Winery ("Gallo"). I make this declaration in support of Gallo's Opposition to Plaintiff Vineyard Investigations' ("VI") Motion for Leave to File Supplemental Brief. I have personal knowledge of the matters stated herein, and, if called as a witness, I would and could competently testify as to the following.

2. Attached hereto as **Exhibit A** is Gallo's proposed response to VI's supplemental brief.

3. Attached hereto as **Exhibit B** is a true and correct copy of an April 5 – 28, 2022 email chain between the parties' counsel.

4. Attached hereto as **Exhibit C** is a true and correct copy of an April 25, 2022 transmittal email serving the Expert Report of Richard G. Allen Regarding Claim Construction on counsel for VI.

5. Attached hereto as **Exhibit D** is a true and correct copy of a September 10, 2021 email to counsel for VI disclosing Dr. Allen as an expert pursuant to paragraph 7.4 of the protective order. Counsel for VI did not respond to this email.

6. Attached hereto as **Exhibit E** is a true and correct copy of a June 21, 2022 – July 6, 2022 email chain between the parties' counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July, 2022, in San Francisco, California.

                                                                              /s/ Darryl M. Woo
                                                                                    Darryl M. Woo