# EXHIBIT C

| | |
|---|---|
| **From:** | Low, Elizabeth J. |
| **To:** | "Corey Johanningmeier"; "Brenda Entzminger"; Denise De Mory; BDIP_Vineyard |
| **Cc:** | DG-E&J Gallo-Vineyard Invest; Tim Buchanan; "Shane G. Smith" |
| **Subject:** | VI v. Gallo - Expert Report of R. Allen and Document Production |
| **Date:** | Monday, April 25, 2022 7:14:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | Expert Report of Richard G. Allen Regarding Claim Construction.pdf |
| | EJGALLO0001454.pdf |
| | EJGALLO0001458.pdf |

Counsel,

For service, please find enclosed:

- The Expert Report of Richard G. Allen Regarding Claim Construction; and
- Two documents bearing Bates nos. EJGALLO0001454 *et seq.* and EJGALLO0001458 *et seq.*

Thank you,
Beth

**Elizabeth J. Low**
Associate



Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063
o  +1 650 752 3166
f  +1 650 471 6075
ELow@goodwinlaw.com



1   DARRYL M. WOO (SBN 100513)          TIMOTHY J. BUCHANAN (SBN 100409)
    *DWoo@goodwinlaw.com*               *tbuchanan@mccormickbarstow.com*
2   **GOODWIN PROCTER LLP**             SHANE G. SMITH (SBN 272630)
    Three Embarcadero Center            *ssmith@mccormickbarstow.com*
3   San Francisco, California 94111     **MCCORMICK, BARSTOW, SHEPPARD,**
    Tel.: +1 415 733 6000               **WAYTE & CARRUTH LLP**
4   Fax: +1 415 677 9041                7647 North Fresno Street
                                        Fresno, CA 93720
5   SANJEET K. DUTTA (SBN 203463)       Tel.: +1 559 433 1300
    *SDutta@goodwinlaw.com*             Fax: +1 559 433 2300
6   ELIZABETH J. LOW (SBN 308098)
    *ELow@goodwinlaw.com*
7   **GOODWIN PROCTER LLP**
    601 Marshall Street
8   Redwood City, California 94063
    Tel.: +1 650 752 3100
9   Fax: +1 650 853 1038

10  JENNY J. ZHANG (*pro hac vice*)
    *JZhang@goodwinlaw.com*
11  **GOODWIN PROCTER LLP**
    1900 N Street, N.W.
12  Washington, DC 20036-1612
    Tel.: +1 202 346-4000
13  Fax: +1 202 346-4444

14  Attorneys for
    E. & J. Gallo Winery

15                UNITED STATES DISTRICT COURT

16            EASTERN DISTRICT OF CALIFORNIA

17                    FRESNO DIVISION

18

19

20  Vineyard Investigations,              Case No. 19-cv-1482-JLT-SKO

21            Plaintiff,                   **EXPERT REPORT OF**
                                           **RICHARD G. ALLEN, PH.D.**
22        v.                               **REGARDING CLAIM**
                                           **CONSTRUCTION**
23  E. & J. Gallo Winery,

24            Defendant.

25

26

27

28

## I.   INTRODUCTION

1.   My name is Richard G. Allen, Ph.D.

2.   I have been asked by Defendant E. & J. Gallo Winery ("Gallo" or "Defendant") to provide expert opinions regarding certain claim terms in U.S. Patent Nos. 8,528,834 (the "'834 Patent"), 6,947,810 (the "'810 Patent"), and 10,645,881 (the "'881 Patent") (collectively, "the Patents-in-Suit").

3.   In particular, I have been asked to consider the following claim terms in the patents-in-suit and the parties' proposed constructions of them:

- "potential data" ('881 patent: claims 1, 15, 29)
- "control system coupled to the sensors for receiving a signal from the sensors" ('810 patent: claims 2, 6, 10, 15)
- "coupled to the emitters for controlling the emission of the material" ('881 patent: claim 1)

4.   If requested, I am able to testify regarding the opinions in this report in the form of a declaration submitted with the Court or live testimony at a hearing.

5.   I reserve the right to provide additional testimony as needed to explain background principles and technologies related to the patents-in-suit or to respond to specific arguments made by Plaintiff Vineyard Investigations ("Plaintiff" or "VI") regarding these claim terms in its opening claim construction brief. I may also prepare summaries or demonstratives to help in explaining or illustrating my opinions.

6.   In forming my opinions in this report, I considered (1) the Patents-in-Suit, (2) the prosecution history of these patents, and (3) the materials identified in Exhibit A to this declaration, in addition to my background knowledge and experience in the field of irrigation systems engineering, water management, and agronomy.

7.   I am being compensated at my customary rate of $210 per hour. My compensation does not depend on the substance of my opinions or the outcome of this case.

1

DECLARATION OF DR. RICHARD G. ALLEN

## II.    QUALIFICATIONS

8.      In November 1974, I received a Bachelor of Science degree in Agricultural Engineering from Iowa State University.  In June 1977, I obtained a Master of Science degree in Agricultural Engineering from the University of Idaho.  In May 1984, I received my Ph.D. in Civil Engineering from the University of Idaho.

9.      I have 42 years of professional experience as an irrigation engineer and civil engineer specializing in irrigation systems design and management, agricultural water consumptive use, water balance analyses, and satellite-based remote sensing of evapotranspiration.  I have been a registered Civil Engineer in Idaho since 1981.  I currently am a full tenured professor of water resources engineering in the Department of Soil and Water Science at the University of Idaho, where I have been employed since 1998.  I am also the owner and principal of Evapotranspiration Plus, LLC and Allen Engineering companies, where I have provided professional consulting regarding irrigation system design, evapotranspiration, remote sensing of evapotranspiration, and hydrologic systems, among other things.

10.     I have received numerous awards and recognition for my work.  In 1997, I received the Outstanding Journal Paper Award from the American Society of Civil Engineers for my paper titled *Assessing Integrity of Weather Data for Use in Reference Evapotranspiration Estimation*.  In May 2003, I was awarded the United States Committee on Irrigation and Drainage's Service to the Profession Award, in recognition of my distinguished career in water resources engineering and education, and for exceptional contributions to the irrigation and drainage profession.  In 2005,  I was inducted as a Founding Diplomate of the American Academy of Water Resources Engineers.  That same year, I received the Task Committee Excellence Award in connection with my work on the Task Committee on Standardization of Reference Evapotranspiration for "excellence and diligence in producing a national standardization for the calculation of reference evapotranspiration that will advance engineering practice and water resources management."  In 2014, I was a member of the Landsat 8 team that was awarded the William T. Pecora Award by the U.S. Department of the Interior, on account of the team's study of the Earth's land surface and coastal regions, and for meeting the challenge of continuing and advancing the Landsat's legacy of observation.  In 2016,

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

I received the Irrigation Association Person of the Year Award for outstanding contributions to the acceptance of sound irrigation practices.  In 2018, I became a lifetime member of the American Society of Civil Engineers ("ASCE").  These are a just a few examples of the honors I have received; a complete list can be found in my curriculum vitae ("CV").

11.     I have been a member of a number of professional organizations, including the ASCE, the International Commission on Irrigation and Drainage, the American Geophysical Union and the U.S. Committee on Irrigation and Drainage.  I am currently active in ASCE.

12.     I have served on a number of professional task committees.  From 2012 to 2021, I was a member of the ASCE Task Committee on Remote Sensing of Evapotranspiration.  From 1992 to 1998, I served as the Chair and Vice-Chair of the ASCE Task Committee on Standardization of Calibration and Usage of Neutron Moisture Profile Gauges.  From 1999 to 2004, I was the Vice-Chairman of the ASCE Task Committee on Standardization of Calculations for Reference Evapotranspiration.  From 2004 to 2011, I was the Vice-Chairman of the ASCE Task Committee on Crop Coefficients.

13.     I have written or edited hundreds of publications on topics concerning irrigation engineering and the use of data in water management.  Many of these publications have been cited hundreds or thousands of times.  For example, I was an editor of Irrigation and Drainage Paper No. 56, published by the Food and Agricultural Organization of the United Nations ("FAO Paper No. 56"), published in 1998, on "Crop Evapotranspiration," which has become one of the most quoted publications in the field of crop water relationships.  I am also an editor of "The ASCE Standardized Reference Evapotranspiration Equation," published in 2005 that standardized the calculation of reference evapotranspiration, and is considered to be an industry standard today.

14.     Attached as <u>Exhibit B</u> to this declaration is my current CV.

III.    **LEGAL STANDARDS**

15.     I understand that the claims in a patent must be construed based on the meaning of the claim language to a person having ordinary skill in the art ("POSA") at the time of the purported invention, in view of the specification and prosecution history.

3

16.   I understand that the Plaintiff in this litigation, VI, has previously argued that a POSA would have at least a Master of Science degree in Soil Science, Agronomy, or a related agricultural science discipline, or a Bachelor of Science degree in such a field plus at least two years of academic or professional experience in such a field.  For purposes of this declaration only, I have been asked to simply apply this definition of a POSA.  I meet and exceed this definition of a POSA, and have an understanding of the capabilities and knowledge of such a person from my duties as a professor, and from my professional interactions.[1]

17.   I have also been asked to assume that the relevant time period to apply for purposes of my analysis in this declaration is sometime between the beginning of 2000 and May 31, 2001, the period during which VI purports to have made the inventions claimed in the Patents-in-Suit. My opinion would remain the same regardless of the exact date within this period that is applied.

18.   I understand that to determine how a POSA would have understood disputed claim language at the time the purported invention was made, courts first look to the "intrinsic evidence." This includes the words of the patent claims themselves and the remainder of the patent specification.  This also includes the patent's prosecution history, which I understand to include the communications between the patent applicant and the U.S. Patent and Trademark Office ("PTO") during prosecution of the patent, as well as statements made by the patent owner during other PTO proceedings after the patent is issued.  I understand that statements in related patents and applications can also be relevant to claim construction.

19.   I understand that courts may also consider "extrinsic evidence," such as dictionaries and learned treatises, as well as expert testimony.  I understand that although extrinsic evidence cannot be used to override claim language that is clear in light of the intrinsic evidence, extrinsic

---

[1] I understand Gallo has previously proposed that a person of ordinary skill in the art at the time of the alleged invention of the patents in suit would have possessed at least a bachelor's degree in electrical engineering, mechanical engineering, computer engineering, water engineering management or agronomy, and that a person could also have qualified as a person of ordinary skill in the art with some combination of (1) more formal education (such as a master's of science degree) and less technical experience or (2) less formal education and more technical or professional experience in the fields listed above.  I would also meet and exceed this definition of a POSA, and my opinions in this report would not change were I to apply this definition.

4

1  evidence can be used to explain and shed light on terms of art and the state of the art at a given

2  time.

3      20.    I understand that a claim is indefinite, and therefore invalid, if a POSA reading the

4  claim in light of the patent as a whole and its prosecution history at the time of the alleged invention

5  cannot discern the scope of the claimed invention with reasonable certainty.  I understand that

6  claims need not provide absolute precision, but they must provide clarity to a POSA as to the scope

7  and bounds of what is claimed.

8  **IV.    The Patents-in-Suit**

9      21.    The '834 patent is entitled "Plant Growing System Using External Data and Having

10  Sensors Associated with Plants," and issued on September 10, 2013.  The '810 patent is entitled

11  "System for Automated Monitoring and Maintenance of Crops Including Sensors and Emitters

12  Associated with Plants," and issued on September 20, 2005.  The '881 patent is entitled "Plant

13  Growing System Using External Data," and issued on May 12, 2020.

14      22.    I understand that the Patents-in-Suit all belong to the same family of patents because

15  they all purport to originate from a patent application that first filed on May 31, 2001.

16      23.    Each of the Patents-in-Suit identifies Paul W. Skinner as the named inventor and is

17  directed to "a system for automated control and more specifically to a system for monitoring and

18  managing crop growth." '834 Patent at 1:15-17; '810 Patent at 1:19-21; '881 Patent at 1:18-20.

19      24.    The Patents-in-Suit largely share the same figures and written description.

20  However, the '881 patent differs in that it incorporates verbatim portions of an article titled

21  "Irrigation of Thompson Seedless Grape: Utilization of Crop Coefficients Developed at the

22  Kearney Center for use at the other locations in the San Joaquin Valley," written by Larry E.

23  Williams et al. (the "Williams Paper," VINEYARD_GALLO-003211) into the text of the written

24  description.

25  **V.    CONSTRUCTION OF DISPUTED TERMS**

26      **A.  "Potential Data" ('881 Patent Only)**

27         **1.  Overview of Opinions on "Potential Data" Term**

28      25.    I understand that a disputed claim term from the '881 patent is "potential data."

5

26.     I understand that the parties have proposed the following constructions for the term "potential data":

| VI's Proposed Construction | Gallo's Proposed Construction |
|---|---|
| Data relating to the predicted, expected, or typical growth, transpiration or evaporation, such as growth models, potential evapotranspiration, leaf water potential, or crop coefficients | Indefinite |

27.     I disagree with VI's construction.  Rather, in my opinion, the claim term "potential data" is indefinite because a POSA as of 2000-2001, when reading the claims in light of the patent as a whole and its prosecution history, would not have been able to discern the scope and bounds of the term "potential data" as used in the claims of the '881 patent with reasonable certainty.

28.     As I explain further below, the term "potential data" was not and is not a term of art used in the field of agronomics and irrigation engineering that would have had a single plain and ordinary meaning to a POSA.

29.     At the same time, the intrinsic evidence provides no express definition or clarifying context to the term.  "Potential data" is not expressly defined anywhere in the specification of the '881 patent—in fact, the phrase "potential data" does not appear anywhere in the specification except in the claims, and the specification uses the word "potential" in inconsistent ways.  The patent applicant also did not offer a definition of "potential data" to the examiner at any time during the prosecution of the '881 patent.  Rather, the applicant stated that the Williams Paper, which was incorporated into the patent, "described in detail" the use of "potential data." VINEYARD_GALLO-000436 at 472 (Feb. 17, 2020 Amendment).  However, the Williams Paper does not use the term "potential data," and a POSA would have no objective basis for discerning what of the many types of data described in the Williams Paper would fall within the scope of "potential data" as used in the '881 patent claims.

## 2.  Differing Uses of the Word "Potential" in the Art

30.     The term "potential data" is not a recognized term of art used by agronomists or irrigation scientists to refer to any defined concept or category of data.  While the word "potential" is sometimes used in connection with the word "data", the words take on a range of different

6

unrelated meanings depending on the context. For example, agronomists and irrigation engineers sometimes use the word "potential" for its general meaning as an adjective that means "possible." This would be consistent with the general dictionary definitions of the word "potential" as "[c]apable of being but not yet in existence; latent"[2] and "[p]ossible but not yet realized with a possibility or likelihood of occurring, or of doing or becoming something in the future."[3] In this sense, the word "potential," when combined with the word "data," could refer to data relating to or reflecting possible or hypothetical scenarios (such as the possibility of an infestation or the range of possible temperatures in a given season), or it might simply refer to any data that might become available or relevant for analysis.

31. As a different example, the word "potential" has been used in the term "*potential evapotranspiration*" to refer to a *maximal* rate of evapotranspiration, or the evapotranspiration rate that would be expected under *ideal* or *optimum* conditions, as distinguished from *actual* evapotranspiration measured in a given location or expected values that are *adjusted* based on non-optimum conditions. *See, e.g.*, EJGALLO00001426 at 1445 at 591 (Hillel, Environmental Soil Physics) ("It is convenient at this point to invoke the concept of potential evapotranspiration (designated $E_{tp}$), representing the climatic 'demand' for water. . . . Actual evapotranspiration $E_{ta}$ is generally a fraction of $E_{tp}$ depending on the degree and density of plant coverage of the surface, as well as on soil moisture and root distribution."); EJGALLO00001458 at 1461-62 (Hillel, Environmental Soil Physics) ("The concept of *potential evapotranspiration* is an attempt to characterize the micrometeorological environment in terms of an evaporative power, or demand; that is, in terms of the *maximal evaporation rate* that the atmosphere is capable of extracting from an area of given surface properties."). In this sense, "potential data" could be read to mean data relating to potential evapotranspiration.

32. However, the term "potential evapotranspiration" in itself was acknowledged to be a source of ambiguity by 2000 because the term could refer to a number of different values calculated using different inputs, definitions, and formulas. As of 2000, agronomists and irrigation

---

[2] *Potential*, The American Heritage Dictionary (4th ed. 2000) (EJGALLO00001411 at 1414).
[3] *Potential*, Encarta World English Dictionary (1999) (EJGALLO00001449 at 1452).

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

scientists had begun favoring other, more precise terms. *See, e.g.* VINEYARD_GALLO-002839 at 2871 (Allen, et al., Crop evapotranspiration – Guidelines for computing water requirements – FAO Irrigation and Drainage Paper 56 (1998)) ("The evapotranspiration rate from a reference surface, not short of water, is called the reference crop evapotranspiration or reference evapotranspiration and is denoted as $ET_0$. . . . ***The use of other denominations such as potential ET is strongly discouraged due to ambiguities in their definition***." (emphasis added)).   For example, by 2000, the term "potential evapotranspiration" had been used to refer to three different definitions: (1) the very maximum rate of ET that can be transferred to the atmosphere from a wet surface; (2) a reference evapotranspiration rate calculated using climatic data that reflects the expected evapotranspiration from a hypothetical "reference" crop under ideal conditions (i.e. "reference ET" or $ET_0$)[4]; or (3) the maximum evapotranspiration rate for a specific crop, under ideal conditions, accounting for factors such as plant density, leaf area, and growth stage of the crop (i.e., "crop evapotranspiration under standard conditions," "potential crop ET," or $ET_c$).  Thus, even if a POSA were to read "potential data" to mean "data relating to potential evapotranspiration," there would still be ambiguity as to what data that would include.

33.     As yet another separate example, the word "potential" is often used by agronomists as a shorthand for "potential energy" to refer to the energy state of water in a sample of soil or a part of a plant. *See, e.g.*, EJGALLO00001426 at 1429 (Hillel, Environmental Soil Physics) ("The physicochemical condition or state of soil water is characterized in terms of its free energy per unit mass, called the potential (alluding to the 'potential energy' of water in the soil)").[5]  Agronomists use the word "potential" this way when they use the term "leaf water potential" or "soil-water potential," which are measured values used to indicate the level of moisture in the plant or soil and the state of water stress.  In this sense, "potential data" would refer to data concerning the potential energy of water as measured in a sample of a plant leaf, plant stem, soil, or other substance.

---

[4] Reference evapotranspiration could in turn be calculated using a number of different equations with different inputs, including the Penman Equation, the CIMIS Penman equation, the Penman-Monteith Equation, and Hargreaves-Samani Equation.

[5] *See also* ASCE Manual 70 (1990) at 14 and 15 ("Most soils literature contains the terms: capillary potential, matric potential, soil-water suction, or tension when referring to the pressure potential of water in soils."; "When considering the total suction, soil scientists refer to the sum of matric potential and osmotic potential caused by solutes in the soil water.").

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

34.     Scholars and practitioners in the field have noted the confusion often caused by these separate meanings of the word "potential."  For example, a well-known textbook on soil sciences needed to provide the following clarification when it discussed the concept of "potential evapotranspiration":

> A note of caution is in order regarding terminology.  The use of the word "potential" in this context, meaning "maximum possible rate," should not be confused with the potential energy concept and with the term "potential" denoting the energy state of water. Unfortunately, the same word is used in the literature for two such widely different meanings.

EJGALLO00001429 at 1448 (Hillel, Environmental Soil Physics).  For these reasons, in my experience, those working in the irrigation and agricultural sciences rarely if ever use the term "potential data" without providing additional clarification as to what meaning of "potential" they intend to convey.[6]

35.     In my opinion, the claims, the other portions of the specification, and the prosecution history of the '881 patent, i.e., its context, fail to provide a POSA with any of the needed clarity for understanding the scope and boundaries of the term "potential data."

**3.  Uses of "Potential" and "Potential Data" in the Patent**

36.     The term "potential data" is used in the '881 patent only in the independent claims (claims 1, 10, 17, 24) and in one dependent claim (claim 29).  The term appears nowhere else in the patent.

37.     The independent claims of the '881 patent all use "potential data" in a similar way. The portions of claim 1 copied below are representative:

> 1. A system for the application of a material to a plurality of plants in a plant area, the system comprising:
> . . .
> a control system coupled to the emitters for controlling the emission of the material to the plant area *in response to **external data** associated with growing the plants*; and

---

[6] I confirmed this by looking through the results of a Google Scholar search of literature from the 2000 – 2001 period for the terms "irrigation" and "potential data."  The results generally showed the words "potential data" used together only in phrases like "potential data uncertainties," "potential data sources," "potential data users," "potential data from simulations," "soil matric potential data," and "water potential data."

9

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

wherein the external data is received from a geographically remote source over a wide-area digital network, and *wherein the external data is derived, at least in part, using a model including* **potential data**.

38.     Dependent claim 29 recites "The system of claim 1, wherein the **potential data** *includes* **potential evapotranspiration data**."

39.     In my opinion, this surrounding claim language leaves a POSA with no objectively discernible boundaries for determining what does and does not constitute "potential data." A POSA would understand from claim 29 that "potential data," as used in claims 1, 10, 17, 24, is broader than "potential evapotranspiration data."[7] But the claims provide no clear guidance on what else is included in "potential data." The language in claims 1, 10, 17, and 24 suggest that "potential data" refers to something that can be used in a model to derive "external data" that is both "associated with growing the plants" and "received from a geographically remote source." But "external data" is defined very broadly in the patent to include any type of information obtained from any "remote station, sensor, agency, or other source" or generated by software. *See* '881 patent at 5:14-26. Based on other claims in the patent, "external data" can include, at the very least, all types of "irrigation data," "weather data," "remote sensing data," "canopy size data," "crop growth model," "growing degree days," "evapotranspiration coefficients," "degree day insect model," "disease risk model," "crop nutrition requirements," "crop development data," and "leaf area data." '881 Patent at claims 6-9, 37-45. This leaves a POSA with no guidance on whether "potential data" refers to any possible data that might become relevant for deriving any of these categories of "external data," or whether some narrower category of "potential data" is intended.

40.     Adding to this confusion is the fact that the patent uses the word "potential" outside of these claims in at least three different ways. First, the specification uses the word "potential" to mean "possibility" or "likelihood" when it talks about the "**potential for disease development**" as a consequence of belated fungicide application. '881 Patent at 2:62. Second, in the excerpt

---

[7] As I discussed above, "potential evapotranspiration" was a term that came with its own ambiguities by around 2000, as it could refer to a number of different values calculated using different formulas and inputs. Moreover, it is unclear whether "potential evapotranspiration data" refers just to the calculated values for potential evapotranspiration or to any of the inputs into the equations used to calculate these values.

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

incorporated from the Williams Paper, the specification uses the word "potential" in a "maximum" sense in discussing "**potential ET** [evapotranspiration]." *Id.* at 9:14, 10:14-19. Third, the same excerpt uses the word "potential" in its "energy" sense when it refers to "**leaf water potential**." *Id.* at 12:6-10, 12:49-53. Each of these is a fundamentally different kind of "potential," and scientific and technical usage would not group these terms together under the umbrella of "potential data."

### 4. "Potential Data" in the Prosecution History

41.     In my opinion, the prosecution history of the '881 patent fails to provide any further clarity on the meaning of "potential data" in the claims.

42.     The claim term "potential data" was first added to the patent claims in an amendment by the applicant on February 17, 2020.

43.     Before this date, the proposed independent claims had only required that the external data be "associated with growing the plants" and "sent from a geographically remote source over a digital network.":

> 23. (New)     A system for the application of a material to a plurality of plants in a plant area, the system comprising:
> Emitters for emitting the material to the plant area, wherein each emitter is associated with and in fixed proximity to one of the plants;
> a control system coupled to the emitters for controlling the emission of the material to the particular plant area in response to ***external data*** *associated with growing the plants* and
> wherein *the **external data** is sent from a geographically remote source over a digital network.*

VINEYARD_GALLO-00436 at 693 (June 7, 2019 Application and Preliminary Amendment) (emphasis added).

44.     The patent examiner rejected these claims as anticipated by a patent that had been issued to an inventor named Maclay, U.S. Patent No. 3,991,939 ("Maclay"). VINEYARD_GALLO-00436 at 516-17 (Sept. 17, 2019 Office Action). The examiner found that Maclay disclosed each of the elements of the pending independent claims. In particular, the examiner found that a "moisture detection sensor" described in Maclay disclosed the use of

11

"external data associated with growing the plants" "sent from a geographically remote source over a digital network," as required by the claims pending at the time.

45. In response, the Applicant for the '881 patent added portions of the text of the Williams Paper to the specification and amended the claims to add the following language to each of the independent claims (which now appears in the issued claims of the '881 patent): "<u>wherein the external data is derived, at least in part, using a model including potential data</u>." VINEYARD_GALLO-00436 at 465 (Feb. 17, 2020 Amendment) (emphasis added).

46. The Applicant told the examiner that this new requirement was not disclosed in the prior art and that "*[t]he use of potential data, such as potential evapotranspiration data, is described in detail in the Williams Paper that is now presented within the body of the specification*." VINEYARD_GALLO-00436 at 471-72 (Feb. 17, 2020 Amendment) (emphasis added). The Applicant provided no further information about what the term "potential data" was meant.

47. In my opinion, this prosecution history does not provide any further clarity on the meaning of "potential data." In particular, a POSA who looked to the text of the Williams Paper as suggested by the Applicant would find no guidance for discerning which of the data described there constitutes "potential data."

a. <u>"Data" used in the Williams Paper</u>

48. The Williams Paper, which was incorporated into the text of the '881 patent, does not use the term "potential data." Nor does it use a single discernible category of data. Rather, it uses several different categories of data in different ways.

49. The Williams Paper describes an experiment designed to (1) "impose fractional irrigation amounts treatments" on different blocks of grapevines based on water use calculated using "crop coefficients" that were experimentally developed at the Kearney Ag Center; (2) determine the effects of these irrigation treatments on vine yield and fruit quality; and (3) validate the crop coefficients developed at the Kearney Ag Center for use in other locations. '881 Patent at 9:55-64; VINEYARD_GALLO-003211 at 3212.

50. The experiment used several values to calculate the amount of water to be delivered to the experimental blocks of grapevines:

- (1) "**potential ET (ET₀)**" obtained from the (California Irrigation Management Information System) ("CIMIS") weather stations[8];

- (2) "**crop coefficients**" developed at the Kearney AG Center using a weighing lysimeter;

- (3) experimental "**fractions**" between 0.5 and 1.5 intended to simulate various states of water deficit or surplus.

51.     These values were multiplied to determine the irrigation amounts applied to the experimental blocks throughout the season.  The experiment regulated the amount of water for the different treatments using the "**time of each irrigation event**" and "**different numbers and sizes of emitters**."  '881 patent, 10:11-35.

52.     The experiment then collected and analyzed several categories of data:

- "In line water meters" were used to measure the amount of **water actually applied** (*id.* at 10:30-31).

- "**Berry weight, soluble solids and titratable acidity** were measured" the day before harvest.  (*id.* at 10:40-41)

- "**Clusters** were counted and separated into package and cull fruit." (*id.* at 10:41-42)

- "**Packable and cull yields** were determined by weighing the fruit." (*id.* at 10:43-44); and

- "**Midday leaf water potential**" was measured three times during the experiment as a measure of water stress on the plants.  (*id.* at 12:6-13).

53.     These results were then used by the paper authors to reach a conclusion about optimum water application amounts for the vineyards studies.

54.     Given the variety of variables and data that were collected or "used" in different ways throughout the experiment described in the Williams Paper, a POSA could not have

---

[8]  This value, which Dr. Williams called "Potential ET" in the paper is a "reference evapotranspiration" value calculated from several types of weather data, such as air temperature, relative humidity, wind speed, and solar radiation, using the CIMIS Penman Equation.  *See* https://cimis.water.ca.gov/Content/PDF/CIMIS%20Equation.pdf.

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

reasonably determined which of these categories of data would and would not constitute the "potential data" recited in the claims of the '881 patent.[9]

### 5. VI's Proposed Definition

55.     I understand that Plaintiff has argued that the term "potential data" should be construed to mean "**data relating to the predicted, expected, or typical growth, transpiration or evaporation, such as growth models, potential evapotranspiration, leaf water potential, or crop coefficients**." I disagree that a POSA reading the claims in light of the intrinsic evidence would read the term "potential data" this way.

56.     No scientific literature that I am familiar with uses the term "potential data" to refer to a grouping of these disparate definitions and usages. For a number of reasons, these usages and definitions are too different from one another to be grouped under the term "potential data" for any type of data description. Two of the examples provided in VI's definition reflect inconsistent meanings of the word "potential": "**Potential evapotranspiration**" refers to *maximal* evapotranspiration values estimated using climate data, while "**leaf water potential**" refers to the *energy state of water* in the plant leaf as measured in plants in the field. "**Crop coefficients**" are different from either of these data types because they are experimentally-derived *ratios* between different evapotranspiration rates. "**Growth models**" would not commonly be considered "data" at all because "models" are ways of analyzing existing data or producing new data.

57.     Moreover, it is unclear what "*relating to*" means in VI's proposed construction. Most data known to an agronomist could be said to "relate" in some way or other to "predicted, expected, or typical growth, transpiration or evaporation." This might be said to cover historical weather data, weather forecast data, data about harvest size or the timing of harvest, or even profits and losses. VI's definition has no objectively discernible boundaries.

---

[9] Adding to this confusion is the fact that the Williams Paper is cited earlier in the patent for examples of ways in which "*[s]ensor data* can be used in sophisticated analysis to control irrigation and application of other chemicals or materials." '881 patent 5:34-37 (emphasis added). However, no sensor data were collected and used by Williams to control irrigation. Williams used fractions of estimated crop ET to control irrigation amounts, and collected other data to evaluate optimum irrigation amounts in the future. It is unclear whether the "sensor data" referenced here is the same as the potential data that the applicant told the examiner was used in the Williams Paper to derive external data.

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

58.     Nor can I find any coherent explanation for VI's definition in the specification. While "potential evapotranspiration" and "crop coefficients" are two variables used in determining the experimental amount of water provided to the grapevines in the Williams Paper, "leaf water potential" is one of the experimental results.  "Growth models" are not mentioned in the Williams Paper.  It is unclear whether other measured variables in the Williams Paper, like berry size and fruit yield, would fall under the definition of "potential data."  It is also unclear what other variables *not* expressly mentioned in the paper would constitute "potential data."

59.     For these reasons, it is my opinion that a POSA would not understand "potential data" in the way proposed by VI, and would instead conclude that the term has no objectively discernible boundaries.

**B. The "control system *coupled to . . .*" Terms**

60.     I understand that Gallo has proposed the following constructions for the terms "control system coupled to the sensors for receiving a signal from the sensors" and "coupled to the emitters for controlling the emission of the material," while VI has argued that these terms have plain and ordinary meanings that do not need to be construed by the Court:

| control system coupled to one or more of the sensors for receiving a signal from the sensors | |
|---|---|
| ('810 patent: claims 2, 6, 10, 15) | |
| **VI's Construction** | **Gallo's Construction** |
| Plain and Ordinary Meaning | control system connected to one or more of the sensors via wire or cable for communication to allow receiving a signal from the sensors |
| **control system coupled to the emitters for controlling the emission of the material** | |
| ('810 patent: claims 2, 6, 10, 15) | |
| **VI's Construction** | **Gallo's Construction** |
| Plain and Ordinary Meaning | control system connected to the emitters via wire or cable for communication to allow independent control of the emission of material from each emitter |

15

61.     For the reasons explained below, the constructions proposed by Gallo reflect the way a POSA would understand the claim language in light of the patents' claims, specification, and prosecution history.

62.     The term "coupled" is generally used by engineers, including agricultural engineers, to refer to some type of linkage, connection, or coordination.  For example, the word "coupled" can be used to describe two pieces of equipment that are physically locked or secured together.  It could also be used to describe components of a coordinated system that are connected by a wire or cable to allow communication through the transfer of electronic or optical signals.  Whenever the word "coupled" is used in the art, the precise type of connection and its functionality would be inferred from the context in which the word is used.

63.     As of 2000 and 2001, the typical means for connecting field sensors and irrigation valves to a control system was using a wire or cable.  While other methods for communication, like radio transmission, existed, they were not widely adopted and were mostly experimental.  Thus, a POSA at the time reading about connecting control systems to sensors and valves in the field would have assumed a wired or cabled connection unless some other strategy was specifically described.

64.     As I explain further below, the only connections that are described in the patent between control systems and sensors and emitters are via wires and cables for communication.  A POSA would understand from the context of the specification that the claims of the patents-in-suit use the term "coupled" to describe a connection via wire or cable for communication.

65.     A POSA would also understand, for the reasons discussed below, that these connections allow the control system to perform the function of receiving signals from the sensors, as claimed in the '810 patent, or independently controlling the emission of material from each emitter, as claimed in the '881 patent.

   1.   **"control system coupled to one or more of the sensors for receiving a signal from the sensors"**

66.     Claims 2, 6, 10, and 15 of the '810 patent require "a control system coupled to one or more of the sensors for receiving a signal from the sensors."  A POSA would understand this to

16

mean that the control system is connected to one of the referenced sensors in a way that allows the control system to receive signals from (i.e. communicate with) the sensors.

67.    A POSA would look to the specification to determine how the sensors are connected in the context of the claimed invention.  In reviewing the specification, the POSA would note that all of the connections between sensors and control systems described in the specification are wired or cabled connections.

68.    First, in the "abstract" and "summary of the invention" of the patent each states that "sensors are attached to the conduit so that the placement of sensors can occur simultaneously with the laying of the *conduit*."  '810 Patent at abstract, 3:27-29.

69.    Figure 1 of the patent, which the '810 patent says "illustrates the system of the present invention" shows a connection between the control system (200) and sensors in the field (160, 162, and 164) via a *conduit (120)*.  *Id*. at Fig. 1, 3:41, 4:10, 4:44, 4:59-60.  The description of Figure 1 explains that and "[s]ensors 160, 162, 164 and 166 are attached to the conduit at regular intervals in accordance with the spacing of the vines."  '810 Patent at 4:43-45. There is also a "*sensor line*" **(220)** that "represents additional sensors that are not affixed to conduit 120."  '810 Patent at Fig. 1, 5:46-47.

70.    Figure 2A illustrates a cut-away view of *conduit (120)* in Figure 1.  '810 Patent at 6:39-40.  *Running along the conduit* in this figure is the "*sensor and control cable* 282," which "includes *wires, fiber optic cables, etc. for communication with sensors*, valves and other devices along conduit 270."  '810 Patent at Fig. 2A, 6:42-48.

71.    Elsewhere, the patent reiterates that "sensors" can also be positioned on "additional *sensor lines* that are not part of the conduit."  '810 Patent at 8:4-7.  A POSA would have understood these "lines" to be wired communication lines that used an electric wire or fiber optic cable.

72.    Based on these descriptions of the invention in the specification, and the absence of any reference to any type of wireless communication methods in the specification, a POSA would understand that a "control system coupled to one or more of the sensors" refers to a wire or fiber-optic cable connection that allows communication between the sensor and the control system.

17

73.     This is consistent with a POSA's understanding, apart from the patents, of how sensors and control systems in an irrigation system would be expected to communicate as of 2000-2001.

74.     Thus, a POSA would have understood the term "a control system coupled to one or more of the sensors for receiving a signal from the sensors" to mean "a control system connected to one or more of the sensors via wire or cable for communication to allow receiving a signal from the sensors."

### 2.    **"a control system coupled to the emitters for controlling the emission of the material"**

75.     Similarly, a POSA would have understood that "a control system coupled to the emitters for controlling the emission of the material" refers to a ***wire or cable connection*** between the control system and each of the emitters that allows communication.

76.     As explained above, Figure 2A of the '881 patent illustrates a cut-away view of conduit 120 of Fig. 1, in which emitters (280) are mounted onto the conduit and are connected to "***sensor and control cable*** 282," which "includes ***wires, fiber optic cables, etc. for communication*** with sensors, ***valves*** and other devices along conduit 270." '881 patent Fig. 2A, 6:48-53.

77.     Based on other language in the specification and file history, a POSA would also have understood that this connection would allow the control system to "***independently control[]***" each of the emitters. '881 Patent at 7:4-8.

78.     First, figures 2B and 2C of the patent show that each of the emitters have a mechanism for regulating the emission of water that would be connected to and controlled by a control system.  Figure 2B of the patent discloses an "Emitter 280," which "***includes a valve mechanism*** that can select materials in any of the channels."  The description further specifies that "An emitter can use a ***computer-controlled valve-in-head system*** with multiple valves, as needed."  Figure 2C of the patent shows an arrangement where "the emitter has a single-valve control" and "[d]ispensing is accomplished by both flooding the appropriate channel and then ***controlling the valve*** to dispense the material" (emphasis added).

18

79.     Further down in the specification, the patent explains that "[e]ach of the several, or many, emitters on the conduit is ***independently controllable*** by the control system of FIG. 1.  Thus, each channel, and the cavity, can be flooded with material to be dispensed and the ***dispensing can subsequently be controlled by the control system***." '881 Patent at 7:4-8.

80.     As an alternative configuration, the patent states that "the emitters can be passive, for example, they can be simple through-holes sprinkler heads so that they are always 'on' for all dispensing." '881 Patent at 7:4-16 (emphasis added).  "In this latter case, the flow is controlled by flow control 202 of FIG. 1, under the control of the control system." *Id*.  However, a POSA would understand that this configuration is not one in which the control system is "coupled to the emitters" because there is no direct connection between the control system and emitters that allows communication between them.

81.     Reading the claim language in light of the specification, a POSA would understand that when the patent claims "a control system coupled to the emitters for controlling the emission of the material," it refers to a configuration in which the control system is connected to the individual emitters, to allow direct and independent control of each emitter.  A POSA would understand that this language is meant to exclude configurations where the control system only controls the flow of material into a channel via a flow control, and the emitters are simply passive through-holes.

82.     This understanding is further supported by the fact that these same claims require that "***each emitter*** is associated with and in fixed proximity to ***one of the plants***." '881 Patent at claim 1.  A POSA would understand that the feature of independently controllable emitters works to allow each emitter to deliver material as needed to each one of the plants on an individual basis, a benefit that is touted in the patent. '881 Patent at 1:46-48 (noting that, with prior irrigation systems, "it is difficult to selectively provide ***different amounts of water to different plants***, or even plant rows or areas"); '881 Patent at 3:6-12 ("Growers seek to reduce their cost of applications and to ensure that applications are made efficiently, effectively, only when necessary, at the proper time and to the exact extent necessary. [¶] Thus, it is desirable to provide a system that improves upon one or more shortcomings of the prior art."); '810 Patent at 3:8-13 (same); '834 Patent at

2:67-3:5 (same); '881 Patent at 5:61-6:5 ("Some plants may be exposed to insects or disease and not others.  With ***more finely-grained monitoring and control*** (achievable by either a centralized control system or distributed system) ***delivery of chemicals, water, and other materials can be made to only the exposed plants***."); '810 Patent at 5:56-67 (same); '834 Patent at 5:46-57 (same).

83.     This conclusion is also consistent with the language used by the applicant in other claims proposed during prosecution of the '881 patent.  For example, in the claims included with the patentee's July 7, 2019 Application, the applicant used "coupled" to refer to a direct connection between a computer and valve for automating control of the valve:

> 3. The conduit of claim 1, further comprising
> a valve for controlling the dispensing of a liquid type; and
> a computer coupled to the valve for automating control of the valve.

VINEYARD_GALLO-000436 at 664 ('881 Patent File History, 07/07/2019 Application).

84.      In contrast, the applicant recited a different orientation of "coupled" components to claim a system where emission of material was controlled via a flow control system rather than a direct connection with the emitters:

> 16. A system for automated application of water to a plant, the
>     system comprising
> . . .
> a conduit for conveying water to the plant; and
> ***a flow control*** system ***coupled between*** the ***control system*** and the
>     conduit
> ***for allowing*** the ***control system to control the flow*** of insecticide to
>     the plant in response to the sensor.

*Id*. at VINEYARD_GALLO-000665.

85.     A POSA would understand from this distinction that when the patent claims a "control system coupled to the emitters for controlling emission of the material,"  it refers to a direct connection between the control system and the emitters that allows communication with, and independent control over, each emitter.

86.     For these reasons, a POSA would understand that in the context of the '881 patent, "a control system coupled to the emitters for controlling emission of the material" means "a control

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

1    system connected to the emitters via wire or cable for communication to allow independent control

2    of the emission of material from each emitter."

4       Executed at Twin Falls, Idaho on April 25, 2022.

_____

Richard G. Allen, Ph.D.

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 601 Marshall Street, Redwood City, CA 94063.

On April 25, 2022, I caused to be served the following document(s) on the person(s) below as follows:

### EXPERT REPORT OF RICHARD G. ALLEN, PH.D.
### REGARDING CLAIM CONSTRUCTION

Corey Johanningmeier                    cjohanningmeier@bdiplaw.com
Brenda Entzminger                       ddemory@bdiplaw.com
Denise De Mory                          bentzminger@bdiplaw.com
BUNSOW DE MORY LLP                      BDIP_Vineyard@bdiplaw.com

x     (EMAIL or ELECTRONIC TRANSMISSION)  By electronic service.  Based upon a court order or agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of April, 2022 in Palo Alto, California.

| Elizabeth J. Low | /s/ Elizabeth J.  Low |
|---|---|
| (Type or print name) | (Signature) |

EXPERT REPORT OF RICHARD G. ALLEN, PH.D.

# EXHIBIT A

## **MATERIALS CONSIDERED**

U.S. Patent No. 6,947,810 (the "'810 Patent")

U.S. Patent No. 8,528,834 (the "'834 Patent")

U.S. Patent No. 10,645,881 (the "'881 Patent")

Prosecution File History for the '810 Patent (VINEYARD_GALLO-000013)

Prosecution File History for the '834 Patent (VINEYARD_GALLO-000194)

Prosecution File History for the '881 Patent (VINEYARD_GALLO-000436)

*Potential*, The American Heritage Dictionary (4th ed. 2000) (EJGALLO00001411)

*Potential*, Encarta World English Dictionary (1999) (EJGALLO00001449)

Larry E. Williams et al., Irrigation of Thompson Seedless Table Grape: Utilization of Crop Coefficients Developed at the Kearney Center for use at the other locations in the San Joaquin Valley (VINEYARD_GALLO-003211)

Richard G. Allen et al., Crop evapotranspiration – Guidelines for computing water requirements – FAO Irrigation and Drainage Paper 56 (1998) (VINEYARD_GALLO-003211)

D. Hillel, Environmental Soil Physics (1999) (EJGALLO00001426; EJGALLO00001458)

ASCE Manual 70 (1990)

# EXHIBIT B

# RICHARD GLEN ALLEN, Ph.D., P.E.

## Water Resources Engineering Professor

DEPT. SOIL AND WATER SYSTEMS
UNIVERSITY of IDAHO
3793 N. 3600 E., Kimberly, ID 83341

PHONE: 1 208 320-2837
rallen@uidaho.edu
April 2022

**SPECIALIZATIONS:**
Hydrology and Water Resources – Surface and Subsurface Systems, Modeling, Wetlands
Evapotranspiration – Remote Sensing, Calculation, Energy Balance, Wetlands, Crop Water
Requirements, Climate Change Impacts, Measurement: Eddy Covariance, Bowen Ratio,
Lysimeters, Scintillometers, Standardization, Quality Assessment and Quality Control
Irrigation – Water Management, Demands, System Design, Soil Water – Flow Processes
Electronic Instrumentation

**DEGREES:**
B.S.  Agricultural Engineering, Iowa State University, November 1974
M.S.  Agricultural Engineering, University of Idaho, June 1977
Ph.D. Civil Engineering, University Idaho, May 1984

**PROFESSIONAL REGISTRATION:**
Civil Engineer, State of Idaho, #4351, July 1981   (U.S. Citizen)

**PROFESSIONAL POSITIONS:**
**Professor of Soil and Water Systems**, December 2015 to Present. University of
     Idaho.
**Professor of Civil Engineering and Biological and Agricultural Engineering**,
     December 1998 to 2015. University of Idaho.
**Member, Landsat Science Team,** National Aeronautics and Space Administration and U.S.
     Geological Survey, 2006-2017.
**Owner/Proprietor of Evapotranspiration, Plus, LLC (ET+)** 2010 to Present.
**Professor of Biological and Irrigation Engineering**, May 1998 to December 1998.
          Utah State University.
**Assistant/Associate Professor of Biological and Irrigation Engineering**,
     January 1986 to April 1998.  Utah State University.
**Assistant Professor of Civil Engineering**,  January 1984 to December 1985.  Iowa
     State University.
**Research Associate**,  May 1977 to December 1983.  University of Idaho.
**Owner and Principal, Allen Engineering**, 631 Saratoga Drive, No. 201, Twin Falls,
     Idaho 83301 – 2005 to present.

**SIGNIFICANT PUBLICATIONS:**

170    **Peer Refereed Journal Papers and Chapters** - primary author on 49
*H-Index from Web of Science (Jan 2022) is 51; Google Scholar H-Index is 89*

**PROFESSIONAL ORGANIZATIONS:**

American Society of Civil Engineers:
*Environmental and Water Resources Institute –Past Chair, Technical Committee on Evapotranspiration in Irrigation and Hydrology, Vice-Chair, Task Committee on Crop Coefficients*

International Commission on Irrigation and Drainage
***U.S. Representative to the Working Group on Sustainable Crops and Water Use***

U.S. Committee on Irrigation and Drainage
***Ex-officio Member of the National Board of Directors***

American Geophysical Union

Irrigation Association - *Water Management Committee – former member*

**Honoraries:**  Tau Beta Pi, Phi Kappa Phi, Alpha Epsilon, Chi Epsilon, Sigma Xi, Gamma Sigma Delta

**PROFESSIONAL CONSULTING:**

Irrigation system design, water requirements, water rights, remote sensing of evapotranspiration, hydrologic systems, hydropower, evapotranspiration, lysimeter measurement of evapotranspiration, software development, water balances, impacts of climate change on irrigation water requirements, electronic weather stations, expert witness.

**INTERNATIONAL EXPERT PANELS:**

Member of the **Landsat Science Team**, 2006 – 2017.

Expert Meeting on Water Security, Land and Water Development Division, United Nations Food and Agriculture Service, **Rome**, Italy, Oct., 2012.

Advisory Board, PLEIADeS Remote Sensing for Irrigation Water Management, European Union, Albacete, **Spain**, 2006 – 2009.

Advisory Board, DEMETER Remote Sensing Study for Irrigation Water Management, European Union, Albacete, **Spain**, 2002 – 2005.

Expert Meeting on Evaporation and Evapotranspiration Standardization, (U.S. Rep.), Meteorological Organization, Vozokany*, **Slovakia**, May, 1995.

Intl. Expert Panel on Irrig. Res. Needs in Middle East.  UN-FAO, **Cairo**, Egypt, Nov. 1994.

World Expert Consultation on Procedures for Revision of FAO Guidelines for Prediction of Crop Water Requirements.  Land and Water Development Division, United Nations Food and Agriculture Service, **Rome**, Italy, May, 1990.

**EXPERT WITNESS TESTIMONY AND WORK IN THE LAST SIX YEARS:**
   **SIGNIFICANT EXPERT WITNESS TESTIMONY AND WORK:**

| Year | Court | Client | Case | Type of Expert Work | Court appearance |
|------|-------|--------|------|---------------------|------------------|
| 1988 | US District Court, Paragwan, Utah | Scott Steed | Steed vs. Escalante Canal Co. | Testified on consumptive use requirements and water source usage | Yes |
| 2001-04 | US Supreme Court | State of Kansas | Kansas v. Colorado - Arkansas River | Review and analyses on weather stations, ET and consumptive use estimation | Yes |
| 2003 | US District Court | Metropolitan Water District of S. California | Imperial Irrigation District v. MWD | Analysis on consumptive use requirements | No |
| 2004 | US Depart. of Justice | Moon Peak Development | Isleta Pueblo water rights, NM | Reviewed expert reports to form opinion | No |
| 2006 | | Doug Seely, NOCO Engineering | Lower Latham Reservoir Company | Reference ET estimation | No |
| 2009 | US District Court | State of New Mexico | multiple pueblo's v. New Mexico | Weather station, ET and consumptive use analyses | No |
| 2013 | US Supreme Court | State of Montana | Montana v. Wyoming, N.Dakota – Tongue River | ET mapping by Satellite | Yes |
| 2013-2019 | US Supreme Court | State of New Mexico | Texas v. New Mexico and Colorado – Lower Rio Grande | ET mapping by Satellite and estimation of ET and water balance components | Yes |

**OTHER INTERNATIONAL EXPERIENCE:**

   July 2018. **Indian National Agricultural Research Institute**, New Delhi.  National training course on Satellite-based production of Evapotranspiration (METRIC and

EEFlux)

Sept. 2015, Dec. 2016, Nov. 2018. **Chinese Academy of Science – Center for Agricultural Resources  Research**, Shijiazhuang. Satellite-based ET mapping.

Jan. 2014.  **Univ. Talca, Chile.**  Advisory on application of METRIC processing to vine and tree crops.

July 2012.  **Federal Univ. Bahia, Brazil.** Advisory on studies for evaporation from open water and application of METRIC to tropical vegetation.

June 2011.  **King Saud Univ., Riyadh, Saudi Arabia.** Advisory on application of METRIC to the Arabian Pennisula and advisory on irrigation water management research.

Oct. 2009.  **Univ. Natal, Pretoria, South Africa.**  Collaboration on satellite-based sensing of evapotranspiration.

July 2005.  **Cordoba, Spain**.  One month visiting scientist, Centro Alameda del Obispo, Instituto de Investigación y Formación Agraria y Pesquera (IFAPA) – CICE

February 2001.  **Amman, Jordan**.  Irrigation specialist and advisor to Jordan Ministry of Water and Irrigation on National Water Development Plan.  (US-AID)

2001, 2000, 1999, 1998, 1997.  Four day guest lecturer at Institute for Infrastructure, Hydraulics, and Environment, **Delft, Netherlands**.

1995 - 2001. Various consultancy meetings with UN-FAO in Rome, Belgium, Lisbon.

October 1994.  **Spain**.  National Research Program Reviewer, National Irrigation Water Management Program of Spain (Zaragoza, Valencia, Badajoz, Tenerife).

April 1998, April 1999. Intercomparison Workshop on Evapotranspiration from Remote Sensing.  Sponsored by Int. Water Man. Inst., **Menemen, Turkey** and **Wageningen, Netherlands**.

April-May 1998.  Three week lecturer at Katholic University of Leuven**, Leuven, Belgium**.

November 1994.  **Cairo, Egypt**.  Int. Expert Panel on Irrigation Research.  (UN-FAO)

September 1993.  **Rabat, Morocco**.  Review of irrigation research program of Inst. Agronomique et Veterinaire Hassan II. (USAID).

April - May 1992.  **Sana'a, Yemen**.  Senior Irrigation Specialist for simulation of groundwater recharge and extraction. (UNDP).

March - April 1991.  Central Soil Salinity Research Institute, **Karnal, India**.  Designed and installed two precision, electronic weighing lysimeter systems (2m x 2m x 2m) for evapotranspiration research and installed associated weather and data acquisition equipment.  (FAO/UNDP).

May - June 1990.  Participation in 12-Member Panel of International Expert Consultants on Crop Water Requirements, UN-FAO, **Rome, Italy**, revision of FAO publication ID-24.

May 1990 & Aug 1991.  **Amman, Jordan**.  Irrigation specialist and advisor to Jordan Ministry of Water and Irrigation on National Water Development Plan.  (UNDP)

Nov. - Dec. 1989.  **Peshawar, Pakistan**.  Conducted a 4 week training course on irrigation principles and design (USAID).

July - Sept. 1988. **Lahore, Pakistan**. Conducted 3 week training course in Irrigation Scheduling Research. (US-AID ISM/R, Univ. Idaho)

Nov. - Dec. 1988. Central Soil Salinity Research Institute, **Karnal, India**. Instructed training course in Water Management Research. (FAO/UNDP)

**NATIONAL PROGRAM REVIEWS:**

2013, 2010, 2004, 2002, 2000, 1999, 1998. **Centro de Estudos de Engenharia rural (CEER) (Center for Agricultural Engineering Research)**. Instituto Superior de Agronomia, Universidade Téchica de Lisboa. Research Program Review, Lisbon, Portugal.

2008. National Programme on Remote Sensing of Evapotranspiration, **South Africa**.

February, 1999. **National Science Foundation**. Review and Site Visit, Center for Excellence in Hydrology of Arid Lands, Univ. Arizona Dept. Hydrology. Tucson, AZ.

October, 1994. **National Irrigation Water Management Program of Spain**. National Research Program Review and Site Visits (Zaragoza, Valencia, Badajoz, Tenerife).

**PROFESSIONAL TASK COMMITTEES:**

ASCE Task Committee on Remote Sensing of Evapotranspiration. 2012-2021.

ASCE Task Committee on Standardization of Calibration and Usage of Neutron Moisture Profile Gauges. Chair, and Vice-Chair. 1992 – 1998.

ASCE Task Committee on Standardization of Calculations for Reference Evapotranspiration. Vice-Chairman. 1999 - 2004.

ASCE Task Committee on Crop Coefficients. Vice-Chairman. 2004 - 2011.

**FORMAL UNIVERSITY COURSES TAUGHT:**

Engineering Hydrology (Iowa State University)

Water Resources Planning (Iowa State University)

Water Management (Utah State University)

Irrigation Engineering Principles (Utah State University)

Sprinkle and Trickle Design (Utah State University)

Physical Properties of Biological Materials (Utah State University)

Modeling Biological Systems (Utah State University)

Freshman Biological Engineering Seminar (Utah State University)

**TOP FIVE SOFTWARE DEVELOPMENTS**

**Allen, R.G.** 1999, 2000, 2011, 2017. **REF-ET** Standard Reference Evapotranspiration computer model, Windows Version: User's Manual. University of Idaho, Research and Extension Center, Kimberly, ID 83341, 70 p.

**Allen, R.G**., M. Tasumi, R.Trezza, J. Kjaersgaard. 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2013, 2016, 2018. **METRIC** Evapotranspiration

from Satellite – User's Manual.

**Allen, R.G**. and C.W. Robison. 2007-2017.  **ETIdaho** Crop Evapotranspiration Calculation for the State of Idaho.  Visual Basic code for calculating daily ET for approximately 120 weather stations in Idaho for periods of record.  Univ. Idaho, Kimberly, Idaho.

**Allen, R.G.,** Morton, C., Kamble, B., Kilic, A., Huntington, J., Thau, D., Gorelick, N., Erickson, T., Moore, R., Trezza, R. and Ratcliffe, I., 2015. **EEFlux**: A Landsat-based evapotranspiration mapping tool on the Google Earth Engine. In 2015 ASABE/IA Irrigation Symposium: Emerging Technologies for Sustainable Irrigation-A Tribute to the Career of Terry Howell, Sr. Conference Proceedings (pp. 1-11). American Society of Agricultural and Biological Engineers.

**Allen, R.G**. 2011-2014.  ET Calculation code for the **USBR Penman-Monteith (PM) Model** (also referred to as the ET-Demands model).  Visual Basic code for calculating daily ET for extended time periods over large regions using weather station data.  The ET calculation code has been incorporated with a graphical interface by the US Bureau of Reclamation, Denver Technical Center.

**PROFESSIONAL AWARDS**
   *(in reverse chronological order)*
   **Life time member** of the American Society of Civil Engineers. 2018.
   The **2016 Irrigation Association Person of the Year Award** for "*Outstanding contributions toward the acceptance of sound irrigation practices*"
   The U.S. Dept. Interior / NASA ***William T. Pecora Award.* Nov. 2014** *to the Landsat Science Team for their contributions to study of Earth's land surface and coastal regions, and meeting the challenge of continuing and advancing the Landsat legacy of observations. Mission performance has exceeded expectations, providing more imagery, higher quality measurements, and new capabilities over previous missions.*
   ***Outstanding Faculty Award, College of Engineering, University of Idaho.* May 2010. University of Idaho.  *"For his exemplary contributions to research"***
   ***Innovations in American Government Award***, 2009, Ash Center for Democratic Governance and Innovation of the Harvard Kennedy School of Government, Harvard University.  *Mapping Evapotranspiration*.  Award shared by the University of Idaho and Idaho Department of Water Resources.  http://ash.harvard.edu/Home/News-Events/Press-Releases/Innovations/Mapping-Evapotranspiration-Wins-Innovations-Award
   ***Best Paper Award***, Am. Society Civil Engineers, Journal of Irrigation and Drainage Engineering.  2009.  *(Satellite-based energy balance for mapping evapotranspiration with internalized calibration (METRIC) –I. Model, II. Applications*, R.G. Allen and others, 2007, 133(4):380-406*).*
   *http://www.kimberly.uidaho.edu/water/papers/remote/ASCE_JIDE_Allen_et_al_METRIC_model_2007_QIR000380.pdf*
   *ASCE 2005 Arid Lands Hydraulic Engineering Award*, "*For his research on conjunctive management of groundwater and surface water, evapotranspiration and irrigation systems*

*operation and design in arid lands"* May 18, 2005.

**Founding Diplomate, American Academy of Water Resources Engineers, EWRI 2005**

**ASCE Task Committee Excellence Award: Task Committee on Standardization of Reference evapotranspiration.** *"For excellence and diligence in producing a national standardization for the calculation of reference evapotranspiration that will advance engineering practice and water resources management."* May 18, 2005.

**Distinguished Service Award,** College of Engineering, Utah State University, 2004

**ASCE 2003 Royce J. Tipton Award**, *"For outstanding contributions to irrigation engineering through system simulation, software development, teaching, and research and for advancements in the knowledge of evapotranspiration theory and concepts for world-wide application"* May 12, 2003.

**United States Committee on Irrigation and Drainage 'USCID Service to the Profession Award,'** *"In Recognition of a distinguished career in water resources engineering and education and for exceptional contributions to the irrigation and drainage profession."* May 15, 2003.

**Best Paper Award**, Am. Society Civil Engineers, Journal of Hydrologic Engineering. 1999. *(Translating Wind Measurements from Weather Stations to Agricultural Crops*, **R.G. Allen** and J.L. Wright, 1997, 2(1): 26-35*).* http://www.kimberly.uidaho.edu/water/papers/evapotranspiration/Weather%20ET/Allen_Wright_1997_ASCE_JIDE_Translating_wind_measurements_from_weather_stations.pdf

**Innovation and Excellence in Teaching Award**, Dept. Biological and Irrigation Engineering, Utah State University, 1998

**Top Professor Award**, Utah State University Mortar Board. 1998

**Best Reviewer Award**, Am. Society Civil Engineers, Journal Irrig. Drain. Engineering. 1997

**Outstanding Journal Paper Award**, American Society of Civil Engineers, Journal of Irrigation and Drainage Engineering. 1997. (*Assessing Integrity of Weather Data for use in Reference Evapotranspiration Estimation,* **R.G. Allen**, 1996, 122(2):97-106).

**Outstanding Researcher Award**, Dept. Biological and Irrigation Engineering, Utah State University, 1996

**Excellence in Research Award**, College of Engineering, Utah State University, 1996

**Outstanding Service Award**, American Society of Civil Engineers, 1994

**ASCE State-of-the-Art of Civil Engineering Award**,  Am. Society Civil Engineers, 1992

**Excellence in Teaching Award**, Dept. Biological and Irrigation Engineering, Utah State University, 1992

**Outstanding Journal Paper Award**, Am. Society Civil Engineers, Journal of Irrigation and Drainage Engineering. 1987. (*A Penman for All Seasons,* R.G.Allen*, 1986, 112(4):348-368).

## JOURNAL EDITORIAL BOARDS:

2001 - present.  Editorial Board, *Irrigation and Drainage Systems*  Kluwer, Dordrecht.

2002 - present.  Editorial Board, *Irrigation Science*   Springer-Verlag, Heidleberg.

2003 - present.  Editorial Board, *Agricultural Water Manage.*   Elsevier, Amsterdam.

## BOOKS/CHAPTERS/EDITED PROCEEDINGS

*Chapter 58 - Evapotranspiration Measurements and Calculations.* **2019-2021.**  In *Handbook of Atmospheric Measurements.* **Richard Allen**, Thomas Foken, Ayse Kilic, Ricardo Trezza, A. Samuel Ortega Farias.  Thomas Foken, editor.  Springer.  (pp. 1545-1581). Springer, Cham.

*Influence of Landsat Revisit Frequency on Time-Integration of Evapotranspiration for Agricultural Water Management. In Evapotranspiration.* 2018. Trezza, R., Allen, R.G., Kilic, A., Ratcliffe, I. and Tasumi, M., 2018. IntechOpen**.**

*Evaporation, Evapotranspiration and Irrigation Water Requirements.* ASCE Manuals and Reports on Engineering Practice No. 70, 2nd Edition.  M.E. Jensen and **R.G. Allen** (ed).  2016.  American Society of Civil Engineers.  782 p.

*Operational Remote Sensing of ET and Challenges*.  Irmak, A., **R.G. Allen**, J. Kjaersgaard, J. Huntington, B. Kamble, R. Trezza, and I. Ratcliffe.  2011.  Chapter in *Evapotranspiration* (A. Irmak, editor),  Publisher: InTech (on-line).

*Irrigation Water Requirements.* 2011.  **R.G. Allen**, T.A. Howell and R.L. Snyder.  Chapter 5, p. 93-172 in *Irrigation*, sixth edition, L.E. Stetson and B.Q. Mecham (ed.), Irrigation Assoc., Falls Church, VA.

*Hydraulics of Irrigation Systems.* 2011.  R.E. Sneed and  **R.G. Allen**.  Chapter 7, p. 216-270,  in *Irrigation*, sixth edition, L.E. Stetson and B.Q. Mecham (ed.), Irrigation Assoc., Falls Church, VA.

*Water Requirements for Irrigation and the Environment*.  2009.  M.G. Bos, R.A.L. Kselik, **R.G. Allen**, D. Molden.  Springer., ISBN: 978-1-4020-8947-3.  6 chapters and 170 pages.

***Thermal Remote Sensing: Theory, Sensors and Applications.*** Quattrochi, D.A., A. Prakash, M. Eneva, R. Wright, D.K. Hall, M. Anderson, W.P. Kusta, **R.G. Allen**, T. Pagano, and M.F. Coolbaugh.  2008.  Chapter 3 in *Earth Observing Platforms & Sensors - Manual of Remote Sensing, 3rd Edition, Volume 1.1*:  81 pages.

Chapter 8 *"Water Requirements,"* by **Allen, R.G.**, J.L. Wright, W.O. Pruitt, L.S. Pereira, M.E. Jensen. 2007. in *Design and Operation of Farm Irrigation Systems,* American Society of Agricultural Engineers. pages 208-297.

Chapter 5 *"An Energy Balance Approach to Computing and Mapping Evapotranspiration,"* in ***Advances in Water Science Methodologies***, (ed.) U. Aswathanarayana,  Taylor and Francis, The Netherlands. **Allen, R.G.**, A. Morse, M. Tasumi, W.J. Kramber and W.G.M. Bastiaanssen.  2005.

***The ASCE Standardized Reference Evapotranspiration Equation.*** ASCE Press, ISBN: 078440805X, Stock No: 40805. **Allen, R.G.**, Walter, I.A., Elliot, R.L., Howell, T.A., and Itenfisu, D. (Ed.).  2005.  216 p. http://www.kimberly.uidaho.edu/water/asceewri/

*Crop Evapotranspiration: Guidelines for Computing Crop Water Requirements*.  United Nations FAO, Irrigation and Drainage Paper 56.  **Allen, R.G.**, L.S. Pereira, D. Raes, and M. Smith.  1998.  Rome, Italy. 300  p.  http://www.fao.org/docrep/X0490E/X0490E00.htm

Section 1.5.1 *"Crop Water Requirements"* of the CIGR (International Association of Agricultural Engineers) ***Handbook of Agricultural Engineering***, Vol. I: Land and Water Engineering. L.S. Pereira and **R.G. Allen**. 1998. p. 213-262.

*Center Pivot Design*.  **R.G. Allen**, J. Keller, and D. Martin.  1998, 2000 (rev).  Design textbook, Irrigation Association.  303 p.

Chapter 4 *"Evaporation and Transpiration"* in  *ASCE Hydrology Handbook*.  New York, NY.  **Allen, R.G.**, Pruitt, W.O., Businger, J.A., Fritschen, L.J, Jensen, M.E., and Quinn, F.H., p. 125-252, 1996.

*Crop-Water-Simulation Models in Practice*.  Pereira, L.S., B.J. van den Broek, P. Kabat, and **R.G. Allen**. (eds.) 1995.  Wageningen Press, Wageningen, The Netherlands.  ISBN 90-74134-26-2.  Hardbound.  339 p.

Management of Irrigation and Drainage Systems: Integrated Perspectives. **Allen, R.G.** and C.M.U. Neale.  1993.  (Editors). Proceedings ASCE National Conference on Irrigation and Drainage Engineering. ISBN 0-87262-919-8, 1204 p.

*Lysimeters for Evapotranspiration and Environmental Measurements*, Proceedings ASCE International Symposium on Lysimetry, Honolulu, HA, **Allen, R.G.**, et al.,  July 23-25, 1991. ISBN 0-87262-813-2, 444 p.

*Evapotranspiration and Irrigation Water Requirements*, ASCE Manuals and Reports on Engineering Practice No. 70.  M.E. Jensen, R.D. Burman and **R.G. Allen**. (eds.) 1990. ISBN 0-87262-763-2, 332 p.

## REFEREED PUBLICATIONS

Brockway, C.E. and **R. G. Allen**. 1980.  Problems in Developing and Applying an Optimal Irrigation Plan,  *J. Water Resources Plan. and Man. Div.*, ASCE, 106(WR1):255-263.

**Allen, R.G.**, C.E. Brockway, and J. L. Wright.  1983.  Weather Station Siting and Consumptive Use Estimates,  *J. Water Resources Plan. and Man. Div.*,  ASCE, 109(2):134-146.

**Allen, R.G.**, and C.E. Brockway.  1984.  Concepts for Energy-Efficient Irrigation System Design,  *J. Irrigation and Drainage Division*,  ASCE, 110(2):99-106.

**Allen, R.G.** and W.O. Pruitt.  1986.  Rational Use of the FAO Blaney-Criddle Formula, *J. Irrigation and Drainage Engineering*, ASCE, 112(2):39-155.

**Allen, R.G.**  1986.  A Penman for All Seasons,  *J. Irrigation and Drainage Engineering*, ASCE, 112(4):348-368.

**Allen, R.G.**  1986.  Sprinkler Irrigation System Design with Production Functions,  *J. Irrigation and Drainage Engineering,* ASCE, 112(4):305-321.

**Allen, R.G.**, M.E. Jensen, J.L. Wright and R.D. Burman. 1989.  Operational Estimates of Reference Evapotranspiration.  *Agronomy Journal*, 81:650-662.

**Allen, R.G.** and D.K. Fisher. 1990.  Low-Cost Electronic Lysimeters.  *Trans. ASAE*, Vol 33(6):1823-1833.

Jensen, M.E., R.D. Burman, **R.G. Allen** (ed.). 1990.  *Evapotranspiration and Irrigation Water Requirements*.  Am. Soc. Civ. Engr. Manual No. 70.  332 p.

**Allen, R.G.**, F.N. Gichuki and C. Rosenzweig.  1991.  $CO_2$-induced Climatic Changes and Irrig. Water Requirements.  *J. Wat. Resour. Plan.& Man.* ASCE 117(2):157-178.

**Allen, R.G.** and W.O. Pruitt.  1991.  FAO-24 Reference Evapotranspiration Factors.  *J. Irrigation and Drainage Engineering*, ASCE, 117(5): 758-773.

**Allen, R.G.**, J. Prueger, and R.W. Hill. 1992. Evapotranspiration from Isolated Stands of Hydrophytes: Cattail and Bulrush.  *Trans ASAE* 35(4):1191-1198.

Scaloppi, E.J.  and **R.G. Allen**.  1993.  Hydraulics of Irrigation Laterals: A Comparative Analysis.  *J. Irrigation and Drainage Engineering*, ASCE: 119(1):91-115.

Scaloppi, E.J. and **R.G. Allen**. 1993. Hydraulics of Center Pivot Laterals. *J. Irrigation and Drainage Engineering*, ASCE: 119(3):554-567.

**Allen, R.G.**, M. Smith, A. Perrier, and L.S. Pereira. 1994. An Update for the Definition of Reference Evapotranspiration. *ICID Bulletin.* 43(2):1-34.

**Allen, R.G.**, M. Smith, L.S. Pereira and A. Perrier. 1994. An Update for the Calculation of Reference Evapotranspiration. *ICID Bulletin.* 43(2):35-92.

Walker, W.W., S. Prajamwong, **R.G. Allen**, and G.P. Merkley. 1995. USU command area decision support model - CADSM. p. 231-272 in Pereira et al., 1995. *Crop Water Simulation Models in Practice.* Wageningen Press., The Netherlands.

**Allen, R.G.**, Pruitt, W.O., Businger, J.A., Fritschen, L.J, Jensen, M.E., and Quinn, F.H. (1996). "Evaporation and Transpiration." Chapter 4, p. 125-252 in: Wootton et al. (Ed.), *ASCE Handbook of Hydrology*. New York, NY.

**Allen, R.G.** 1996. Assessing Integrity of Weather Data for use in Reference Evapotranspiration Estimation. *J. Irrigation and Drainage Engrg.*, ASCE. Vol 122 (2):97-106.

Hill, R.W. and **R.G. Allen**. 1996. Simple Irrigation Scheduling Calendars. *J. Irrigation and Drainage Engrg.*, ASCE. Vol 122 (2):107-111.

Hatfield, J.L. and **R.G. Allen**. 1996. Evapotranspiration Estimates under Deficient Water Supplies. *J. Irrigation and Drainage Engrg.* ASCE Vol 122(5):301-308.

**Allen, R.G.** 1996. Relating the Hazen-Williams and Darcy-Weisbach Friction Loss Equations for Pressurized Irrigation. *Applied Engineering in Agriculture*. ASAE 12(6): 685-693.

**Allen, R.G.** and J.L. Wright. 1997. Translating Wind Measurements from Weather Stations to Agricultural Crops. *J. Hydrologic Engineering*, ASCE 2(1): 26-35.

**Allen, R.G.** 1997. A Self-Calibrating Method for Estimating Solar Radiation from Air Temperature. *J. Hydrologic Engineering*, ASCE 2(2):56-67.

Prajamwong, S. G.P. Merkley, and **R.G. Allen**. 1997. Decision Support Model for Irrigation Water Management. *J. Irrigation and Drainage Engrg.* ASCE Vol 123(2):106-113

Jensen, D.T., G. H. Hargreaves, B. Temesgen, **R. G. Allen**. 1997. Computation of ETo under Nonideal Conditions. *J. Irrigation and Drainage Engrg.* ASCE Vol 123(5):394-400.

Andrade, C.L.T. and **R.G. Allen**. 1999. SPRINKMOD – Pressure and Discharge Simulation Model for Pressurized Irrigation Systems: I. Model Development and Description. *Irrigation Science* 18(3): 141-148.

Andrade, C.L.T., R.D. Wells and **R.G. Allen**. 1999. SPRINKMOD – Pressure and Discharge Simulation Model for Pressurized Irrigation Systems: II. Case Study. *Irrigation Science* 18(3): 149-156.

Andrade, C.L.T., **R.G. Allen**, and R.D. Wells. 1999. SPRINKMOD – Pressure and Discharge Simulation Model for Pressurized Irrigation Systems: III. Sensitivity to Lateral Hydraulic Parameters.. *Irrigation Science* 18(3): 157-161.

Temesgen, B., **R.G. Allen**, and D.T. Jensen. 1999. Adjusting Temperature Parameters to Reflect Well-Watered Conditions. *J. Irrigation and Drainage*

*Engrg.* ASCE Vol 125(1):26-33.

Pereira, L.S., A. Perrier, **R.G. Allen**, and I. Alves.  1999.  Evapotranspiration: Concepts and Future Trends..  *J. Irrigation and Drainage Engrg.* ASCE Vol 125(2):45-51.

**Allen, R.G.**  2000.  Using the FAO-56 dual crop coefficient method over an irrigated region as part of an evapotranspiration intercomparison study.  *J. Hydrology* 229(1-2):27-41.

Annandale, J.G., N.Z. Jovanovic, N. Benadé and **R.G. Allen**.  2002.  User-friendly software for calculation and missing data error analysis of FAO 56-standardized Penman-Monteith daily reference crop evaporation.  *Irrigation Science.* Volume 21(2)57-67.

Droogers, P. and **R.G. Allen**.  2002. Estimating reference evapotranspiration under inaccurate data conditions.  *Irrigation and Drainage Systems* (16):33-45

Hargreaves, G.H.  and **R.G. Allen**.  2003.  History and evaluation of the Hargreaves evapotranspiration equation.  *J. Irrig. and Drain. Engrg.*, ASCE.  129(1):53-63.

**Allen, R.G.**  2003.  Crop Coefficients.  Chapter entry in the Water Encyclopedia.  Dekker.  10 p.

Irmak, S., A. Irmak, J. Jones, T.A. Howell, J. Jacobs, **R.G. Allen**, A. Hoogenboom.  2003.  Predicting Daily Net Radiation Using Minimum Climatological Data.  *J. Irrig. and Drain. Engrg.*, ASCE. 129(4):256-269.

Irmak, S., A. Irmak, **R.G. Allen**, and J. Jones.  2003.  Solar and Net radiation-Based Equations to Estimate Reference Evapotranspiration in Humid Climates.  *J. Irrig. and Drain. Engrg.*, ASCE. 129(5):336-347.

Irmak, S., **R.G. Allen**, and E. B. Whitty.  2003.  Daily Grass and Alfalfa-Reference Evapotranspiration Estimates and Alfalfa-to-Grass Evapotranspiration Ratios in Florida.  *J. Irrig. and Drain. Engrg.*, ASCE. 129(5):360-370.

Itenfisu, D.  R.L. Elliott, **R.G. Allen**, I.A. Walter.  2003.  Comparison of Reference Evapotranspiration Calculations as a Part of the ASCE Standardization Effort.  *J. Irrig. and Drain. Engrg.*, ASCE.  129(6):440-448.

Payero, J.O., C.M.U. Neale, J.L. Wright, and **R.G. Allen**.  2003.  Guidelines for validating Bowen ratio data.  *Trans. ASAE* 46(4): 1051-1060.

**Allen, R.G.**  2004.  Penman-Monteith Equation.  Entry in the Encyclopedia of Soils in the Environment (manuscript no. 399).  Elsevier Ltd., Oxford, U.K. © 2005 ISBN 0-12-348530-4, Vol. 3, p. 180-188.

Montague, T. R. Kjelgren, and **R.G. Allen**.  2004.  Water Loss Estimates for Five Newly Transplanted Landscape Tree Species in an Arid Climate.  *J. Amer. Soc. Hort. Sci.*.  22(44), 189-196.

Garcia, M., Raes, D., **Allen, R.G.**, Herbas, C. 2004. Dynamics of reference evapotranspiration in the Bolivian highlands (Altiplano). *Agricultural and Forest Meteorology*, Vol. 125(1-2): 67-82.

Bastiaanssen, W.G.M., **Allen, R.G.**Droogers, P.,  D'Urso, G. and Steduto, P.  2004.  Inserting man's irrigation and drainage wisdom into soil water flow models and bringing it back out: how far have we progressed?  Chapter 9, pages 263-299 in *Unsaturated-zone Modeling: Progress, Challenges and Applications*, R.A. Feddes, G.H. de Rooij and J.C.

van Dam (ed.), Kluwer Academic Publishers,  Netherlands.

**Allen, R.G.**  2005.  Potential Evaporation.  Entry in the Encyclopedia of Hydrological Science. John Wiley & Sons Ltd, London.  6 pages.

**Allen, R.G.**, L.S. Pereira, M. Smith , D.Raes , and J.L. Wright.  2005.  FAO-56 Dual Crop Coefficient Method for Estimating Evaporation from Soil and Application Extensions. *J. Irrig. and Drain. Engrg.,* ASCE 131(1):2-13.

**Allen, R.G.**, W.O. Pruitt, D. Raes , M. Smith , and L.S. Pereira.  2005.  Estimating Evaporation from Bare Soil and the Crop Coefficient for the Initial Period using Common Soils Information.  *J. Irrig. and Drain. Engrg.,* ASCE 131(1):14-23.

**Allen, R.G.**, Clemmens, A.J., Burt, C.M., Solomon, K., and O'Halloran, T.  2005. Prediction Accuracy for Project-wide Evapotranspiration using Crop Coefficients and Reference Evapotranspiration.  *J. Irrig. and Drain. Engrg,* ASCE 131(1):24-36.

Burt, C. M., Mutziger, A.J., **Allen, R.G.** and Howell, T.A.  2005. Evaporation Research: Review and Interpretation  *J. Irrig. and Drain. Engrg,* ASCE 131(1):37-58.

Mutziger, A.J., C.M. Burt, D.J. Howes, and **R.G. Allen**.  2005.  Comparison of Measured and FAO-56 Modeled Evaporation from Bare Soil.  *J. Irrig. and Drain. Engrg,* ASCE 131(1):59-72.

Bastiaanssen , W.G.M., E.J.M. Noordman , H. Pelgrum, G. Davids, B.P. Thoreson and **R.G. Allen**.  2005.  SEBAL model with remotely sensed data to improve water resources management under actual field conditions.  *J. Irrig. and Drain. Engrg,* ASCE 131(1):85-93.

Tasumi, M., **R. G. Allen**, R. Trezza, J. L. Wright.  2005.  Satellite-based energy balance to assess within-population variance of crop coefficient curves,  *J. Irrig. and Drain. Engrg,* ASCE 131(1):94-109.

Tasumi, M., R. Trezza , **R.G. Allen** and J. L. Wright.  2005.  Operational aspects of satellite-based energy balance models for irrigated crops in the semi-arid U.S.  *J. Irrigation and Drainage Systems.*  19:355-376.

**Allen, R.G.**, M.Tasumi, A.T. Morse, and R. Trezza  2005.  A Landsat-based Energy Balance and Evapotranspiration Model in Western US Water Rights Regulation and Planning. *J. Irrigation and Drainage Systems.*  19:251-268.

De Bruin, H.A.R., O.K. Hartogensis, **R.G. Allen** and J.W.J.L. Kramer.  2005.  Note on the regional advection perturbations in an irrigated desert (RAPID) experiment. *Theor. and Applied Climatology*  80:143-152 (DOI: 10.1007/s00704-004-0095-y)

**Allen, R.G.**, W.O. Pruitt, J.L. Wright, T.A. Howell, F. Ventura, R. Snyder, D. Itenfisu, P. Steduto, J. Berengena, J. Baselga Yrisarry, M. Smith, L.S. Pereira, D. Raes, A. Perrier, I. Alves, I. Walter, R. Elliott.  2005.  A recommendation on standardized surface resistance for hourly calculation of reference ETo by the FAO56 Penman-Monteith method.  *Agricultural Water Management.*  81:1-22.

Muñoz-Perea1, G.G., H. Terán, **R.G. Allen**, J.L. Wright, D.T. Westermann, and S.P. Singh. 2006.  Selection for Drought Resistance in Dry Bean Landraces and Cultivars.  *Crop Science* 46:2111-2120.

Tasumi, M., **R.G. Allen, R.** Trezza.  2006. DEM based solar radiation estimation model for

hydrological studies. *Hydrological Science & Technology Journal*, AIH 22(1-4):197-208.

**Allen, R.G.**, R. Trezza and M. Tasumi.  2006.  Analytical integrated functions for daily solar radiation on slopes.  *Agricultural and Forest Meteorology.* 139:55-73.

**Allen, R.G.**, M. Tasumi and R. Trezza.  2007.  Satellite-based energy balance for mapping evapotranspiration with internalized calibration (METRIC) – Model.  *ASCE J. Irrigation and Drainage Engineering* 133(4):380-394.

**Allen, R.G.**, M. Tasumi, A.T. Morse, R. Trezza, W. Kramber, I. Lorite and C.W. Robison. 2007.  Satellite-based energy balance for mapping evapotranspiration with internalized calibration (METRIC) – Applications.  *ASCE J. Irrigation and Drainage Engineering* 133(4):395-406.

Tasumi, M., and **R.G. Allen.**  2007.  Satellite-based ET mapping to assess variation in ET with timing of crop development. *Agricultural Water Management* 88:54-62.

Gavilán, P., J. Berengena, **R.G. Allen**.  2007. Measuring versus estimating net radiation and soil heat flux: Impact on Penman–Monteith reference ET estimates in semiarid regions. *Agricultural Water Management*.  89:275-286.

Santos, C., I.J. Lorite, M. Tasumi, **R.G. Allen**, P. Gavilán, E. Fereres.  2007.  Integration of satellite-based energy balance with simulation models applied to irrigation management at an irrigation scheme of southern Spain.  Proc. SPIE – Vol. 6742.  Remote Sensing for Agriculture, Ecosystems, and Hydrology IX, C.M. Neale, M. Owe, G. D'Urso, Ed., 12 p.

Santos, C., I.J. Lorite, M. Tasumi, **R.G. Allen**, E. Fereres.  2007.  Integrating Satellite-based Evapotranspiration with Simulation Models for Irrigation Management at the Scheme Level.  *Irrigation Science* 26(2):277-288.

Bastiaanssen, W.G.M., **Allen, R.G.**Droogers., P.,  D'Urso, G. and Steduto, P.  2007.  Twenty five years modeling irrigated and drained soils: State of the art.  *Agricultural Water Management* 92(3):111-125.

Tasumi, M., **R.G. Allen**, R. Trezza.  2008. Rapid operational estimation of at-surface reflectance and albedo from Landsat and MODIS satellites.  *ASCE J. Hydrologic Engineering* 13(2):51-63.

**Allen, R.G.**  2008.  Quality Assessment of Weather Data and Micrometeorological Flux - Impacts on Evapotranspiration Calculation. *J. Agricult. Meteorology*. 64(4):191-204.

Bastiaanssen, W.G.M, H. Pelgrem, R.W.O. Soppe, **R.G. Allen**, B.P. Thoreson, and A.H. de. C. Teixeira.  2008.  Thermal-infrared technology for local and regional scale irrigation analyses in horticultural systems. *Acta. Hort.* 792, ISHS: 33-46.

Quattrochi, D.A., A. Prakash, M. Eneva, R. Wright, D.K. Hall, M. Anderson, W.P. Kusta, **R.G. Allen**, T. Pagano, and M.F. Coolbaugh.  2008. *Thermal Remote Sensing: Theory, Sensors and Applications*, Chapter 3 in *Earth Observing Platforms & Sensors - Manual of Remote Sensing, 3rd Edition, Volume 1.1*:  81 pages.

Clemmens, A. J., **R.G. Allen**, and C.M. Burt.  2008.  Technical concepts related to conservation of irrigation and rainwater in agricultural systems. *Water Resources Research*, 44:1-16.

Woodcock, C., **R. Allen,** M. Anderson, A. Belward, R. Bindschadler, W.  Cohen, F. Gao, S.N. Goward, D. Helder, E. Helmer, R.Nemani, L.Oreopoulos, J.Schott, P.S.

Thenkabail, E.F. Vermote, J.Vogelmann, M.A. Wulder, R.Wynne.  2008.  Free Access to Landsat Imagery.  *Science*.  320:1011 *(Letters)*.

Choi, M., W.P. Kustas, M.C. Anderson, **R.G. Allen**, F. Li, and J.H. Kjaersgaard.  2009.  An intercomparison of three remote sensing-based surface energy balance algorithms over a corn and soybean production region (Iowa, U.S.) during SMACEX.  *Agricultural and Forest Meteorology*, 149:2082–2097.

**Allen, R.G**. and  L.S. Pereira.  2009.  Estimating crop coefficients from fraction of ground cover and height.  *Irrigation Science*, Vol. 28(1):17-34.

Perry, C., P. Steduto, **R.G. Allen** and C.M. Burt.  2009.  Increasing productivity in irrigated agriculture: Agronomic constraints and hydrological realities.  *Agricultural Water Management*, 96(11):1517-1524

Erraki, S., Chehbouni A. Khabba, S. Simonneaux, V., Jarlan, L., Ouldbba,  A., Rodriguez, J, **Allen, R**.  2010.  Assessment of reference evapotranspiration methods in semi-arid regions: Can weather forecast data be used as alternate of ground meteorological parameters?  *J. Arid Environments* 74(12):1587-1596.

Santos, Cristina, Lorite, Ignacio J., Tasumi, M., **Allen, R.G.**, Fereres, E..  2010.  Performance assessment of an irrigation scheme using indicators determined with remote sensing techniques.  *Irrigation Science*. 28:461-477.

Irmak, A., I. Ratcliffe, P. Ranade, K.G. Hubbard, R.K. Singh, B. Kamble, **R.G. Allen**, and J. Kjaersgaard. 2010 (2011). Estimation of land surface evapotranspiration: A satellite remote sensing procedure. *Great Plains Research*. 21(1): April 2011.

Descheemaeker, Katrien,  Dirk Raes; **R.G. Allen**; J. Nyssen; J. Poesen; B.t Muys; Mitiku Haile; J. Deckers.  2010 (2011). Two rapid appraisals of FAO-56 crop coefficients for semiarid natural vegetation of the northern Ethiopian highlands. *J. Arid Environments.* 75:353-359.

**Allen, R.G**., Pereira, Luis S., Howell, Terry A., Jensen, Marvin E.  2011.  Evapotranspiration Information Reporting: I. Factors Governing Measurement Accuracy.  *Agricultural Water Management*.  98(6):899-920

**Allen, R.G**., Pereira, Luis S., Howell, Terry A., Jensen, Marvin E.  2011.  Evapotranspiration Information Reporting: II. Recommended Documentation. *Agricultural Water Management*.  98(6):921-929.

Frederiksen, H.D. and **R.G. Allen**.  2011.  A common basis for analysis, evaluation and comparison of offstream water uses.  *Water International* 36(3):266-282.

**Allen, R.G**.  2011.  Skin layer evaporation to account for small precipitation events—An enhancement to the FAO-56 evaporation model.  *Agricultural Water Management*.  99(1):8-18.

**Allen, R.G**., A. Irmak, R. Trezza, J. Hendrickx, W. Bastiaanssen, and J. Kjaesgaard.  2011.  Satellite based ET estimation in agriculture using SEBAL and METRIC. *J. Hydrological Processes.* 25:4011–4027.

Kjaersgaard, J., **R.G. Allen** and A. Irmak.  2011.  Improved methods for estimating monthly and growing season ET estimation using METRIC applied to moderate-resolution satellite imagery.  *J. Hydrological Processes*.  25:4028–4036.

Irmak (Kilic), A., **R.G. Allen**, J. Kjaersgaard, J. Huntington, B. Kamble, R. Trezza, and I.

Ratcliffe.  2011.  Operational Remote Sensing of ET and Challenges.  Chapter 21 in *Evapotranspiration   - Remote Sensing and Modeling* (A. Irmak (Kilic), editor),  Publisher: InTech (http://www.intechopen.com/books/evapotranspiration-remote-sensing-and-modeling).

Healey, N.C., A. Irmak, T.J. Arkebauer, D.P. Billesbach, J.D. Lenters,  K.G. Hubbard, **R.G. Allen**, J. Kjaersgaard.  2011. Remote Sensing and In Situ-Based Estimates of Evapotranspiration for  Subirrigated Meadow, Dry Valley, and Upland Dune Ecosystems in the Semi-arid Sand Hills of Nebraska, USA.  *Irrig. and Drain. Sys*.  (25(3), 151-178.)

Rosa, R.D., P. Paredes, G. C. Rodrigues, I. Alves, R.M. Fernando, L.S. Pereira, **R.G. Allen**.  2012.  Implementing the dual crop coefficient approach in interactive software. 1. Background and computational strategy.  *Agricultural Water Management* 103:8-24.

Rosa, R.D., P. Paredes, G. C. Rodrigues, R.M. Fernando, I. Alves, L.S. Pereira, **R.G. Allen**.  2012.  Implementing the dual crop coefficient approach in interactive software: 2. Model testing.  *Agricultural Water Management* 103:62-77.

Santos, C., I.J. Lorite, **R.G. Allen**, M. Tasumi.  2012.  Aerodynamic Parameterization of the Satellite-Based Energy Balance (METRIC) Model for ET Estimation in Rainfed Olive Orchards of Andalusia, Spain,  *Water Resources Management* 26(11):3267-3283.

Tasumi, M., A. Fujii, R. Kimura, M. Moriyama, **R.G. Allen**.  2012.  Estimation of global ET-Index from satellite imagery for water resources management.  Proc. SPIE 8524, *Land Surface Remote Sensing*, 85240K (November 21, 2012); doi:10.1117/12.976283

Carrasco-Benavides, M., S. Ortega-Farías, L.O. Lagos, J. Kleissl, L. Morales, C. Poblete-Echeverría, **R.G. Allen.**  2012.  Crop coefficients and actual evapotranspiration of a drip-irrigated Merlot vineyard using multispectral satellite images.  *Irrigation Science,* 30(6):485-497.

Anderson, M.C., **R.G. Allen**, A. Morse, and W.P. Kustas.  2011.  Use of Landsat Thermal Imagery in Monitoring Evapotranspiration and Managing Water Resources.  *Remote Sensing of Environment*. 122:50-65.

Frederiksen, H.D., **R.G. Allen**, C.M. Burt, and C. Perry.  2012.  Responses to Gleick et al. (20112. Gleick, P.H., Christian-Smith, J. and Cooley, H. 2011. Water-use efficiency and productivity: rethinking the basin approach. Water International, 36(7): 784–798. in *Water International*. Special Issue: Has Water Privatization Peaked? The Future of Public Water Governance, 37(2): 183-197.

Ryu, J.H., B. Contor, G. Johnson, **R. Allen**, J. Tracy.  2012.  System Dynamics to Sustainable Water Resources Management in the Eastern Snake Plain Aquifer Under Water Supply Uncertainty.  *JAWRA J. Am. Water Resources Assoc*. 48(6):1204–1220.

Pôças, I., M. Cunha, L.S. Pereira, **R.G. Allen**, 2012.  Using remote sensing energy balance and evapotranspiration to characterize montane landscape vegetation

with focus on grass and pasture lands.  *Int. J. Applied Earth Observation and Geoinformation.*  21:159–172.

Ley, T.W., **R.G. Allen**, M.E. Jensen. 2013. Translating Wind-Speed Measurements over Alfalfa having varying height for use in the ASCE Standardized Reference ET Equation. J. Irrigation and Drainage Engineering-ASCE  Volume: 139   Issue: 6   Pages: 463-475.

**Allen, R.G.**, B. Burnett, W. Kramber, J. Huntington, J. Kjaersgaard, A. Kilic, C. Kelly, R. Trezza.  2013. Automated Calibration of the METRIC-Landsat Evapotranspiration Process.  *J. Am. Water Resources Assoc.* 49(3):563-576.

**Allen, R.G.**, R. Trezza, A. Kilic, M. Tasumi, H. Li.  2013. Sensitivity of Landsat-scale energy balance to aerodynamic algorithms in mountains and complex terrain. *J. Am. Water Resources Assoc.*  49(3):592-604.

Morton, C.G., J.L. Huntington, G.M. Pohll, **R.G. Allen**, K.C. McGwire, S.D. Bassett. 2013. Assessing Calibration Uncertainty and Automation for Estimating Evapotranspiration from Agricultural Areas Using METRIC *J. Am. Water Resources Assoc.*  49(3):549-562.

Burkhalter, J.P., T.C. Martin, **R.G. Allen**, J. Kjaersgaard, E. Wilson, R. Alvarado, and J.S. Polly.  2013.  Estimating Crop Water Use via Remote Sensing Techniques vs. Conventional Methods in the South Platte River Basin, CO. *J. Am. Wat Res. Assoc.*  49(3):498-517.

Trezza, R., **R.G. Allen**, and M. Tasumi.  2013. Estimation of Actual Evapotranspiration along the Middle Rio Grande of New Mexico Using MODIS and Landsat Imagery with the METRIC Model Remote Sens. 5(10):5397-5423; doi:10.3390/rs5105397

Taylor, N. J., W. Mahohoma, J. T. Vahrmeijer, M. B. Gush, **R.G. Allen**, J. G. Annandale.  2014. Crop coefficient approaches based on fixed estimates of leaf resistance are not appropriate for estimating water use of citrus. *Irrigation Science* 1-14

Dhungel, R., **Richard G. Allen**, Ricardo Trezza, Clarence W. Robison. 2014. Comparison of Latent Heat Flux Using Aerodynamic Methods and Using the Penman–Monteith Method with Satellite-Based Surface Energy Balance. *Remote Sensing* 6:8844-8877.

Pôças, Isabel, Teresa A. Paço, Mário Cunha, José A. Andrade, José Silvestre, Adélia Sousa, Francisco L. Santos, Luís S. Pereira, **Richard G. Allen**.  2014. Satellite-based evapotranspiration of a super-intensive olive orchard: Application of METRIC algorithms. *Biosystems Engineering* 128:69-81.

Roy, David P., M.A. Wulder, T.R. Loveland, C.E. Woodcock, **R.G. Allen**, M.C. Anderson, D. Helder, J.R. Irons, D.M. Johnson, R. Kennedy, [......], V. Kovalskyy, P.Z. Lee, L. Lymburner, J.G. Masek, J. McCorkel, Y. Shuai, R. Trezza, J. Vogelmann, R.H. Wynne, Z. Zhu. 2014. Landsat-8: science and product vision for terrestrial global change research. *Remote Sensing of Environment* 145:154-172.

Hendrickx, J.; **Allen, R.**; Brower, A.; Hong, S.; Ogden, F. Trezza, R.; Nawa, P.; Robison, C.; Toll, D.; Wilson, J.. 2014. Benchmarking Optical/Thermal Satellite

Imagery for Estimation of Evapotranspiration and Soil Moisture in Decision Support Tools. *J. Am. Water Resources Assoc.* (JAWRA). (on-line).

Hong, S.-H., J. M. H. Hendrickx, J. Kleissl, **R. G. Allen**, W. G. M. Bastiaanssen, R. L. Scott, and A. L. Steinwand. 2014. Evaluation of an extreme-condition-inverse calibration remote sensing model for mapping energy balance fluxes in arid riparian areas. *Hydrol. Earth Syst. Sci.* 11, 13479-13539

Pereira, L. S., **Allen, R. G.**, Smith, M., and Raes, D. (2015). Crop evapotranspiration estimation with FAO56: Past and future. *Agricultural Water Management, 147*, 4-20.

Reuter, D. C., C. M. Richardson, F. A. Pellerano, J. R. Irons, **R. G. Allen**, M. Anderson, M. D. Jhabvala, A. W. Lunsford, Montanaro, M., Smith, R.L. and Tesfaye, Z., 2015 "The Thermal Infrared Sensor (TIRS) on Landsat 8: Design overview and pre-launch characterization." *Remote Sensing* 7(1):1135-1153.

Li, H., Shen, Y., Yang, P., Zhao, W., **Allen, R.G**., Shao, H. and Lei, Y., 2015. Calculation of albedo on complex terrain using MODIS data: a case study in Taihang Mountain of China. *Environmental Earth Sciences*, 74(7), pp.6315-6324.

Kilic, A., **Allen, R.,** Trezza, R., Ratcliffe, I., Kamble, B., Robison, C., & Ozturk, D. (2016). Sensitivity of evapotranspiration retrievals from the METRIC processing algorithm to improved radiometric resolution of Landsat 8 thermal data and to calibration bias in Landsat 7 and 8 surface temperature. *Remote Sensing of Environment*, 185, 198-209.

Ortega-Farías, S., Ortega-Salazar, S., Poblete, T., Kilic, A., **Allen, R.,** Poblete-Echeverría, C., ... & Sepúlveda, D. (2016). Estimation of Energy Balance Components over a Drip-Irrigated Olive Orchard Using Thermal and Multispectral Cameras Placed on a Helicopter-Based Unmanned Aerial Vehicle (UAV). *Remote Sensing*, 8(8), 638.

Hendrickx, J. M., **Allen, R. G**., Brower, A., Byrd, A. R., Hong, S. H., Ogden, F. L., ... & Umstot, T. G. (2016). Benchmarking Optical/Thermal Satellite Imagery for Estimating Evapotranspiration and Soil Moisture in Decision Support Tools. *JAWRA Journal of the American Water Resources Association*, 52(1), 89-119.

Tasumi, M., Kimura, R., **Allen, R. G**., Moriyama, M., & Trezza, R. (2016). Development of the GCOM-C global ET index estimation algorithm. 農業気象, 72(2), 85-94.

Huntington, J., K. McGwire, C. Morton, K. Snyder, S. Peterson, T. Erickson, R. Niswonger, R. Carroll, G. Smith, and **R. Allen**. (2016). "Assessing the role of climate and resource management on groundwater dependent ecosystem changes in arid environments with the Landsat archive." *Remote Sensing of Environment* 185:186-197.

Dhungel, R., **Allen, R. G**., & Trezza, R. (2016). Improving iterative surface energy balance convergence for remote sensing based flux calculation. *Journal of Applied Remote Sensing*, 10(2), 026033-026033.

Dhungel, R., **Allen, R.G**., Trezza, R. and Robison, C.W., 2016. Evapotranspiration between satellite overpasses: methodology and case study in agricultural dominant semi-arid areas. Meteorological Applications, 23(4), pp.714-730.

Ramírez-Cuesta, J.M., Kilic, A., **Allen, R.,** Santos, C. and Lorite, I.J., (2017). Evaluating

the impact of adjusting surface temperature derived from Landsat 7 ETM+ in crop evapotranspiration assessment using high-resolution airborne data. *International Journal of Remote Sensing,* 38(14), pp.4177-4205.

Fisher, J.B., Melton, F., Middleton, E., Hain, C., Anderson, M., **Allen, R**., McCabe, M.F., Hook, S., Baldocchi, D., Townsend, P.A. and Kilic, A., (2017). The future of evapotranspiration: Global requirements for ecosystem functioning, carbon and climate feedbacks, agricultural management, and water resources. *Water Resources Research*, 53(4), pp.2618-2626.

Foolad, F., Franz, T.E., Wang, T., Gibson, J., Kilic, A., **Allen, R.G**. and Suyker, A., (2017). Feasibility analysis of using inverse modeling for estimating field-scale evapotranspiration in maize and soybean fields from soil water content monitoring networks. Hydrology and Earth System Sciences, 21(2), p.1263.

de la Fuente-Sáiz, D., Ortega-Farías, S., Fonseca, D., Ortega-Salazar, S., Kilic, A. and **Allen, R**., (2017). Calibration of METRIC Model to Estimate Energy Balance over a Drip-Irrigated Apple Orchard. *Remote Sensing*, 9(7), p.670.

de la Fuente-Sáiz, D., Ortega-Farias, S. Ortega-Salazar, S., Benavides, M., Kilic, A., **Allen, R. G.** 2017.  Estimation of water requirements for a drip-irrigated apple orchard using Landsat 7 satellite images. January 2017Acta horticulturae 1150(1150):181-188. DOI: 10.17660/ActaHortic.2017.1150.26

Ortega-Farias, S., Ortega-Salazar, S, Poblete, T., Zuñiga, M., Sepúlveda-Reyes, D., Kilic, A., **Allen, R.G**., 2017. Estimation of olive evapotranspiration using multispectral and thermal sensors placed aboard an unmanned aerial vehicle. January 2017 Acta horticulturae 1150(1150):1-8. DOI: 10.17660/ActaHortic.2017.1150.1

Ortega-Farías, S., D. Fonseca, D. de la Fuente, A. Kilic, S. Ortega-Salazar, **R. Allen** and M. Carrasco-Benavides. (2017). Remote sensing model to evaluate the spatial variability of vineyard water requirements.  Acta Hortic. 1188. ISHS 2017. DOI 10.17660/ActaHortic.2017.1188.30, pp. 235-242.

Taylor, N. J., Annandale, J., Vahrmeijer, J., Ibraimo, N.A., Mahohoma, W., Gush, M.B., **Allen, R.G** .  2017. Modelling water use of subtropical fruit crops: The challenges. May 2017, Acta horticulturae 1160(1160):277-284, DOI: 10.17660/ActaHortic.2017.1160.40

Valayamkunnath, P., Sridhar, V., Zhao, W., and **Allen, R.G**. 2018. Intercomparison of surface energy fluxes, soil moisture, and evapotranspiration from eddy covariance, large-aperture scintillometer, and modeling across three ecosystems in a semiarid climate. *Agricultural and Forest Meteorology,* Volume 248, 15 January 2018, Pages 22-47

Grafton, R.Q., Williams, J., Perry, C.J., Molle, F., Ringler, C., Steduto, P., Udall, B., Wheeler, S.A., Wang, Y., Garrick, D. and **Allen, R.G**., 2018. The paradox of irrigation efficiency. *Science*, 361(6404), pp.748-750.

Wulder, M.A., Loveland, T.R., Roy, D.P., Crawford, C.J., Masek, J.G., Woodcock, C.E., **Allen, R.G**., Anderson, M.C., Belward, A.S., Cohen, W.B. and Dwyer, J., A. Erb, F. Gao, P. Griffiths, D. Helder, T. Hermosilla, J.D. Hipple, P. Hoster, M. J.

Hughes, D.M. Johnson, R. Kennedy, A. Kilic, Z. Li, L. Lymburner, J. McCorkel, N. Pahlevanv, T.A. Scambos, C. Schaaf, J. R. Schott, Y. Sheng, J. Storey, E. Vermote, J. Vogelmann, J.C. White, R.H.Wynne, Z. Zhu. 2019. Current status of Landsat program, science, and applications. *Remote sensing of environment*, 225, pp.127-147.

Grafton, R.Q., Williams, J., Perry, C.J., Molle, F., Ringler, C., Steduto, P., Udall, B., Wheeler, S.A., Wang, Y., Garrick, D. and **Allen, R.G**., 2018. The paradox of irrigation efficiency. *Science*, 361(6404), pp.748-750.

Ramírez-Cuesta, J.M., **R.G. Allen**, P.J. Zarco-Tejada, A. Kilic, C. Santos, I.J. Lorite. 2019. Impact of the spatial resolution on the energy balance components on an open-canopy olive orchard. *Int J Appl Earth Obs Geoinformation*. 74:88-102.

Valayamkunnath, P., Sridhar, V., Zhao, W. and **Allen, R.G**., 2019. A comprehensive analysis of interseasonal and interannual energy and water balance dynamics in semiarid shrubland and forest ecosystems. *Science of The Total Environment*, 651, pp.381-398.

Sridhar, V., Billah, M.M., Valayamkunnath, P., Zhao, W, **Allen, R.G**., Germino, M.J. 2020. Corrigendum to: Field-scale intercomparison analysis of ecosystems in partitioning surface energy balance components in a semi-arid environment. *Ecohydrology & Hydrobiology*, 19(1), pp.24-37.

Pereira, L.S., Paredes, P., Melton, F., Johnson, L., Wang, T., López-Urrea, R., Cancela, J.J. and **Allen, R.G.,** 2020. Prediction of crop coefficients from fraction of ground cover and height. Background and validation using ground and remote sensing data. Agricultural Water Management, 241, p.106197.

Blankenau, P.A., Kilic, A. and Allen, R., 2020. An evaluation of gridded weather data sets for the purpose of estimating reference evapotranspiration in the United States. *Agricultural Water Management*, 242, p.106376.

Ramírez-Cuesta, J.M., **Allen, R.G.**, Intrigliolo, D.S., Kilic, A., Robison, C.W., Trezza, R., Santos, C. and Lorite, I.J., 2020. METRIC-GIS: An advanced energy balance model for computing crop evapotranspiration in a GIS environment. *Environmental Modelling & Software*, 131, p.104770.

**Allen, R.G**., Dukes, M.D., Snyder, R.L., Kjelgren, R. and Kilic, A., 2020. A Review of Landscape Water Requirements Using a Multicomponent Landscape Coefficient. *Transactions of the ASABE*, 63(6), pp.2039-2058.

**Allen, R.G**., Robison, C.W., Huntington, J., Wright, J.L. and Kilic, A., 2020. Applying the FAO-56 Dual Kc Method for Irrigation Water Requirements over Large Areas of the Western US. *Transactions of the ASABE*, 63(6), pp.2059-2081.

**Allen, R.G.,** Dhungel, R., Dhungana, B., Huntington, J., Kilic, A. and Morton, C., 2020. Conditioning point and gridded weather data under aridity conditions for calculation of reference evapotranspiration. *Agricultural Water Management*, p.106531.

Melton, F.S., Huntington, J., Grimm, R., Herring, J., Hall, M., Rollison, D., Erickson, T., **Allen, R**., Anderson, M., Fisher, J.B. and Kilic, A., 2021. OpenET: Filling a critical data gap in water management for the western united states. *JAWRA Journal of*

*the American Water Resources Association*.

Volk, J., Huntington, J., **Allen, R**., Melton, F., Anderson, M. and Kilic, A., 2021. flux-data-qaqc: A Python Package for Energy Balance Closure and Post-Processing of Eddy Flux Data. *Journal of Open Source Software*, 6(66), p.3418.

Ortega-Salazar, S., Ortega-Farías, S., Kilic, A. and **Allen, R**., 2021. Performance of the METRIC model for mapping energy balance components and actual evapotranspiration over a superintensive drip-irrigated olive orchard. *Agricultural Water Management*, 251, p.106861.

## Publication H-Index:

The **H-Index** for my refereed publications was 51 from the Publons/Web of Science, Feb. 2022, meaning 51 publications have been cited 51 or more times each. Thirty-four publications have been cited more than 100 times each, and 98 publications have been cited more than 10 times each, with a total of 12,800 citations. When the 1998 FAO-56 publication is included, with 30,000 citations, the total number of citations is more than 40,000. As of February 2022, a primary journal publication on the University of Idaho METRIC model had been cited 1874 times (Google Scholar).

Publication metrics

These metrics are calculated from the publications you have imported.  It may take up to an hour after importing publications for these metrics to be updated.

| WEB OF SCIENCE DOCUMENTS | TOTAL TIMES CITED | H-INDEX | AVERAGE CITATIONS PER DOCUMENT | AVERAGE CITATIONS PER YEAR |
|---|---|---|---|---|
| 144 | 12,792 | 51 ⓘ | 88.8 | 345.7 |

**Top 20 publications by number of citations:**

| DATE | TITLE | JOURNAL | CITATI... ▼ | ALTMETRIC |
|------|-------|---------|-------------|-----------|
| 2014 | Landsat-8: Science and product vision for terrestrial g... | Remote Sensing of Enviro... | 1117 | 54 |
| 2007-08 | Satellite-based energy balance for mapping evapotran... | Journal of Irrigation and D... | 1014 | 6 |
| 2008 | Free access to Landsat imagery | Science | 559 | 21 |
| 2003-02 | History and evaluation of Hargreaves evapotranspirati... | Journal of Irrigation and D... | 549 | 7 |
| 2011-04 | Evapotranspiration information reporting: I. Factors g... | Agricultural Water Manag... | 506 | 3 |
| 1989-07 | OPERATIONAL ESTIMATES OF REFERENCE EVAPOT... | Agronomy Journal | 487 | 3 |
| 2005-02 | SEBAL model with remotely sensed data to improve w... | Journal of Irrigation and D... | 450 | 4 |
| 2012-07 | Use of Landsat thermal imagery in monitoring evapotr... | Remote Sensing of Enviro... | 384 | 9 |
| 2007-08 | Satellite-based energy balance for mapping evapotran... | Journal of Irrigation and D... | 352 | 3 |
| 2006-03-10 | A recommendation on standardized surface resistanc... | Agricultural Water Manag... | 337 | - |
| 2017 | The future of evapotranspiration: Global requirements... | Water Resources Research | 299 | 17 |
| 2015-01-01 | Crop evapotranspiration estimation with FAO56: Past ... | Agricultural Water Manag... | 297 | 8 |
| 2000-03-27 | Using the FAO-56 dual crop coefficient method over a... | Journal of Hydrology | 294 | - |
| 2005-02 | FAO-56 dual crop coefficient method for estimating e... | Journal of Irrigation and D... | 275 | - |
| 1996-03 | Assessing integrity of weather data for reference evap... | Journal of Irrigation and D... | 259 | 3 |
| 2019 | Current status of Landsat program, science, and appli... | Remote Sensing of Enviro... | 249 | 137 |
| 2018-08-24 | The paradox of irrigation efficiency | Science | 246 | 422 |
| 2009-11 | Estimating crop coefficients from fraction of ground c... | Irrigation Science | 246 | - |
| 2011-12-30 | Satellite-based ET estimation in agriculture using SEB... | Hydrological Processes | 216 | - |
| 1997-04 | SELF-CALIBRATING METHOD FOR ESTIMATING SOL... | Journal of Hydrologic Eng... | 194 | - |

**TECHNICAL RESEARCH COMPLETION REPORTS**

**Allen, R.G.**, C.E. Brockway, and J.R. Busch. 1978. Planning Optimal Irrigation Distribution and Application Systems: Teton Flood Damaged Lands. Research Technical Completion Report, Idaho Water Resources. Research Institute, University Idaho, Moscow, ID, 218 pages.

**Allen, R.G.** and C. E. Brockway. 1979. Relationship of Costs and Water-use Efficiency for Irrigation Projects in Idaho. Research Technical Completion Report, Idaho Water Resources Institute, Univ. Idaho, Moscow, ID 287 p.

**Allen, R.G.** 1982. Weather and Consumptive Use at Irrigated and Rangeland Sites in Southern Idaho. Partial Research Technical Completion report, Idaho Water and Energy Resources Research Institute, University Idaho, Moscow, Id, 35 pages.

**Allen, R.G.** and C. E. Brockway. 1982, Weather and Consumptive Use in the Bear River Basin, Idaho During 1982. Research Completion Report, Idaho Water and Energy Resources Research Institute, University of Idaho, Moscow, ID, 80 pages.

**Allen, R.G.** and C. E. Brockway. 1983. Estimating Consumptive Irrigation Requirements for Crops in Idaho, Research Technical Completion Report, Idaho Water and Energy Resources Research Institute, University Idaho, Moscow, ID 130 pages.

**Allen, R.G.** and C. E. Brockway. 1984. Optimizing Irrigation System Design - Summary Report. Research Technical Completion Report, Idaho Water and Energy Resources Research Institute, Univ. Idaho, Moscow, ID, 39 pages.

**Allen, R.G.** and F.N. Gichuki. 1989. Effects of Projected $CO_2$ - Induced Climatic Changes on Irrigation Water Requirements in the Great Plain States (Texas, Oklahoma, Kansas, and Nebraska). *The potential effects of global climate change on the United States: Appendix C – Agriculture*, Vol.1, EPA-230-05-89-053, J.B. Smith and D.A. Tirpak, eds., U.S. Environmental Protection Agency, Office of Policy, Planning and Evaluation, Washington, D.C., p 6/1-6/42.

Hill, R.W. and **R.G. Allen**. 1989. Crop and Phreatophyte Water Use in Irrigation Systems Management. Research Report, CSRS UTA00804 Project. Utah Agric. Exp. Station, Utah State Univ., Logan, UT

Smith, M., **R.G. Allen**, J.L. Monteith, L.S. Pereira, A. Perrier, W.O. Pruitt. 1991. Report on the Expert Consultation on Procedures for Revision of FAO Guidelines for Prediction of Crop Water Requirements. Land and Water Dev. Division, United Nations Food and Agriculture Service, Rome, Italy.

**Allen, R.G.**, P.J. Vanderkimpen. 1991. Screening and Analysis of Data for Direct Compution of Crop Water Use. Completion Report submitted to USDA-ARS Soil and Water Management Research, Kimberly,Idaho

**Allen, R.G.**, P.J. Vanderkimpen, J.L. Wright. 1992. Crop Resistance Algorithms for Prediction of Crop Evapotranspiration. Completion Report submitted to USDA-ARS Soil and Water Management Research, Kimberly,Idaho

**Allen, R.G.** 1992. Integrated Water Management: Contribution of Groundwater to Crop Water Use. Completion Report, CSRS UTA00804 Project. Utah Agric. Exp. Station, Utah State Univ., Logan, UT

**Allen, R.G.** 1993. Evaluation of a Temperature Difference Method for Computing Grass Reference Evapotranspiration. Report submitted to Water Resources Development and Management Service, Land and Water Development Division, United Nations Food and Agriculture Service, Rome, Italy.

Smith, M., L.S. Pereira, **R.G. Allen**, P. Steduto. 1994. Final Report on Research Needs in Irrigation in the Middle East. International Expert Panel on Irrigation Research. UN-FAO, Cairo, Egypt.

**Allen, R.G.** 1995. Evaluation of Procedures for Estimating Mean Monthly Solar Radiation from Air Temperature. Report submitted to Water Resources Development and Management Service, Land and Water Development Division, United Nations Food and Agriculture Service, Rome, Italy.

**Allen, R.G.** 1995. Standardization of the FAO Penman-Monteith Evapotranspiration Method as a World-Wide Definition. Appendix C, in Report of the WMO Expert Meeting on Evaporation and Evapotranspiration held in Vozokany, Slovakia, 1995, World Meteorological Organization, K. Schulze (ed).

**Allen, R.G.** 1995. Evaluation of Procedures for Estimating Grass Reference Evapotranspiration using Air Temperature Data Only. Report submitted to Water Resources Development and Management Service, Land and Water Dev. Division, United Nations Food and Agriculture Service, Rome, Italy.

**Allen, R.G.** 1996. Water Requirements of Wetland Communities. Summary submitted to U.S. Bureau of Reclamation, Utah Projects Office, Provo, UT

**Allen, R.G.** 1997. Demonstration of Potential for Residential Water Savings using a Soil Moisture Controlled Irrigation Monitor. Project Completion Report submitted to the Water Management and Conservation Activity Department, U.S. Bureau of Reclamation, Provo, Utah.

**Allen, R.G.** 1997. Water Use Assessment of the Cibola Valley Irrigation and Drainage District. Draft Final Report submitted to U.S. Bureau of Reclamation, Boulder City, Nevada.

**Allen, R.G.** 2000. Summary of M.K. Hansen AM400 and Onset HOBO Datalogger and Watermark Sensor Demonstration and Testing near Twin Falls, Idaho during 2000. Univ. Idaho research completion report submitted to Idaho Dept. Water Resources. 15 p.

Morse, A., M. Tasumi, **R.G. Allen**, W.J. Kramber. 2000. Application of the SEBAL Methodology for Estimating Consumptive Use of Water and Streamflow Depletion in the Bear River Basin of Idaho through Remote Sensing, Final Report, Phase I, submitted to The Raytheon Systems Company, Earth Observation System Data and Information System Project, by Idaho Dept. Water Resources and University of Idaho. 107 pages.

Morse, A., **R.G. Allen**, M. Tasumi, W.J. Kramber, J.L. Wright. 2001. Application of the

SEBAL Methodology for Estimating Evapotranspiration and Consumptive Use of Water Through Remote Sensing, Part I: Summary Report. Submitted to The Raytheon Systems Company Earth Observation System Data and Information System Project.  45 pages.

**Allen, R.G.**, M. Tasumi, R. Trezza, J.L. Wright, A. Morse, and W.J. Kramber.  2001. Application of the SEBAL Methodology for Estimating Evapotranspiration and Consumptive Use of Water  Through Remote Sensing,  Part II: Details on Validation with Lysimeters and Application to the Eastern Snake River Plain of Idaho. Submitted to The Raytheon Systems Company Earth Observation System Data and Information System Project.  89 pages.

Walter I. A., **R.G. Allen**, R. Elliott, D. Itenfisu, P. Brown, M.E. Jensen, B. Mecham, T.A. Howell, R. Snyder, S. Eching, T. Spofford, M. Hattendorf, D. Martin, R.H. Cuenca, and J.L. Wright.  2001. rev. 2002. The ASCE Standardized Reference Evapotranspiration Equation.  Report of the ASCE-EWRI Task Committee on Standardization of Reference Evapotranspiration. 147 p.

Morse, A., **R.G. Allen**, M. Tasumi, W.J. Kramber, R. Trezza.  2003.  Application of the SEBAL Methodology for Estimating Evapotranspiration and Consumptive Use of Water Through Remote Sensing, Phase III: The Transition to an Operational System.  Submitted to The Raytheon Systems Company Earth Observation System Data and Information System Project.  31 pages.

**Allen, R.G.**,  M.Tasumi and I. Lorite Torres.  2003.  High Resolution Quantification of Evapotranspiration from Imperial Irrigation District.  Research Completion report (phase I) submitted to MWD, December 2003.  130 p.

McCabe, J.,  J. Ossa, **R.G. Allen,** B. Carleton, B. Carruthers, C. Corcos, T. A. Howell, R. Marlow, B. Mecham, T. L. Spofford.  2003.  Turf and Landscape Irrigation Best Management Practices.  September, 2003 edition.  Irrigation Association – Water Management Committee.  48 pages. http://www.irrigation.org/PDF/IA BMP SEPT 2003 DRAFT.pdf

McCabe, J.,  J. Ossa, **R.G. Allen,** B. Carleton, B. Carruthers, C. Corcos, T. A. Howell, R. Marlow, B. Mecham, T. L. Spofford.  2003.  Landscape Irrigation Scheduling and Water Management – Practices Guidelines.  September, 2003 edition.  Irrigation Association – Water Management Committee.  188 pages. http://www.irrigation.org/PDF/IA LIS AND WM SEPT 2003 DRAFT.pdf

**Allen, R.G.,** M. Tasumi, and I.L.Torres; 2004; Investigations and refinements to the METRIC satellite image processing procedure for more accurate prediction of evapotranspiration from desert and cities; University of Idaho Research Report to the Idaho Department of Water Resources. 20 pages.

**Allen, R.G.,** M. Tasumi, and C.N. Kelly.  2004.  Middle Rio Grande Basin: METRIC™ ET Products and Description of Computational Processes.  Final report submitted to Keller-Bliesner Engineering, 89 pages.

**Allen, R.G.** AND C.W. Robison.  2004.  Comparison of ET by METRIC™

with Canal System Diversions.  Report submitted to the Twin Falls Canal Company, Twin Falls, Idaho.  15 p.

**Allen, R.G.,** M.Tasumi and R. Trezza.  2005.  METRIC: Mapping evapotranspiration at high resolution.  Applications manual for Landsat satellite imagery.  version 2.0.  University of Idaho Kimberly Research and Extension Center, 130 p.

**Allen, R.G.,** M. Tasumi, I. Lorite Torres and R. Trezza.  2006. Regional Consumptive Water Use in the Western United States through Optical Remote Sensing – University of Idaho METRIC™ Evapotranspiration Model.  University of Idaho Completion report submitted to New Mexico Tech. and to the USDA-CSREES. 240 p.

**Allen, R.G.,** C.W. Robison, M. Tasumi, R. Trezza, I. Lorite Torres, and C.N. Kelly.  2006. The Change in Total Evaporation and Water Consumption from the American Falls Reservoir Reach following the Creation and Filling of the Reservoir.  University of Idaho Research and Extension Ctr. Report submitted to the Idaho Department of Water Resources. 75 p.

**Allen, R.G.** and C.W. Robison. 2006 (revised 2007, 2009). Evapotranspiration and Consumptive Irrigation Water Requirements for Idaho.  University of Idaho Research and Extension Center Report submitted to the Idaho Department of Water Resources. 179 p. http://data.kimberly.uidaho.edu/ETIdaho/ETIdaho_Report_April _2007_with_supplement.pdf

**Allen, R.G.,** M. Tasumi, C.W. Robison and R. Trezza. 2006. Summary of the METRIC-MODIS Application for the Middle Rio Grande Valley of New Mexico for Year 2002.  University of Idaho Research and Extension Center Report submitted to the US. Bureau of Reclamation and NASA. 27 p

Tasumi, T., R. Trezza, **R.G. Allen,** and C.W. Robison. 2007. Summary of the METRIC-MODIS Application for the Middle Rio Grande Valley of New Mexico for Year 2005.  University of Idaho Research and Extension Center Report submitted to the US. Bureau of Reclamation and NASA. 28 p

**Allen, R.G.,** M.Garcia, C.W. Robison.  2009.  Evapotranspiration during year 2006 for the Eastern Snake Plain region determined using METRIC.  Completion report submitted to IDWR by the University of Idaho.

Kjaersgaard, J. and **R.G. Allen.** 2009.  Evapotranspiration for the Mission Valley of Montana as determined using the METRIC satellite-based energy balance model.  Completion report submitted to the Montana Commission on Water Rights by the University of Idaho.

Robison, C.W. and **R.G. Allen.**  2009. Crop coefficient information determined for the Middle Rio Grande region of New Mexico for years 2002, 2005, 2007 using the METRIC model and comparisons against crop coefficients from the USBR ETToolbox model.  Report submitted to the US Bureau of

Reclamation and NASA.

**Allen**, **R.G.** and J. Kjaersgaard. 2009. Field-Scale Evapotranspiration along the Lower Rio Grande Valley during 2008 using METRIC. Report submitted to the New Mexico Office of the State Engineer by Allen Engineering, Twin Falls, Idaho, June 2009. 156 p.

Santos Rufo, C., I.J. Lorite-Torres, **R.G. Allen**, M. Tasumi, P. Gavilan-Zafra and E. Fereres-Castiel. 2009. Mejora de la gestion de los recursos hidricos por medio de la integracion de technicas de teledetccion y modelos de simulacion. Report submitted to the Analistas Economicos de Andalucia, Spain. 75 p.

Huntington, J.L., and **R. Allen**. 2010. Evapotranspiration and Net Irrigation Water Requirements for Nevada, Nevada State Engineer's Office Publication, 266 p.

de Oliveira, A. and **R.G. Allen**, 2010. Final Report on the Processing of 1996 Landsat Images from Southern Idaho with the METRIC$^{tm}$ Model. Completion report submitted to IDWR by the University of Idaho.

Trezza, Ricardo, **Richard Allen**, C.W. Robison and Jeppe Kjaersgaard. 2011. Completion Report on the Production of Evapotranspiration Maps for Year 2007 for the Smith River, Helena, Bozeman and Dillon areas of Montana using Landsat Images and the METRIC$^{tm}$ Model. Univ. Idaho Completion report submitted to United States Geological Survey, Helena, MT and Montana Bureau of Mines and Geology, Butte, MT.

Trezza, Ricardo, **Richard Allen**, C.W. Robison and Jeppe Kjaersgaard. 2011. Completion Report on the Production of Satellite-based Maps of Evapotranspiration using the METRIC$^{tm}$ Model for Year 2010 for Landsat Path/Row 45/30 in Oregon. Univ. Idaho Completion Report subitted to United States Forest Service, December, 2011.

Trezza, Ricardo, **Richard Allen**, Eric Kra and C.W. Robison. 2012. Final Report on the Production of Evapotranspiration Maps for Year 2008 from Landsat Images for the Eastern Snake Plain Region of Southern Idaho with the METRIC Model. Report submitted to Idaho Department of Water Resources by the University of Idaho.

Evapotranspiration Plus. 2014. Production of Satellite-based Maps of Evapotranspiration using the METRIC$^{tm}$ Model for Year 2008 in the Rio Grande Area of Texas, Landsat Path 32 Rows 38 and 39. Completion Report by Evapotranspiration Plus (ET+), Submitted to Davids Engineering, Davis, California, May 1, 2014. 89 p.

Huntington, J.L., Gangopadhyay, S., Spears, M., King, D., Morton, C., **Allen, R.**, Dunkerly, C., Lobsinger, M., Harrison, A., Pruitt, T. and McEvoy, D., 2014. West-wide climate risk assessments: bias-corrected and spatially downscaled irrigation demand and reservoir evaporation projections. Technical Memorandum, (86-68210), p.01.

Trezza, Ricardo, **Richard Allen**, Jeremy Greth, and C.W. Robison. 2015. Report on the Calibration of Evapotranspiration Maps from Landsat Images for the Eastern Snake Plain Region, Paths 39 and 40, Idaho for Year 1992 using the METRIC Model. Report submitted to Idaho Department of Water Resources by the University of Idaho.

Kelly, Carlos, Jeremy Greth, Ricardo Trezza, **Richard Allen**, and C.W. Robison. 2015. Report on the Production of Evapotranspiration Maps from Landsat Images for the Eastern Snake Plain Region, Paths 39 and 40, Idaho for Year 2011 using the METRIC Model. Report submitted to Idaho Department of Water Resources by the University of Idaho

Trezza, Ricardo, Jeremy Greth, **Richard Allen**, and C.W. Robison. 2016. Report on the Production of Evapotranspiration Maps from Landsat Images for the Eastern Snake Plain Region, Paths 39 and 40, Idaho for Year 1986 using the METRIC Model. Report submitted to Idaho Department of Water Resources by the University of Idaho.

Kelly, Carlos, Ricardo Trezza, **Richard Allen**, and Mr. Clarence Robison. 2016. Report on the Production of Evapotranspiration Maps from Landsat Images for the Eastern Snake Plain Region, Paths 39 and 40, Idaho for Year 2013 using the METRIC Model. Report submitted to Idaho Department of Water Resources by the University of Idaho

Trezza, Ricardo, C.W. Robison, C. Kelly and **Richard Allen**. 2016. Report on the Production of Provisional Near-Real-Time Evapotranspiration Maps using the METRIC Model for the Eastern Snake Plain Region, Idaho April-October 2016. Report submitted to Idaho Department of Water Resources by University of Idaho, Kimberly, Idaho

Evapotranspiration Plus. 2017. Production of Satellite-based Maps of Evapotranspiration for Year 2002 in the Rio Grande Area of New Mexico and Texas, Landsat Paths 32 and 33, Rows 37, 38 and 39 using the METRIC[tm] Model. Completion Report by Evapotranspiration Plus (ET+). Submitted to Davids Engineering, Davis, California, March 2017. 81 p.

Evapotranspiration Plus. 2017. Production of Satellite-based Maps of Evapotranspiration for Year 2013 in the Rio Grande Area of New Mexico and Texas, Landsat Paths 32 and 33, Rows 37, 38 and 39 using the METRIC[tm] Model. Completion Report by Evapotranspiration Plus (ET+) submitted to Davids Engineering, Davis, California, March 2017. 115 p.

Robison, C.W. and **Allen, R.G.** 2017 ETIdaho Update through 2015 -- ETIdaho 2016. University of Idaho Research and Extension Center Report submitted to the Idaho Department of Water Resources. 29 p.

Robison, C.W., R. Trezza, **R.G. Allen**, B. Urie and J. Stewart. 2018. Report on the Production of Near-Real-Time Evapotranspiration Maps using the METRIC Model for the Eastern Snake Plain Region, Idaho April -- October 2017 –

Final report submitted to Idaho Department of Water Resources by University of Idaho, Kimberly, Idaho

W. Zhao, **R.G. Allen**, C.W. Robison, Q. Huang and R.Trezza. 2018. Report on the Production of Evapotranspiration Maps using the METRIC[tm] Model for the Treasure Valley Region, Idaho -- March -- October 2007.  Report submitted to Idaho Department of Water Resources

Robison, C.W., R. Trezza, **R.G. Allen**, and B. Urie. 2019. Report on the Production of Near-Real-Time Evapotranspiration Maps using the METRIC Model for the Eastern Snake Plain Region, Idaho April -- October 2018 – Final report submitted to Idaho Department of Water Resources by University of Idaho, Kimberly, Idaho

Robison, C.W., R. Trezza, and **R.G. Allen**. 2020. Report on the Production of Near-Real-Time Evapotranspiration Maps using the METRIC Model for the Eastern Snake Plain Region, Idaho April -- October 2019 – Final report submitted to Idaho Department of Water Resources by University of Idaho, Kimberly, Idaho

**Recent Presentations – past eight years**

**Allen, R.G.** and A. Kilic. 2022. Indian National Remote Sensing Centre – Indian Space Research Organization - Feb. 23, 2022. Satellite based Evapotranspiration for operational use in Water Management – Challenges and Opportunities in the United States using Landsat 30 m resolution.

Kilic, A., and **Allen, R.G.**. 2022. Indian National Remote Sensing Centre – Indian Space Research Organization - Feb. 23, 2022. Google Earth Engine Evapotranspiration Flux  ---  EEFlux --- Global production and free access to Landsat-scale Evapotranspiration

**Allen, R.G.** 2022.  'Updates and Advances to the FAO56 Crop Water Requirements Methods'. Webinar hosted by the Secretary General of the International Commission on Irrigation and Drainage.  New Delhi, India. https://icid-ciid.org/inner page/181

**Allen, R.G.**, Kilic, A. and Robison, C.W., 2021. Current frameworks for reference ET and crop coefficient calculation. In 6th Decennial National Irrigation Symposium, 6-8, December 2021, San Diego, California (p. 1). American Society of Agricultural and Biological Engineers.

Kilic, A., **Allen, R.G.**, Blankenau, P., Revelle, P., Ozturk, D. and Huntington, J., 2021. Global production and free access to Landsat-scale Evapotranspiration with EEFlux and eeMETRIC. In 6th Decennial National Irrigation Symposium, 6-8, December 2021, San Diego, California (p. 1). American Society of Agricultural and Biological Engineers.

**Allen, R.G.**, Dukes, M.D., Snyder, R.L., Kjelgren, R. and Kilic,

A., 2021. A review of landscape water requirements using a multicomponent landscape coefficient. In 6th Decennial National Irrigation Symposium, 6-8, December 2021, San Diego, California (p. 1). American Society of Agricultural and Biological Engineers

**Allen**, **R.G.**, Robison, C.W., Huntington, J., Wright, J.L. and Kilic, A., 2021. Applying the FAO-56 dual Kc method for irrigation water requirements over large areas of the Western US. In 6th Decennial National Irrigation Symposium, 6-8, December 2021, San Diego, California (p. 1). American Society of Agricultural and Biological Engineers

**Allen**, **R.G.** and A. Kilic 2021. "Let's Bet on What We Know Best: CIMEC (Calibration Using Inverse Modeling of Extreme Conditions) to Mitigate Uncertainties and Biases in Satellite-based ET." Session 24, 23 Nov. 2021. FAO Webinar on Remote Sensing of Evapotranspiration with emphasis on Northern Africa and the Near-East. https://www.fao.org/in-action/water-efficiency-nena/webinars/rs-et/en/

Kilic, A., **Allen**, **R.G.** 2021. "EEFlux (Earth Engine Evaporation Flux)", Session 12, 16 June 2021. FAO Webinar on Remote Sensing of Evapotranspiration with emphasis on Northern Africa and the Near-East. https://www.fao.org/in-action/water-efficiency-nena/webinars/rs-et/en/

**Allen**, **R.G.** 2021. "METRIC." Session 3, 7 April 2021. FAO Webinar on Remote Sensing of Evapotranspiration with emphasis on Northern Africa and the Near-East. https://www.fao.org/in-action/water-efficiency-nena/webinars/rs-et/en/

Volk, J.M., Huntington, J.L., Melton, F.S., **Allen**, **R.G.**, Anderson, M., Dunkerly, C., Fisher, J.B., Friedrichs, M., Hain, C., Halverson, G. and Johnson, L., 2021, December. OpenET Satellite-based ET Intercomparisons with Ground-based Measurements: Phase II Results. In AGU Fall Meeting 2021. AGU.

Kilic, A., **Allen**, **R.G.**, Blankenau, P., Revelle, P., Ozturk, D. and Huntington, J., 2021. Global production and free access to Landsat-scale Evapotranspiration with EEFlux and eeMETRIC. In 6th Decennial National Irrigation Symposium, 6-8, December 2021, San Diego, California (p. 1). American Society of Agricultural and Biological Engineers.

Borges, T.K.D.S., de Oliveira, A.S.., **Allen**, **R.G.**, Kilic, A., Couto, J.P.C. and Santana, C.E., 2021. Analysis of the Radiation Balance Components Over Low-turbidity Water Stored in an Agricultural Reservoir in a Tropical Climate. Research Square.com

Grimm, R., Melton, F., Huntington, J., Herring, J., Rollison, D., Erickson, T., **Allen**, **R.**, Anderson, M.C., Blankenau, P., Bromley, M. and Daudert, B., 2021, January. OpenET: Enabling Science-Based Water Management through Open Data Services and User-Driven Design. In 101st American Meteorological Society Annual Meeting. AMS.

Rollison, D., Grimm, R., Melton, F.S., Huntington, J.L., Herring, J., Hall, M., Erickson, T., **Allen, R.G.,** Anderson, M.B., Blankenau, P. and Bromley, M., 2020, December. OpenET: Enabling Science-Based Water Management through Open Data Services and User-Driven Design. In AGU Fall Meeting Abstracts (Vol. 2020, pp. SY036-04).

Melton, F.S., Huntington, J.L., Grimm, R., Herring, J., Hall, M., Rollison, D., Erickson, T., **Allen, R.G.,** Anderson, M., Blankenau, P. and Bromley, M., 2020, December. OpenET: Filling a Critical Gap in Water Data for the Western US. In AGU Fall Meeting Abstracts (Vol. 2020, pp. H021-08).

Melton, F., Huntington, J., Grimm, R., Herring, J., Rollinson, D., Erickson, T.A., Hall, M., **Allen, R.,** Anderson, M.C., Blankenau, P. and Daudert, B., 2020, January. OpenET: Filling the Biggest Gap in Water Data for the Western United States (Invited Presentation). In 100th American Meteorological Society Annual Meeting. AMS.

**Allen, R.G.** Sept 2019.  Status on eeMETRIC application and intercomparisons with other OpenET methods.  OpenET technical meeting, Reno, NV.

**Allen, R.G.** May 2019. Water Conservation in Irrigation: Importance of Liquid Water, Hydrologic Laws, and Water Laws. Montana Water Conservation Workshop. Bozeman, MT.

**Allen, R.G.** June 2018. Status on METRIC applications with ECOSTRESS thermal data.  ECOSTRESS annual meeting, Cape Canaveral, Florida.

**Allen, R.G. and A. Kilic.** Sept. 2018.  Production of Spatial Water Consumption via the Web.  New Mexico Water Law Conference, Santa Fe, NM.

**Allen, R.G.** Nov. 2018. Evapotranspiration tools – METRIC and EEFlux with applications in the USA.  Invited speaker at Graduate Student Seminar, Guangxi Teachers Education University, Nanning, China.

**Allen, R.G.** Nov. 2018. Hydrological Impacts of Water Conservation in Irrigation.  International Meeting on Precision in Agriculture and Remote Sensing.  Chinese Academy of Science, Shijiazhuang, China.

**Allen, R.G.** Dec. 2018. Developing maps of Water Consumption in Idaho.  Annual Meeting of the Idaho Farm Bureau, Boise, Idaho.

**Allen, R.G.** Dec. 2017. Evapotranspiration mapping for water management – METRIC and EEFlux applications in the USA. Invited keynote presentation at the 2017 Silk Road Innovation Forum on Surveying, Remote Sensing and Geographical Information Sciences (IFSRG), Xi'an, China.

**Allen, R.G.** Dec. 2017.  The University of Idaho METRIC ET mapping process and Google EEFlux – model and applications.  Seminar presented to the Institute of Geographic Sciences and Natural Resources Research, Chinese Academy of Sciences, Beijing, China.

**Allen**, **R.G.**, A. Kilic and R. Trezza. Nov. 2017. The METRIC model for surface energy balance-derived ET from Landsat imagery and the importance of calibration and accuracy for water management in operational agricultural decision-making. Annual Meeting of the American Society of Agronomy, Tampa, FL.  Invited Speaker, with abstract.

**Allen**, **R.G.** and A. Kilic. Oct. 2017. Google Earth Engine App for Residential Water Use and Preservation --- GEARUP ---. International Conference on Innovations in Irrigated Agriculture, Fortaleza, Brazil.  Invited Speaker.

Kilic, A. and **R.G. Allen**. Oct. 2017. Google Earth Engine Evapotranspiration Flux  --- EEFlux: - Application, Parameterization, Accuracy, Challenges and Successes. International Conference on Innovations in Irrigated Agriculture, Fortaleza, Brazil.  Invited Speaker.

**Allen**, **R.G.** and W.Zhao. August 2017. METRIC results for the Treasure Valley Region. Presentation to the Treasure Valley Groundwater Modeling Committee. IDWR, Boise.

**Allen**, **R.G.** and A. Kilic.  July 2017. Status Update on EEFlux Google Application.  Presentation to the Landsat Science Team, Sioux Falls, SD.

**Allen**, **R.G.** and C.W. Robison. July 2017.  Status on ETIdaho Update. Presentation to the Eastern Snake River Plain Hydrologic Modeling Committee. IDWR, Boise.

**Allen**, **R.G.**, June 2017. METRIC, SEBAL and Google EEFlux Models for Spatial Evapotranspiration at the Field Scale. New Mexico Conference on Evapotranspiration, Las Cruces, NM. Invited Speaker.  With Abstract.

**Allen**, **R.G.** and A. Kilic. May 2017. ECOSTRESS METRIC Evapotranspiration Algorithm.  ECOSTRESS Science Team meeting, Davis, CA.  Invited Speaker.

**Allen**, **R.G.**, C. Robison, A. Kilic, and R. Trezza. 2016.  A Technique to Retain Original Georegistration Accuracy of VIIRS Imagery for use at Landsat Scales.  Presentation to the Landsat Science Team, January 12-14, 2016, Blacksburg, VA. (invited)

**Allen**, **R.G.**, A. Kilic and J. Huntington. 2016.  METRIC/EEFlux  - Application, Parameterization, Accuracy, Challenges, Successes.  Presentation at the Remote Sensing of Evapotranspiration Workshop, Davis, CA, February 10, 2016. (invited)

**Allen**, **R.G.**, A. Kilic and J. Huntington. 2016.  METRIC/EEFlux  - Application, Parameterization, Accuracy, Challenges, Successes.  Presentation at the Remote Sensing of Water Consumption Workshop for Philanthropic Organizations, Technology Companies, and Key Decision Makers.  NASA Ames, Mountain View, CA, March 24-25, 2016. (invited)

**Allen**, **R.G.** and A. Kilic.  2016.  Landsat-based (Field-Scale) Evapotranspiration Estimates - METRIC Overview and Applications.  Seminar presented to the NASA Applied Remote

```
            Sensing Training Program (ARSET) -- SMAP and ET Applications
            Webinar series, September 22, 2016. (invited)
Allen, R.G. and M.E. Jensen. 2016.  ASCE Manual on
            Evapotranspiration.  USCID 9th International Conference on
            Irrigation and Drainage, October 11-14, 2016, Fort Collins,
            CO. (invited)
Allen, R.G. and A. Kilic. 2016.  EEFlux: Google Earth Engine ET —
            ET Maps for the Public — Current Status.  USCID 9th
            International Conference on Irrigation and Drainage, October
            11-14, 2016, Fort Collins, CO. (invited)
Allen, R.G.  Adapting Crop Coefficients for Local Conditions.
            USCID 9th International Conference on Irrigation and
            Drainage, October 11-14, 2016, Fort Collins, CO. (invited)
```

**Allen, R.G.** and A.Kilic,  Applications of Remote Sensing for Evapotranspiration in the USA at Landsat Spatial Scales for Agricultural Water Management and to Support Climate Change Research Univ. Talca, Chile, Water Resources Seminar Series.  Invited Speaker, Jan. 2014.

**Allen, R.G.** Remote Sensing for Evapotranspiration in Idaho at Field Spatial Scales for Agricultural Water Management.  Idaho Agricultural Appraisers Meeting, Twin Falls, ID, Feb. 2014 Featured Speaker.

**Allen, R.G.** and R.Trezza. Determining Evapotranspiration Coefficients (Crop Coefficients) from Satellite-based Energy Balance,  INOVAGRI International Innovations in Irrigation Conference, Fortaleza, Brazil.  Invited Speaker.  April 2014.

Kilic, A., **Allen, R.G.** and J. Huntington. Landsat Energy Balance in Managing Water Consumption.    Landsat Science Team meeting.  EROS Center, USGS, Sioux Falls.  July 2014

**Allen, R.G.** ECOSTRESS METRIC Evapotranspiration Algorithm, HyspIRI TQ3 Science Support.  HyspIRI Science Meeting, Jet Propulsion Lab, Pasadena, CA, Oct 2014.

Where the Water Goes: Retrieving Evapotranspiration from Landsat's Thermal Imager. GIS Day, Univ. Idaho, Moscow, ID.  Invited Speaker, Nov. 2014.

Hendrickx, J.; Umstot T.; Stephens, D.; Wilson, J.; **Allen, R**.; Trezza, R. Remote sensing of soil water storage capacity using the LANDSAT and MODIS Images archive,  2014..  AGU-Fall Meeting. San Francisco, 15-19 December 2014,

Geli, H; Neale, C.; Verdin, J.; Senay, G.; **Allen, R**.; Trezza, R.; Ershadi, A.; McCabe, M.; Elhaddad, A.; Yan, Y.; Anderson, M.Intercomparison of remote sensing models for estimating daily and seasonal evapotranspiration. 2014.  AGU-Fall Meeting. San Francisco, 15-19 December 2014

**Allen, R.G.** and Trezza, R. The application of METRIC in the Palo Verde Irrigation District. USU/USGS Workshop on Estimating Crop Water Use with Remote Sensing.  2014.   June 31th. USGS/USU Intercomparison of Remote Sensing of ET Workshop. Department of Civil and Environmental Engineering. Logan, Utah.

**Allen, R.G.**  2009.  Water Science and Research Issues associated with the Future of Water for Food.  Featured speaker in Water for Food: First Annual International Conference. Lincoln, Nebraska,  May, 2009.

**Allen, R.G.**  2008.  Evapotranspiration from Satellite.  CSIR of South Africa. Pietermaritzberg and Stellenbosch.  October, 2008.


## SOFTWARE DEVELOPMENT

**Allen, R.G.** 1988, 1991. IRRISKED irrigation scheduling computer model user's manual.  Dept. Biol. and Irrig. Engrg, Utah State University, 189 p.

**Allen, R.G.** 1989-92.  CATCH-3D sprinkler catch-can overlap computer model user's manual.  Dept. Biol. and Irrig. Engrg, Utah State University, 25 p.

**Allen, R.G.** 1989, 1991.  REF-ET Standard Reference Evapotranspiration computer model user's manual. Dept. Biol. Irrig. Engrg, Utah State University, 40 p.

**Allen, R.G.** 1989.  USU-PIVOT Center Pivot nozzle selection and simulation user's manual.  Dept. Agr. and Irrig. Engrg, Utah State University, 8 p.

Andrade, C. and **Allen, R.G.**  1997.  SPRINKMOD:  Sprinkler pipe network hydraulic simulator for Windows.  Dept. Biol. Irrig. Engrg.  Utah State University.  50 p.

Andrade, C. and **Allen, R.G.**  1997.  PUMPCOM: Multiple pump combination program for Windows.  Dept. Biol. Irrig. Engrg.  Utah State University, Logan, UT.  20 p.

**Allen, R.G.** 1999, 2000, 2011, 2016.  REF-ET Standard Reference Evapotranspiration computer model, Windows Version: User's Manual. University of Idaho, Research and Extension Center, Kimberly, ID 83341, 70 p.

**Allen, R.G.**, M. Tasumi, R.Trezza, J. Kjaersgaard.  2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011.  METRIC Evapotranspiration from Satellite – User's Manual.

**Allen, R.G**. and C.W. Robison. 2007-2013.  ETIdaho Crop Evapotranspiration Calculation for the State of Idaho.  Visual Basic code for calculating daily ET for approximately 120 weather stations in Idaho for periods of record.  Univ. Idaho, Kimberly, Idaho.

**Allen, R.G**. and J. Huntington. 2009-2013.  ETNevada Crop Evapotranspiration Calculation for the State of Nevada.  Visual Basic code for calculating daily ET for approximately 100 weather stations in Nevada for periods of record.  Univ. Idaho, Kimberly, Idaho and Desert Research Institute/Nevada Office of the State Engineer.

**Allen, R.G**. 2011-2014.  ET Calculation code for the USBR Penman-Monteith (PM) Model (also referred to as the ET-Demands model).  Visual Basic code for calculating daily ET for extended time periods over large regions using weather station data.  The ET calculation code has been incorporated with a graphical interface by the US Bureau of Reclamation, Denver Technical Center.

**Allen, R.G**., A. Kilic, D. Ozturk, P. Blankenau, P. ReVelle, S. Ortega, I. Ratcliffe, C. Morton. 2014 – 2022. EEFlux and eeMETRIC python and JavaScript code for

applying the METRIC Evapotranspiration model on the Google Earth Engine cloud.  University of Nebraska and University of Idaho.

## Ph.D. Students Supervised as Major Professor

| Name | Date of Degree | Dissertation Title |
| --- | --- | --- |
| Carlos Hernandez-Yanez | 1990 | A time-series-based planning model for management of grass and beef production |
| Paul Vanderkimpen | 1991 | Estimation of crop evapotranspiration by means of the Penman-Monteith equation |
| Majid Mirlatifi | 1991 | Quantification of aerodynamic and canopy resistance terms for estimating reference evapotranspiration |
| Wigdan Ahmad | 1991 | Evaporation and transpiration as related to subsurface flow |
| John Prueger | 1992 | Evapotranspiration from isolated stands of hydrophytes: cattail and bulrush |
| Camilo Andrade | 1997 | Pressure and discharge distribution simulation in pressurized irrigation systems |
| Daniel Itenfisu | 1997 | Direct application of resistance-based evapotranspiration methods to row crops |
| Ricardo Trezza | 2002 | Evapotranspiration using a satellite-based surface energy balance with standardized ground control |
| Masahiro Tasumi | 2003 | Progress in operational estimation of regional evapotranspiration using satellite imagery |
| Maria Gloria Romero | 2003 | Daily evapotranspiration estimation from instantaneous values by means of evaporative fraction and reference evapotranspiration fraction |
| Ramesh Dhungel | 2014 | Interpolation between satellite overpass dates using the Penman-Monteith method |

## M.S. Students Supervised as Major Professor

| Name | Date of Degree | Thesis Title |
| --- | --- | --- |
| Mohammed Al-Thamary | 1987 | Evaluating irrigation uniformity of a side roll sprinkler system under various catch can spacings |
| Shadab Shadzad | 1988 | Estimation of weather parameters required in evapotranspiration calculations |
| Hossein Moazami | 1988 | Infiltration rate and times of ponding under a rainfall sprinkler simulator and double ring infiltrometer |
| Daniel Segura | 1989 | Effect of the microenvironment on soil-moisture determination by a neutron moisture meter |
| Joao Costa | 1989 | The irrigation design toolbox computer application |
| Gerald Fernandez | 1989 | Development of a computer model for diagnostic analysis of sprinkler and pumping systems |
| Naglaa Eid | 1990 | Evaluation of the Shany method for estimating the hydraulic properties of soil |

```
D. Ken Fisher        1990    Evaluating performance of electronic
                             weighing lysimeters
Walkyria Gonzalez    1991    Runoff and uniformities under gridded
                             sprinkler systems
Eugenia Molina       1991    Simulation model to predict operating
                             pressures and flow rates for a sprinkler
                             system in operation
Luis Olivarez        1991    Refinement of computer software for
                             hydraulic analysis of sprinkle irrigation
                             systems
Abdulhadi Alghori    1992    Development of insulative covers for
                             surface mounted lysimeter load cells
Bekele Temesgen      1995    Temperature and humidity data correction
                             for calculating reference
                             evapotranspiration at nonreference
                             weather stations
Shrikanth Vemulapali 1996    Wetland evapotranspiration (nonthesis
                             opt.)
Yaseen Al-Mula       1997    Interactive software for design of
                             laterals and tapered manifolds for
                             trickle irrigation systems
Christopher Bright   2001    Evapotranspiration from wetland
                             communities (did not complete)
Patrick Ferrell      2004    Impacts of reservoir level change on
                             landslope stability in the Hagermann
                             National Monument, Idaho
Brock Dillé          2004    Impacts of irrigation and ground-water on
                             spring flows and landslope stability in
                             the Hagermann National Monument, Idaho
Boyd Burnett         2007    Influence of evaporation from soil during
                             estimation of evapotranspiration from
                             vegetation indices
Bibha Dhungara       2012    A look at conditioning of arid weather
                             data - nonthesis
John Stewart         2016    QAQC of energy balance fluxes from pine
                             forest and grasslands and comparisons
                             with satellite-based retrievals.
```

**PROCEEDINGS PAPERS AND RESEARCH PUBLICATIONS:**

**Allen, R.G.**  1977.  Water Quality Management with Controlled Furrow Irrigation Flow Rates.  M.S. Thesis, Dept. Ag. Engineering, Univ. Idaho, 150 pages.

**Allen, R.G.**, J. R. Busch, D. W. Fitzsimmons and G. L. Lewis. 1977.  Management of Irrigation Stream Size for Improved Water Quality.  ASAE Paper 77-2570.  Presented at the 1977 Winter Meeting ASAE, Chicago, IL, 10 pages.

Busch, J.R., **R. G. Allen**, and C. E. Brockway, October 1978.  Irrigation Rehabilitation Plans in the Teton Flood Area.  Paper presented at Annual Meeting, ASCE, Chicago, IL, 18 pages.

Brockway, C.E., **R.G. Allen**, and J. R. Busch. 1979.  Optimal Irrigation System Subject to Available Resource Constraints.  Paper presented at IX Congress of CIGR, Michigan State University, 11 pages.

**Allen, R.G.**  1979.  Operation and Maintenance Costs and Water-Use Efficiencies of Idaho Irrigation Projects.  Paper presented at Pacific Northwest Regional Meeting, ASAE, Boise, ID, 19 pages.

**Allen, R.G.**  and C. E. Brockway. 1983.  Operation and Maintenance Costs and Water Use by Idaho Irrigation Projects.  Proceedings of the 1983 Specialty Conference, Irrigation and Drainage Division, American Society of Civil Engineers, Jackson Hole, WY, P. 160-174.

**Allen, R.G.** and C. E. Brockway. 1983.  Estimating Consumptive Use on a Statewide Basis.  Proceedings of the 1983 Specialty Conference, Irrigation and Drainage Division, American Society of Civil Engineers, Jackson Hole, WY p.  79-89.

**Allen, R.G.** and J. L. Wright. 1983.  Variation Within the Measured and Estimated Consumptive Use Requirements.  Proceedings of the 1983 Specialty Conference, Irrigation and Drainage Division, American Society of Civil Engineers, Jackson Hole, WY p. 1-12.

**Allen, R.G.**  1983.  Optimizing Irrigation System Design.   Ph.D. Dissertation, Department of Civil Engineering, University of Idaho, Published by the Idaho Water and Energy Resources, Research Institute, University of Idaho, Moscow, ID 410 pages.

**Allen, R.G.**  1985.   Yield-ET Functions in Irrigation Systems Design.  Proceedings of the 1985 Specialty Conference, Irrigation and Drainage Division, American Society of Civil Engineers, San Antonio, TX, p. 390-405.

**Allen, R.G.**  1985. Daily Reference Evapotranspiration Comparisons in Arid and Humid Environments.  Proceedings of the National Conference on Advances in Evapotranspiration, American Society of Agricultural Engineers, Chicago, IL p. 240-246.

**Allen, R.G.** 1987.  Economic Analysis Tools for Differential Inflation.  Proceedings of the 1987 Specialty Conference, Irrigation and Drainage Division, American Society of Civil Engineers, Portland, Oregon.  p. 489-497.

**Allen, R.G.**  1988.  Bulk Stomatal Resistance in Operational estimates of Evapotranspiration.   Proceedings of the 1988 Specialty Conference, Irrigation and Drainage Division, American Society of Civil Engineers, Lincoln, Nebraska.

p. 633-642.

Wells, R.D. and **R.G. Allen**. 1988.  Irrigation Scheduling Using Voice Synthesis, The Next Logical Step.   Planning Now for Irrigation and Drainage in the 21st Century, D. Hay (ed), p 740-747.

**Allen, R.G.** and M. Al-Thamary.  1989.  Sprinkler Uniformity and Catch Can Spacings.  Paper for the 1989 International Summer Meeting of the Amer. Soc. Ag. Engr., Quebec, Canada., Paper 89-2036, 18 pp.

**Allen, R.G.** and D. Segura.  1990.  Access Tube Characteristics and Neutron Meter Calibration.  Proceedings of the 1990 National Conference on Irrigation and Drainage Engineering, ASCE, S. Harris (ed) pp.21-31.

Wells, R.D. and **R.G. Allen**. 1990.  Practical Approaches used in Neutron Moisture Monitoring.   Proceedings of the 1990.  National Conference on Irrigation and Drainage Engineering, ASCE, S. Harris (ed) pp. 218-225.

**Allen, R.G.** 1990.  Applicator Selection along Center Pivots using Soil Infiltration Parameters.  *Visions of the Future,* Proceedings of the Third National Irrigation Symposium.  Oct.  28 - Nov.  1, Phoenix, AZ, ASAE, pp. 549-555.

**Allen, R.G.** and D.K. Fisher.  1991.  Direct Load Cell-based Weighing Lysimeter System.  In: **R.G. Allen** et al. (ed) *Lysimeters for Evapotranspiration and Environmental Measurements*, ASCE, NY, NY, ISBN 0-87262-813-2, pp. 114-124.

**Allen, R.G.**, W.O. Pruitt, and M.E. Jensen. 1991.  Environmental Requirements of Lysimeters.  In:  **R.G. Allen** et al. (ed) *Lysimeters for Evapotranspiration and Environmental Measurements*, ASCE, NY, NY, ISBN 0-87262-813-2, pp. 170-181.

Fisher, D.K. and **R.G. Allen**.  1991.  Accuracies of Lysimeter Data Acquisition Systems.   In:  **R.G. Allen** et al. (ed) *Lysimeters for Evapotranspiration and Environmental Measurements*, ASCE, NY, NY, ISBN 0-87262-813-2, pp. 406-415.

**Allen, R.G.**  1992.  Standard Reference Evapotranspiration Calculations:  REF-ET.  Proceedings of the 1992 ASCE Water Forum, Baltimore, MD p. 140-145.

**Allen, R.G.** and W.I. Ahmad  1992.  2-D Evaporation and Root Extraction in a Finite Element Model.   Proceedings of the 1992 ASCE Water Forum, Baltimore, MD p. 189-196.

**Allen, R.G.**  1992.  New Approaches to Estimating Crop Evapotranspiration.  International Symposium on Irrigation of Horticultural Crops, International Society for Horticultural Science.  Almería, Spain.  9 p.

Stone, J.F., **R.G. Allen**, G.L. Dickey, J.L. Wright, F.S. Nakayama, and R.W. Phillips.  1993.  The ASCE Neutron Probe Calibration Study: Overview.  Proceedings ASCE National Conference on Irrigation and Drainage Engineering, Park City, UT, p. 1095-1102.

Dickey, G.L., **R.G. Allen**, J.L. Wright, N.R. Murray, J.F. Stone, and D.J. Hunsaker.  1993.  Soil Bulk Density Sampling for Neutron Gauge Calibration.  Proceedings ASCE National Conference on Irrigation and Drainage Engineering, Park City, UT, p. 1103-1111.

Wright, J.L., **R.G. Allen** and G.L. Dickey. 1993.  Measuring Soil Bulk Density Profiles with a Single Probe Gamma Density Gauge.  Proceedings ASCE Nat. Conf. on Irrigation and Drainage Engineering, Park City, UT, p. 1112-1119.

**Allen, R.G.**, G.L. Dickey,  J.L. Wright, J.F. Stone, and D.J. Hunsaker.  1993.  Error Analysis of Bulk Density Measurements for Neutron Moisture Gauge Calibration.  Proceedings ASCE National Conference on Irrigation and Drainage Engineering, Park City, UT, p. 1120-1127.

Stone, J.F.,  **R.G. Allen**, H.R. Gray, G.L. Dickey, .and F.S. Nakayama.  1993.  Performance Factors of Neutron Moisture Probes Related to Position of Source on Detector.  Proceedings ASCE National Conference on Irrigation and Drainage Engineering, Park City, UT, p. 1128-1135.

Dickey, G.L., **R.G. Allen**, J.H. Barclay, J.L. Wright, J.F. Stone, and B.W. Draper.  1993.  Neutron Gauge Calibration: Comparison of Methods.  Proceedings ASCE National Conference on Irrigation and Drainage Engineering, Park City, UT, p. 1136-1144.

**Allen, R.G.**, G.L. Dickey,  and J.L. Wright.  1993.  Effect of Moisture and Bulk Density Sampling on Neutron Moisture Gauge Calibration.  Proceedings ASCE National Conference on Irrigation and Drainage Engineering, Park City, UT, p. 1145-1152.

Walker, W.W., S. Prajamwong, **R.G. Allen**, and G.P. Merkley.  1994.  USU command area decision support model - CADSM.  Proceedings of the 2nd ICID Workshop on Crop-Water Models, The Hague.

**Allen, R.G.**, R.W. Hill, and S. Vemulapali, S.  1994.  Evapotranspiration Parameters for Variably-Sized Wetlands  Paper presented at the 1994 Summer Meeting of ASAE.  No. 942132, 24 p.

Willardson, L.W., **R.G. Allen**, and H. Frederiksen.  1994.  Eliminating Irrigation Efficiencies.  USCID 1994 Meeting, Stapleton Plaza, Denver, CO.  15 p.

**Allen, R.G.**  1995.  Assessing Weather Data Integrity.  Paper presented at the 1995 International Conference on Water Resources Engineering, San Antonio, TX, Aug.  In the procedings.

**Allen, R.G.**  1994.  Water-use Research and Applications in the U.S.A.  Paper presented at the UN-FAO Expert Consultation on Research and Extension in Effective Water Use at Farm Level in the Near East.  Cairo, Egypt.  13-17 November. 1994.  18 p.

Hill, R.W. and **R.G. Allen**.  1995.  Developing Simple Irrigation Scheduling Calendars.  Paper presented at the ICID/FAO Workshop on Irrigation Scheduling: From Theory to Practice.  FAO Headquarters, Rome, Italy.  Sept. 12-13, 1995.

**Allen, R.G.**  1995.  Introduction to Evapotranspiration (ET 101).  Proceedings of the 1995 Seminar on Evapotranspiration and Irrigation Efficiency., American Consulting Engineers Council of Colorado and Col. Div. Water Resources, Arvada, CO.  43 p.

**Allen, R.G.**  1995.  Evapotranspiration from Wetlands.  Proceedings of the 1995 Seminar on Evapotranspiration and Irrigation Efficiency., American Consulting Engineers Coun. of Colorado and Col. Div. Water Resour., Arvada, CO.  13 p.

**Allen, R.G.**  1996.  Nongrowing Season Evaporation in Northern Utah.  Proceedings North American Water and Environ.Congress, ASCE, Annaheim, CA, 6 p.

**Allen, R.G.**, Burt, C., Clemmens, A.J., and Willardson, L.S.  1996.  Water Conservation definitions from a Hydrologic Viewpoint.  Proceedings North American Water and Environment Congress, ASCE, Annaheim, CA, (CD-ROM) 6 p.

**Allen, R.G.**, Smith, M., Pereira, L.S., and Pruitt, W.O.  1996.  Proposed Revision to the FAO Procedure for Estimating Crop Water Requirements.  Keynote Paper presented at the 2nd International Symposium on Irrigation of Horticultural Crops, Int. Soc. Hort. Sci., Chania, Crete, Sept., 18 p.

Pereira, L.S., Perrier, A., **Allen, R.G.**, and Alves, I.  1996.  Evapotranspiration: Review of Concepts and Future Trends.  Proceedings International Conf. on Evapotranspiration and Irrigation Sched., ASAE, San Antonio, TX, p 109-115.

Smith, M., **Allen, R.G.**, and Pereira, L.S.  1996.  Revised FAO Methodology for Crop Water Requirements.  Proceedings International Conf. on Evapotranspiration and Irrigation Scheduling, ASAE, San Antonio, TX, p 116-123.

**Allen, R.G.**, Smith, M., Pruitt, W.O. and Pereira, L.S.  1996.  Modifications to the FAO Crop Coefficient Approach.  Proceedings International Conf. on Evapotranspiration and Irrigation Sched., ASAE, San Antonio, TX, p 124-132.

Ley, T.W., **Allen, R.G.**, and Hill, R.W..  1996.  Weather Station Siting Effects on Reference Evapotranspiration.  Proceedings International Conf. on Evapotranspiration and Irrigation Sched., ASAE, San Antonio, TX, p 727-734.

Baselga, J.J. and **Allen, R.G.**  1996.  A Penman-Monteith for a Semi-Arid Climate in South-Western Spain.  Proceedings International Conf. on Evapotranspiration and Irrigation Scheduling, ASAE, San Antonio, TX, p 999-1007.

**Allen, R.G.**, Smith, M., Pereira, L.S., and Pruitt, W.O.  1997.  Proposed Revision to the FAO Procedure for Estimating Crop Water Requirements.  Keynote Paper Presented at the National Congress on Soil and Water Issues, Tehran, Iran, Feb. 15-18, p 1-18 of the 150 page proceedings.

**Allen, R.G.**, Willardson, L.S., and H. Frederiksen.  1997.  Water Use Definitions and Their Use for Assessing the Impacts of Water Conservation.  Proceedings ICID Workshop on Sustainable Irrigation in Areas of Water Scarcity and Drought (J.M. de Jager, L. P. Vermes, R. Ragab (ed)).  Oxford, England, Sept. 11-12, pp 72-82.

Itenfisu, D. and **R.G. Allen**.  1997.  Integrity of Lysimeter Measurements for Evapotranspiration.  Proc.  Tech.  Program of the Irrigation Association Annual Meeting.  Nashville, Tenn.  8 p.

Willardson, L.S. and **R.G. Allen**.  1998.  Definitive Basin Water Management. 14th Technical Conference on Irrigation, Drainage and Flood Control, USCID (J.I. Burns and S.S. Anderson (ed))., June 3-6, 1998, Phoenix, Arizona.  p. 117-126

**Allen, R.G.**  1998. Predicting Evapotranspiration Demands for Wetlands. ASCE Wetlands Engineering and River Restoration Conference Denver, Colorado  March 20-29, 1998.  15 pages

Andrade, C.L.T.  and **R.G. Allen**.  1998.  SPRINKMOD - A Simulation Model for Pressure and Discharge Distributions in Pressurized Irrigation Systems: Graphical Interface and Strategy of Design.  7th International Computers in

Agriculture Conference, ASAE, Orlando, FL, Oct 26-30, 1998.  8 pages.

Andrade, C.L.T., **R.G. Allen** and R.D. Wells.  1998.  PUMPCOM- A Simulation Model for Determining Operating Characteristics of Pumping Stations through Combination of Individual Pumps. 7th International Computers in Agriculture Conference, ASAE, Orlando, FL, Oct 26-30, 1998.  8 pages.

**Allen, R.G.**, L.S. Pereira, D. Raes, and M. Smith.  1998.  *Crop Evapotranspiration: Guidelines for Computing Crop Water Requirements*.  United Nations Food and Agriculture Organization, Irrigation and Drainage Paper 56., 300  pages. Rome, Italy.

**Allen, R.G.**  1999.  Accuracy of Predictions of Project-wide Evapotranspiration using Crop Coefficients and Reference Evapotranspiration.  Proceedings of the USCID Conference on Benchmarking Irrigation System Performance using Water Measurement and Water Balances, G. Davids and S. Anderson, ed.  San Luis Obispo, CA, March 10-13, 1999. ISBN 1-887903-08-9,  pages 15-27.

**Allen, R.G.**  1999.  Accuracy of Project-wide Evapotranspiration using Crop Coefficients and Reference Evapotranspiration.  ASAE Pacific Northwest Regional Meeting, Logan, UT, Sept 24-25, 1999.  10 pages.

**Allen, R.G.**, M. Smith, L.S. Pereira, D. Raes, and J.L. Wright.  2000.  Revised FAO procedures for calculating evapotranspiration – Irrigation and Drainage Paper No. 56 with testing in Idaho.  ASCE Watershed Management 2000.  Ft. Collins, CO, 6/20/2000 – 6/24/2000.  10 p.

Walter, I.A., **R.G. Allen**, R. Elliott, M.E. Jensen, D. Itenfisu, B. Mecham, T.A. Howell, R. Snyder, P. Brown, S. Echings, T. Spofford, M. Hattendorf, R.H. Cuenca, J.L. Wright, and D. Martin.  2000.  ASCE's Standardized Reference Evapotranspiration Equation.  ASCE Watershed Management 2000.  Ft. Collins, CO, 6/20/2000 – 6/24/2000.  10 p.

**Allen, R.G.**, J.L. Wright, D. Yonts.  2000. Irrigation to Maximize Bean Production and Water Use Efficiency.  p. 71-92 in Singh, S.P. (ed.) *Bean Research, Production and Utilization*. Proceedings of the Idaho Bean Workshop, Twin Falls, ID, August 3, 2000.

Jensen, M.E.  and **R.G. Allen**.  2000.  Evolution of practical ET estimating methods. Pages 52-65 in Evans, R.G., B.L. Benham, and T.P. Trooien (ed.) Proceedings of the National Irrigation Symposium, ASAE, Nov. 14-16, 2000, Phoenix, AZ.

**Allen, R.G.** I.A. Walter, R. Elliott, B. Mecham, M.E. Jensen, D. Itenfisu, T.A. Howell, R. Snyder, P. Brown, S. Echings, T. Spofford, M. Hattendorf, R.H. Cuenca, J.L. Wright, D. Martin.  2000.  Issues, Requirements and Challenges in Selecting and Specifying a Standardized ET Equation.  pages 201-208 in Evans, R.G., B.L. Benham, and T.P. Trooien (ed.) Proceedings of the National Irrigation Symposium, ASAE, Nov. 14-16, 2000, Phoenix, AZ.

Walter, I.A. **R.G. Allen**, R. Elliott, B. Mecham, M.E. Jensen, D. Itenfisu, T.A. Howell, R. Snyder, P. Brown, S. Echings, T.

Spofford, M. Hattendorf, R.H. Cuenca, J.L. Wright, D. Martin.  2000. ASCE Standardized Reference Evapotranspiration Equation.  p. 209-215 in Evans, R.G., B.L. Benham, T.P. Trooien (ed.) Proc. National Irrigation Symposium, ASAE, Nov. 14-16, 2000, Phoenix, AZ.

Itenfisu, D., R.L. Elliott, **R.G. Allen**, I.A. Walter.  2000. Comparison of Reference Evapotranspiration Calculations Across a Range of Climates.  pages 216-227 in Evans, R.G., B.L. Benham, and T.P. Trooien (ed.) Proceedings of the National Irrigation Symposium, ASAE, Nov. 14-16, 2000, Phoenix, AZ.

Wright, J.L., **R.G. Allen**, T.A. Howell.  2000.  Comparison Between Evapotranspiration References and Methods. pages 251-259 in Evans, R.G., B.L. Benham, and T.P. Trooien (ed.) Proceedings of the National Irrigation Symposium, ASAE, Nov. 14-16, 2000, Phoenix, AZ.

Jovanovic, N.Z., J.G. Annandale, N. Benade, and **R.G. Allen**. 2001. User-friendly software for calculation and missing data error analysis of FAO-56 standardized Penman-Monteith daily reference crop evaporation.  Joint Congress of the South African Soc. of Crop Production, South African Weed Science Soc., and the Soil Science Soc. of South Africa., Jan. 2001, Pretoria, SA.  (recipient of the Daan F. Retief prize for the best paper for persons under 40 years).

**Allen**, R.G., A. Morse, M. Tasumi, W. Bastiaanssen, W. Kramber, H. Anderson.  2001. Evapotranspiration from Landsat (SEBAL) for Water Rights Management and Compliance with Multi-State Water Compacts. IGARSS, Sydney, Austral.  6 p.

**Allen**, **R.G.** and A. Morse.  2001. Remote Sensing Technology: Evapotranspiration from Landsat Images – SEBAL, its Application for Water Rights Management and Compliance within Multi-State Water Compacts.   New Mexico Water Law Conference, Santa Fe., Aug. 9-10.  7 p.

**Allen**, R.G., M. Tasumi, A. Morse, W. Bastiaanssen, W. Kramber, H. Anderson.  2001.  Evapotranspiration from Landsat (SEBAL): Applications in the U.S.  Paper presented at the Annual meeting of the International Commission on Irrigation and Drainage, Seoul, Korea, Sept 20., 2001.  10 p.

**Allen**, R.G., W. Bastiaanssen, M. Tasumi, A. Morse.  2001. Evapotranspiration on the Watershed Scale Using the SEBAL Model and Landsat Images.  ASAE Paper Number: 01-2224, presented at the 2001 ASAE Annual International Meeting, Sacramento, California, USA, July 30-August 1, 2001, 7 pages.

**Allen**, **R.G.**, Carleton, B., Carruthers, B., Howell, T.A., Marlow, R., McCabe, J., Mecham, B., Ossa, J. Spofford, T.L.  2001. Turf and Landscape Irrigation Best Management Practices. Report of the Water Management Committee of The Irrigation Association.  98 pages.

**The ASCE Standardized Reference Evapotranspiration Equation.** Report of the Task Committee on Standardization of Reference Evapotranspiration, Environmental and Water Resources Institute of the American Society of Civil Engineers.  2001. Members: I. A. Walter (Chair), **R.G. Allen** (Vice-chair), R. Elliott, D. Itenfisu, P. Brown, M. E. Jensen, B. Mecham, T. A. Howell, R. Snyder, S. Eching, T. Spofford, M. Hattendorf, D. Martin, R. H. Cuenca, and J. L. Wright.  171 p.

**Allen, R.G.**, A. Morse, M. Tasumi, R. Trezza, W. Bastiaanssen, J.L. Wright, and W. Kramber.  2002.  Evapotranspiration from a Satellite-Based Surface Energy Balance for the Snake Plain Aquifer in Idaho.  Proceedings of the 2002 USCID/EWRI Conference, San Luis Obispo, July 9-12, 2002.  p. 167-178.

Robison, C.W., **Allen, R.G.**, and R. Merkle.  2002.  Water Quality of Surface Irrigation Returns in Southern Idaho.  Proceedings of the 2002 USCID/EWRI Conference, San Luis Obispo, July 9-12, 2002.  p. 243-252.

Taha, S., **Allen, R.G.**, A. Morse, K. Jacobi, and Eduard Qankor.  2002. Evapotranspiration and Irrigation Water Requirements for Jordan's National Water Master Plan: GIS-Based ET Calculations.  Proceedings of the 2002 USCID/EWRI Conference, San Luis Obispo, July 9-12, 2002.  p. 353-366.

**Allen, R.G.**, P. Droogers, and G. Hargreaves.  2002.  Predicting Reference Crop Evapotranspiration with Arid Weather Data.  Proceedings of the 2002 ICID Conference, Montreal, Canada, July, 2002.  CD-ROM

**Allen, R.G.**, W. Bastiaanssen, J.L. Wright, A. Morse, M. Tasumi, and R. Trezza. 2002. Evapotranspiration from Satellite Images for Water Management and Hydrologic Balances  Proceedings of the 2002 ICID Conf., Montreal, Canada, July, 2002. CD-ROM

McCabe, J.F., D.W. Smith, and **R.G. Allen.**  2002.  Practical applications of landscape irrigation water management. Proceedings of the Technical Program of the Annual International Meeting of the Irrigation Association, Oct. 24-26, New Orleans.  8 pages.  CD-ROM

**Allen, R.G.**  2002.  Evapotranspiration: The FAO-56 Dual Crop Coefficient Method and Accuracy of Predictions for Project-wide Evapotranspiration.  Proceedings of the International Meeting on Advances in Drip/Micro Irrigation, Colegio Oficial de Ingenieros Agronomos, de Centro y Canaria, Instituto Canario de Investigaciones Agrarias, Puerto de La Cruz, Tenerife, Canary Islands, Spain, December 2-5, 2002. 14 p.

**Allen**, **R.G.**, I.A. Walter, R. Elliot, D. Itenfisu, P. Brown, M.E. Jensen, B. Mecham, T.A. Howell, R. Snyder, S. Eching, T. Spofford, M. Hattendorf, D. Martin, R.H. Cuenca, and J.L.

Wright.  2003.  The ASCE Standardized Reference Evapotranspiration Equation.  Proc. 2nd Int. Conf. Irrig. and Drain., USCID, May 11, 2003, Phoenix, AZ.  10 p.(CD).

**Allen, R.G.**, A. Morse, and M.Tasumi.  2003.  Application of SEBAL for Western US Water Rights Regulation and Planning.  Proc. Int. Workshop on Use of Remote Sensing of Crop Evapotranspiration for Large Regions. 54th IEC Meeting of the International Commission on Irrigation and Drainage (ICID), Montpellier, France, Wednesday, 17 September, 2003. 13 pages.  On web at: http://www.kimberly.uidaho.edu/water/montpellier/index.html

Tasumi, M., R. Trezza, **R.G. Allen**, and J.L. Wright.  2003.  U.S. Validation Tests on the SEBAL Model for Evapotranspiration via Satellite.  Proc. Int. Workshop on Use of Remote Sensing of Crop Evapotranspiration for Large Regions. 54th IEC Meeting of the International Commission on Irrigation and Drainage (ICID), Montpellier, France, Wednesday, 17 September, 2003.  13 pages.  On web at: http://www.kimberly.uidaho.edu/water/montpellier/index.html

**Allen, R.G.**, L.S. Willardson, C.Burt, and A.J. Clemmens.  2003.  Water Conservation Questions and Definitions from a Hydrologic Perspective.  Proc. International Association Conference, San Diego, CA.  12 p. (on CD).

Morse, A., W.J. Kramber, M. Wilkens, **R.G. Allen** and M. Tasumi.  2003.  Preliminary Computation of Evapotranspiration by Land Cover Type Using Landsat TM Data and SEBAL.  Proceedings of the 2003 International Geophysical and Remote Sensing Symposium; Toulouse, France.  3 p.

Morse, A, W.J. Kramber, **R.G. Allen**, and M. Tasumi.  2004.  Use of the METRIC Evapotranspiration Model to Compute Water Use by Irrigated Agriculture in Idaho.  IGARSS, Sept. 9-11. Anchorage.  6 pages.

Clemmens, A.J. and **R.G. Allen**.  2005.  Impact of agricultural water conservation on water availability.  Proceedings of the EWRI World Water and Environmental Resources Congress 2005: Impacts of Global Climate Change.  May 15-19, 2005, Anchorage, Alaska, USA , 14 p.

**Allen, R.G.** and Tasumi, M..  2005.  Evaporation from American Falls Reservoir in Idaho via a Combination of Bowen Ratio and Eddy Covariance.  Proceedings of the EWRI World Water and Environmental Resources Congress 2005: Impacts of Global Climate Change.  May 15-19, 2005, Anchorage, Alaska, USA , 17 p.

**Allen, R.G.**, M. Tasumi, A. Morse and R. Trezza.  2005.  Satellite-based evapotranspiration by energy balance for western states water management.  Proceedings of the EWRI World Water and Environmental Resources Congress 2005: Impacts of Global Climate Change.  May 15-19, 2005, Anchorage, Alaska, USA , 17 p.

**Allen, R.G.**.  2005.  Water Conservation Questions and Definitions

from a Hydrologic Perspective.  Proc. New Mexico Water Law Conference, Santa Fe, NM, Aug. 15-16, 2005.  CLE International, Denver, CO.  13 p.

**Allen, R.G.**.  2005.  Accuracy of Agricultural Consumptive Use Methodologies and Application of Remote Sensing for Evapotranspiration .  Proc. New Mexico Water Law Conference, Santa Fe, NM, Aug. 15-16, 2005.  CLE International, Denver, CO.  27 p

**Allen, R.G.**, M. Tasumi, A.T. Morse, R. Trezza, W. Kramber, I. Lorite and C.W. Robison.  2006.  Water management applications using evapotranspiration maps from satellite-based energy balance.  International Symposium on Water and Land Management for Sustainable Irrigated Agriculture, Adana, Turkey, 4-8 April. 2006.  Proc.  p. 64-78.

**Allen, R.G.**, M. Tasumi, and R. Trezza.  2005.  Benefits from Tying Satellite-based Energy Balance to Reference Evapotranspiration.  International Conference on Earth Observation for vegetation monitoring and water management, Naples, Italy, 10-11 Nov. 2005, published in *Earth Observation for Vegetation Monitoring and Water Management*. (D'Urso, G., A. Jochum, and J.Moreno (ed.)).  American Institute of Physics; ISBN-10: 0735403465.  p. 127-137.

**Allen, R.G.**, M. Tasumi, and R. Trezza.  2006.Why Use Reference Evapotranspiration to Calibrate Satellite-based Energy Balances?  Paper presented at the 2006 World and Environmental Resources Congress of the American Society of Civil Engineers and Environmental and Water Resources Institute, Omaha, NE, May 22-25, 2006.  Published on CD-ROM, ASCE. 12 p.

**Allen, R.G.**  2006.  Footprint Analysis to Assess the Conditioning of Temperature and Humidity Measurements in a Weather Station Vicinity.  Paper presented at the 2006 World and Environmental Resources Congress of the American Society of Civil Engineers and Environmental and Water Resources Institute, Omaha, NE, May 22-25, 2006.  Published on CD-ROM, ASCE. 12 p.

Tasumi, M., **Allen, R.G.**, Trezza, R., Morse, A.T. and Kramber, W.  2006.  Application of MODIS and Landsat Based Evapotranspiration for Western States Water Management. Proceedings of the USCID Conference on Ground Water and Surface Water Under Stress: Competition, Interaction, Solutions, Oct. 2006, Boise, ID. 10 p.

Tasumi, M., **Allen, R.G.**, and Trezza, R.  2006.  Calibrating Satellite-Based Vegetation Indices to Estimate Evapotranspiration and Crop Coefficients.  Proceedings of the USCID Conference on Ground Water and Surface Water Under Stress: Competition, Interaction, Solutions, Oct. 2006, Boise, ID. 9 p.

**Allen, R.G.**, C.W. Robison and J.L. Wright.  2007.  Updated procedures for calculating state-wide consumptive use in

Idaho.  in the Role of Irrigation in a Sustainable Future.
USCID Conference on Irrigation, Sacramento, CA proceedings:
189-212.

Tasumi, M., S. Takeshita, **R.G. Allen**, and R. Trezza.  2007.  The
impact of spatial variation of weather parameters in
mountainous areas on reference ET estimation.  in the Role
of Irrigation in a Sustainable Future.  USCID Conference on
Irrigation, Sacramento, CA proceedings: 261-274

**Allen, R.G.**, W. Bastiaanssen, M. Tasumi, A. Morse, R. Trezza,
J.L. Wright, W.Kramber, I. Lorite and C.W. Robison.  2007.
Application of the Methodologies SEBAL and METRIC in
Irrigated Agriculture.   Proc. First National Conference on
Irrigation Technology, Sobral, Brazil,  18 p.

**Allen, R.G.**  2008.  Quality Assessment of Weather Data and
Micrometeological Flux - Impacts on Evapotranspiration
Calculation.  Proceedings International Symposium on
Agricultural Meteorology (ISAM2008), Yamaguchi, Japan, 21-22
March 2008.  25 p.

Trezza, R., **R.G. Allen**, C.W. Robison, W.J. Kramber, J.
Kjaersgaard, M. Tasumi, M. Garcia.  2008.  Enhanced
Resolution of Evapotranspiration from Riparian Systems and
Field Edges by Sharpening the Landsat Thermal Band.  Paper
presented at the 2008 World and Environmental Resources
Congress of ASCE and EWRI, Honolulu, HI, May 12-16, 2008.
Published on CD-ROM, ASCE. 12 p.

Burnett, B.,  **R.G. Allen**, C.W. Robison, M. Tasumi and I. Lorite.
 2008.  Estimating the Soil Surface Evaporation and
Transpiration Components from Satellite Images in the
Absence of a Thermal Band.  Paper presented at the 2008
World and Environmental Resources Congress of ASCE and EWRI,
Honolulu, HI, May 12-16, 2008.  Published on CD-ROM, ASCE.
18 p.

Kjaersgaard, J.H.,  R.G. Allen, G.R. Aggett, C.A. Schneider, M.J.
Hattendorf, A. Irmak, G.W. Hergert, C. Robison.  2008.
Computation of Landsat based Evapotranspiration Maps along
the South Platte and North Platte Rivers.  Paper presented
at the 2008 World and Environmental Resources Congress of
ASCE and EWRI, Honolulu, HI, May 12-16, 2008.  Published on
CD-ROM, ASCE. 12 p.

**Allen, R.G.**, M. Tasumi, R. Trezza, C.W. Robison, M.Garcia, D.
Toll, K. Arsenault, J.M.H. Hendrickx, J. Kjaersgaard.  2008.
Comparison of Evapotranspiration Images Derived from MODIS
and Landsat along the Middle Rio Grande.  Paper presented at
the 2008 World and Environmental Resources Congress of ASCE
and EWRI, Honolulu, HI, May 12-16, 2008.  Published on CD-
ROM, ASCE. 13 p.

**Allen, R.G.**, J. Kjaersgaard, M. Garcia, M. Tasumi, R. Trezza.
2008.  Fine-Tuning Components of Inverse-Calibrated,
Thermal-Based Remote Sensing Models for Evapotranspiration.
 Proceedings 17th Pecora Conference on the Future of Land

Imaging, Denver, Nov. 18-20, 11p.

**Allen, R.G.**, C. Robison, M. Garcia, J. Kjaersgaard, R. Trezza. 2008.  Enhanced Resolution of Evapotranspiration by Sharpening the Landsat Thermal Band.  Proceedings 17th Pecora Conference on the Future of Land Imaging, Denver, Nov. 18-20, 9p.

**Allen, R.G.**, C. Robison, R. Trezza, M. Garcia, J. Kjaersgaard. 2008.  Comparison of Evapotranspiration Images from MODIS and Landsat along the Middle Rio Grande of New Mexico. Proceedings 17th Pecora Conference on the Future of Land Imaging, Denver, Nov. 18-20, 11p.

Kjaersgaard, J., **R.G. Allen**, C. Robison, R. Trezza, M. Garcia, J. Kjaersgaard. 2008.  Computation of Evapotranspiration in Parts of the South Platte and North Platte River Basins using Landsat Imagery.  Proceedings 17th Pecora Conference on the Future of Land Imaging, Denver, Nov. 18-20, 10p.

**Allen, R.G.** and L.S. Pereira.  2009.  Estimating Crop Coefficients from Fraction of Ground Cover and Height.  ASCE World Environmental and Water Resources Congress 2009. Kansas City, KS.  Proceedings (CD).  15 p.

Ley, T., **R.G. Allen**, and M.E. Jensen.  2009.  Adjusting Wind Speed Measured over Variable Height Alfalfa for Use in the ASCE Standardized Penman-Monteith Equation.  ASCE World Environmental and Water Resources Congress 2009.  Kansas City, KS.  Proceedings (CD).  17 p.

Huntington, J. and **R.G. Allen.**  2009.  Evapotranspiration and Net Irrigation Water Requirements for Nevada.  ASCE World Environmental and Water Resources Congress 2009.  Kansas City, KS.  Proceedings (CD).  14 p.

**Allen, R.G.**, J.L. Wright.  2009.  Estimation of Evaporation and Evapotranspiration during Nongrowing Seasons Using a Dual Crop Coefficient.  ASCE World Environmental and Water Resources Congress 2009.  Kansas City, KS.  Proceedings (CD).  14 p.

Kjaersgaard, J., P. Gowda, **R.G. Allen**, T.A. Howell.  2009. Independent Comparisons among Calibration and Output of Energy Balance Components Estimated by the METRIC Procedure.  ASCE World Environmental and Water Resources Congress 2009. Kansas City, KS.  Proceedings (CD).  16 p.

Kjaersgaard, J., **R.G. Allen**, M. Garcia, W. Kramber, R. Trezza. 2009.  Automatic Selection of Anchor Pixels for Landsat-based Evapotranspiration Estimation.  ASCE World Environmental and Water Resources Congress 2009.  Kansas City, KS.  Proceedings (CD).  11 p.

Kjaersgaard, J., **R.G. Allen**, A. Irmak, I. Ratcliffe, P. Ranade, R. Trezza, C.W. Robison.  2010. Estimating Distributed Soil Evaporation to Account for Background Evaporation Between Satellite Image Dates.  USGS Conference on Modeling.  June 7-11.  Denver, CO.  4 p.

**Allen,R.G.**, J.H. Kjaersgaard, R. Trezza, A. Oliveira, C. Robison,

I. Lorite-torres.  2010.  Refining components of a satellite based surface energy balance model to complex-land use systems.  Proceedings of Remote Sensing and Hydrology 2010 Symposium held at Jackson Hole, Wyoming, USA, September 2010,  IAHS Publ. 3XX, 2011. 3 p.

Kjaersgaard, J., **R.G. Allen**, R. Trezza, C.W. Robison, A. deOliveira, R. Dhungel and E Kra.  2010.  Filling Satellite Image Cloud Gaps to Create Complete Images of Evapotranspiration.  Proceedings of Remote Sensing and Hydrology 2010 Symposium held at Jackson Hole, Wyoming, USA, September 2010,  IAHS Publ. 3XX, 2011. 4 p.

**Allen, R.G.**, J. Hendrickx, W. Bastiaanssen, J. Kjaersgaard, Ayse Irmak, and J. Huntington.  2010.  Status and continuing challenges in operational remote sensing of ET.  Proceedings of the 5th National Decennial Irrigation Conference, ASABE and the Irrigation Association, Phoenix Convention Center, Phoenix, Arizona, December 5 - 8, 2010.  19 p.

**Allen, R.G.**, L.S. Pereira, T.A. Howell, and M.E. Jensen.  2010.  Recommended Documentation of Evapotranspiration Measurements and Associated Weather Data and a Review of Requirements for Accuracy. Proceedings of the 5th National Decennial Irrigation Conference, ASABE and the Irrigation Association, Phoenix Convention Center, Phoenix, Arizona, December 5 - 8, 2010.  39 p.

**Allen, R.G.** 2011.  Discussion on Producing Annual Evapotranspiration for the Upper Colorado River Commission.  Presentation to the Upper Colorado River Commission, Denver, CO.

**Allen, R.G.** 2012.  Field Scale Estimation of Evapotranspiration for Water Rights Management.  Western States Evapotranspiration Workshop, Boise, ID, October 24-26, funded by NASA.

**Allen, R.G.** 2012. Evapotranspiration from Landsat: Overview of Techniques and Applications.  Briefing to Office of Management and Budget and Office of Science and Technology Policy, Washington, D.C.  April 2012.

**Allen, R.G.**, William J. Kramber, and Anthony Morse. 2012. Mapping Evapotranspiration in Idaho  with Landsat.  Environment Defense Fund Conference on Remote Sensing of ET.  San Diego, CA.

Huntington, J.L., Morton, C., **Allen, R.**, Minor, King, D., Harrison, A., Spears, M., Thomas, J. (2012). Recent DRI Applications for Estimating Crop Consumptive Use across the Western U.S. using Traditional and Remote Sensing Methods.  U.S. Society for Irrigation and Drainage Annual Conference, Reno, NV, November 13-16.  [Invited Plenary Speaker]

Morton, C.,  Huntington, J.L., Minor, T., **Allen, R.**, Melton, F. (2012). Improving the Efficiency of Operational ET Estimates using METRIC.  Western States Evapotranspiration Workshop, Boise, ID, October 24-26, funded by NASA.

http://www.westernstatesetworkshop.com/wp-content/uploads/2012/11/et_workshop_2012_morton_metric.pdf.

Huntington, J., Morton, C., **Allen, R.**, Sullivan, A., Melton, F., Spears, M., Morse, T. (2012). Estimating ET from Irrigated Agriculture and Groundwater Discharge Areas with Remote Sensing and Weather Station Data. Remote Sensing Workshop, San Diego, CA,    . Funded by NASA, California Water Foundation, Water Education Foundation, Environmental Defense Fund. [Invited Expert Panel Speaker] (http://www.watereducation.org/userfiles/Remote_Sensing_Agenda.pdf)

**Allen, R.G.**, Justin Hungtington, Ayse Irmak, Ramesh Dhungel, Henk deBruin, A. Joros. 2013. Conditioning of NLDAS, NARR and arid weather station data to improve their representation of well-watered (reference) environments associated with irrigated agriculture. 2013 Amer. Meteorological Society Meeting, Austin, TX

**Allen, R.G.** 2013. Water, Energy and CO2 Flux Monitoring in Sagebrush, Invasive Cheatgrass and Lodgepole Pine Systems. Great Basin Conference, USGS. Jan 2013.

**Allen, R.** 2013. Landsat 8 Thermal – Retrieving Evapotranspiration as an Essential Climate Variable and Tool for Water Resources Management. Multitemp Conference, Banff, CA, June 2013 [Invited Speaker].

**Allen, R.**G., Wen Zhao, Henk deBruin, Matt Germino, V. Sridhar, Jeremy Greth,. 2013. Evapotranspiration and Surface Energy Balance for three Western US Wildland Vegetation Systems with Large Aperture Scintillometers. Tübingen Atmospheric Physics Symposium "Scintillometers and Applications" 7 - 9 Oct 2013, Tübingen, Germany.

**Allen, R.G.** and L.S. Pereira. 2013. Evapotranspiration Estimation with FAO56 Methodology: The Next Fifteen Years. CIGR, Bari, Italy Sept 10, 2013 [invited speaker]

**Allen, R.G.** 2013. How John Monteith's Formulation of the Penman-Monteith Equation Helped to Standardize the World of Reference Evapotranspiration. Amer. Soc. Agron. Annual Meeting, Tampa, FL, [Invited Speaker].

**Allen, R.G.** 2013. Accuracy, Uncertainty, and Limitations of Satellite-Based Remote Sensing of Evapotranspiration. Amer. Soc. Agron. Annual Meeting, Tampa, FL, [Invited Speaker].

**Allen, R.G. 2013.** Water Consumption from Satellite. Presentation to the Twin Falls Rotary Club, June 11, 2013.

Kilic, A., B. Kamble, C. Morton, **Allen, R.G.**, J. Huntington, C. Robison, I. Ratcliffe, R. Trezza, D. Thau, T. Erickson, N. Gorelic An Evapotranspiration Mapping Tool at Landsat Resolution on the Google Earth Engine: EEFlux, by The EEFlux Development Team:. Pecora 19 Remote Sensing Conference, Denver, CO, Nov. 2014.

Morton, C., J. Huntington, **Allen, R.G.**, A. Kilic, D. Thau, N.

Gorelic, B. Kamble,. R. Trezza, I. Ratcliffe. Implementation of NLDAS, GridMET, and STATSGO Data Layers on the Google Earth Engine:. Pecora 19 Remote Sensing Conference, Denver, CO, Nov. 2014.

Pun, Mahesh, A. Kilic, and **R. Allen**.  Impacts of Reprojection and Sampling of MODIS Satellite Images on Estimating Crop Evapotranspiration using the METRIC Tool.  Annual meeting of the American Geophysical Union, Dec. 2014

**Allen**, **R.G.**, Morton, C., Kamble, B., Kilic, A., Huntington, J., Thau, D., Gorelick, N., Erickson, T., Moore, R., Trezza, R. and Ratcliffe, I., 2015. EEFlux: A Landsat-based Evapotranspiration mapping tool on the Google Earth Engine. In 2015 ASABE/IA Irrigation Symposium: Emerging Technologies for Sustainable Irrigation-A Tribute to the Career of Terry Howell, Sr. Conference Proceedings (pp. 1-11). American Society of Agricultural and Biological Engineers.

**Allen**, **R.G.** and Jensen, M.E., 2015. ASCE Manual 70-Second Edition: Evaporation, Evapotranspiration and Irrigation Requirements. In 2015 ASABE/IA Irrigation Symposium: Emerging Technologies for Sustainable Irrigation-A Tribute to the Career of Terry Howell, Sr. Conference Proceedings (pp. 1-16). American Society of Agricultural and Biological Engineers.

**Allen**, **R.G.**, Kilic, A., Suyker, A. and Okalebo, J., 2015. Fitting measured evapotranspiration data to the FAO56 dual crop coefficient method. In 2015 ASABE/IA Irrigation Symposium: Emerging Technologies for Sustainable Irrigation-A Tribute to the Career of Terry Howell, Sr. Conference Proceedings (pp. 1-35). American Society of Agricultural and Biological Engineers.

**Allen**, R.G.  2015.  An historic overview of the Penman-Monteith equation and important applications in water management. 2015 Meeting of ASA, CSSA and SSSA, Minneapolis, MN.  Nov. 2015.

**Allen**, **R.G.**, A. Kilic and R. Trezza. 2016.  METRIC – Mapping evapotranspiration at high resolution with internalized calibration -- Consumptive use methodology overview.  Remote Sensing of Water Consumption Workshop for Philanthropic Organizations, Technology Companies, and Key Decision Makers.  NASA Ames, Mountain View, CA, March 24-25, 2016. 8 p.

**Allen**, **R.G.** and A. Kilic. 2016.  EEFlux – Google Earth Engine Evapotranspiration Flux -- Consumptive use methodology overview.  Remote Sensing of Water Consumption Workshop for Philanthropic Organizations, Technology Companies, and Key Decision Makers.  NASA Ames, Mountain View, CA, March 24-25, 2016. 6 p.

Kilic, A., **Allen**, **R.G.**, Blankenau, P., Revelle, P., Ozturk, D. and Huntington, J., 2021. Global production and free access to Landsat-scale Evapotranspiration with EEFlux and

eeMETRIC. In 6th Decennial National Irrigation Symposium, 6-8, December 2021, San Diego, California (p. 1). American Society of Agricultural and Biological Engineers. (peer reviewed).