# EXHIBIT D

| | |
|---|---|
| **From:** | Low, Elizabeth J. |
| **To:** | BDIP_Vineyard |
| **Cc:** | DG-E&J Gallo-Vineyard Invest |
| **Subject:** | VI v. Gallo - Disclosure of Richard Allen |
| **Date:** | Friday, September 10, 2021 6:21:17 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | R. Allen CV.pdf |
| | R. Allen - Exhibit A.pdf |

Counsel,

Pursuant to Paragraph 7.4 of the Stipulated Protective Order (ECF No. 43), Gallo discloses Dr. Richard Allen.  Dr. Allen is currently employed at the University of Idaho and is the Owner/Proprietor of Evapotranspiration Plus, LLC.   Attached is Dr. Allen's CV, which includes his employment history for the past five years, as well as Exhibit A to the Protective Orde.

Dr. Allen has been deposed in *Texas v. New Mexico*, U.S. Supreme Court No. 141, Original on behalf of the State of New Mexico.  He does not have any patents, has not been listed on any patents, nor has any monetary interest in any patents.  Consistent with the provisions set forth in the Stipulated Protective Order, please let us know if Plaintiff has any objection to the disclosure of Protected Material to Dr. Allen.

Regards,
Beth

**Elizabeth J. Low**
Associate



Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063
o  +1 650 752 3166
f   +1 650 471 6075
ELow@goodwinlaw.com

