UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>        Plaintiff,<br><br>  v.<br><br>E. & J. GALLO WINERY,<br><br>        Defendant. | Case No. 19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING STIPULATED CASE SCHEDULE**<br><br>**(Doc. 95)** |

Pending before the Court is the parties' Joint Scheduling Proposal and Joint Status Report Re Settlement Conference Dates (Doc. 95).  For good cause shown, the Court ORDERS that the parties' proposed case schedule is ADOPTED as follows:

| Event | Deadline |
|---|---|
| Completion of all document productions and written discovery, including: (1) document productions and (2) interrogatory responses relevant to the asserted claims as construed. | October 27, 2023 |
| Completion of Non- Expert Discovery (including all fact discovery depositions | January 31, 2024 |
| Expert Disclosures | March 13, 2024 |
| Rebuttal Expert Disclosures | April 17, 2024 |
| Completion of Expert Discovery | May 15, 2024 |
| Non-Dispositive Motion Filing Deadline | May 31, 2024 |
| Deadline to Hear Non-Dispositive Motions | July 10, 2024 |
| Dispositive Motion Filing Deadline | June 14, 2024 |
| Dispositive Motion Hearing Deadline | July 24, 2024 |
| Pre-Trial Conference | September 23, 2024, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge |

ORDER GRANTING STIPULATED CASE SCHEDULE
CASE NO. 19-CV-1482

| Event | Deadline |
|---|---|
| Trial | November 19, 2024, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Court Judge |

As the parties have indicated that a settlement conference would be productive at this point in the case, **by no later than August 4, 2023**, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to schedule a settlement conference.  An "Order re Settlement Conference" will be issued prior to the settlement conference setting forth the requirements for the conference.

IT IS SO ORDERED.

Dated:   **July 28, 2023**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

2

ORDER GRANTING STIPULATED CASE SCHEDULE
CASE NO. 19-CV-1482