UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>            Plaintiff,<br><br>   v.<br><br>E. & J. GALLO WINERY,<br><br>            Defendant. | Case No. 19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT DEADLINES**<br><br>Judge:    Hon. Jennifer L. Thurston<br>Courtroom: 4 |

Pending before the Court is the Stipulation Continuing Case Management Deadlines (the "Stipulation") (Doc. 103) filed by Plaintiff Vineyard Investigations ("Plaintiff") and Defendant E. & J. Gallo Winery ("Defendant") (collectively, the "Parties"). For good cause shown, the Court GRANTS the Stipulation and ORDERS that the July 28, 2023, Order Granting Stipulated Case Schedule (Doc. 98), is amended as follows:

| Event | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Completion of all document productions and written discovery, including: (1) document productions and (2) interrogatory responses relevant to the asserted claims as construed | October 27, 2023 | December 22, 2023 |
| Completion of Non-Expert Discovery (including all fact discovery depositions | January 31, 2024 | February 23, 2024 |
| Opening Expert Disclosures | March 13, 2024 | No change |
| Rebuttal Expert Disclosures | April 17, 2024 | No change |
| Completion of Expert Discovery | May 15, 2024 | No change |
| Non-Dispositive Motion Filing Deadline | May 31, 2024 | No change |
| Dispositive Motion Filing Deadline | June 14, 2024 | No change |
| Deadline to Hear Non-Dispositive Motions | July 24, 2024 | No change |
| Dispositive Motion Hearing Deadline | July 24, 2024 | No change |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to Provide Proposed Settlement Conference Dates | August 4, 2023 | August 21, 2024 |
| Pre-Trial Conference | September 23, 2024, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | No change |
| Trial | November 19, 2024, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | No change |

Counsel are to meet and confer and discuss the advantages of and possibilities for settlement with each other, and with their respective clients, to help ensure that a Settlement Conference will be productive. **By no later than August 21, 2024**, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to schedule a settlement conference. An "Order re Settlement Conference" will be issued prior to the settlement conference setting forth the requirements for the conference.

IT IS SO ORDERED.

Dated:   **November 1, 2023**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

2
ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT DEADLINES
CASE NO. 19-CV-1482