**JONES DAY**
THARAN GREGORY LANIER (SBN 138784)
tglanier@jonesday.com
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: +1 650.739.3939

**JONES DAY**
JENNIFER D. BENNETT (SBN 235196)
jenniferbennett@jonesday.com
MATTHEW CHUNG (SBN 339854)
mchung@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939

TIMOTHY J. BUCHANAN (SBN 100409)
tbuchanan@mccormickbarstow.com
SHANE G. SMITH (SBN 272630)
ssmith@mccormickbarstow.com
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
7647 North Fresno Street
Fresno, CA 93720
Tel.: +1 559 433 1300
Fax: +1 559 433 2300

Attorneys for Defendant
E. & J. Gallo Winery

Corey Johanningmeier (SBN 251297)
Brenda Entzminger (SBN 226760)
Denise De Mory (SBN 168076)
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
cjohanningmeier@bdiplaw.com
benzminger@bdiplaw.com
ddemory@bdiplaw.com

Attorneys for Plaintiff
Vineyard Investigations

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>Plaintiff,<br><br>v.<br><br>E. & J. GALLO WINERY,<br><br>Defendant. | Case No. 1:19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT DEADLINES**<br><br>**(Doc. 110)**<br><br>Judge:   Hon. Jennifer L. Thurston<br>Courtroom: 4 |

Pending before the Court is the Stipulation Continuing Case Management Deadlines (the "Stipulation") filed by Plaintiff Vineyard Investigations ("Plaintiff") and Defendant E. & J. Gallo Winery ("Defendant") (collectively, the "Parties").  (Doc. 110.)  For good cause shown, the Court GRANTS the Stipulation and ORDERS that the November 1, 2023, Order Granting Stipulated Case Schedule (Doc. 104) is MODIFIED as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of all document productions and written discovery, including: (1) document productions and (2) interrogatory responses relevant to the asserted claims as construed | December 22, 2023 | March 29, 2024 (nunc pro tunc) |
| Completion of Non-Expert Discovery (including all fact discovery depositions | February 23, 2024 | June 7, 2024 (nunc pro tunc) |
| Opening Expert Disclosures | March 13, 2024 | July 3, 2024 |
| Rebuttal Expert Disclosures | April 17, 2024 | August 2, 2024 |
| Completion of Expert Discovery | May 15, 2024 | August 30, 2024 |
| Non-Dispositive Motion Filing Deadline | May 31, 2021 | September 13, 2024 |
| Dispositive Motion Filing Deadline | June 14, 2024 | September 20, 2024 |
| Deadline to Hear Non- | July 24, 2024 | November 6, 2024[1] |

---

[1] As Magistrate Judge Oberto conducts civil motion hearings on Wednesdays, the date has been continued accordingly.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Dispositive Motions | | |
| Dispositive Motion Hearing Deadline | July 24, 2024 | November 4, 2024 |
| Pre-Trial Conference | September 23, 2024, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | January 27, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge |
| Trial | November 19, 2024, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | March 25, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge |

Counsel are to meet and confer and discuss the advantages of and possibilities for settlement with each other, and with their respective clients, to help ensure that a Settlement Conference will be productive. **By no later than December 19, 2024**, or 90 days before trial, whichever is later, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to schedule a settlement conference.  An "Order re Settlement Conference" will be issued prior to the settlement conference setting forth the requirements for the conference.

IT IS SO ORDERED.

Dated:   **February 26, 2024**                        /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE