Corey Johanningmeier (SBN 251297)
Brenda Entzminger (SBN 226760)
Denise De Mory (SBN 168076)
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
cjohanningmeier@bdiplaw.com
ddemory@bdiplaw.com
bentzminger@bdiplaw.com


Attorneys for Plaintiff
Vineyard Investigations

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>   Plaintiff,<br><br>  v.<br><br>E. & J. GALLO WINERY,<br><br>   Defendant. | Case No. 1:19-cv-01482-JLT-SKO<br><br>**NOTICE OF JOINT REQUEST TO SEAL DOCUMENTS** |

Notice is hereby given that, pursuant to Local Rule 141, Plaintiff Vineyard Investigations and Defendant E. & J. Gallo (collectively, "the Parties") submitted to the Court (1) a Joint Request to Seal Documents, (2) Proposed Order, (3) supporting Declaration of Matthew Chung, (4) a Rule 251 Joint Statement Regarding Discovery Dispute with redacted content to be sealed; and (5) documents with redactions to be sealed, paginated as 1 through 189.  These documents were submitted via electronic mail to Magistrate Judge Sheila K. Oberto's proposed orders e-mail box, and were served on all other parties.

As set forth further in the Joint Request to Seal Documents, good cause exists to seal the material requested by the parties because these documents contain and/or refer to confidential, proprietary information regarding a company's policies and business operations.  *See, e.g*., *Zavala v. Greatbanc Trust Company*, No. 1:19-cv-00239-DAD-SKO, 2022 WL 17830231, at \*2 (E.D. Cal. Dec. 20, 2022) (recommending requests to seal be granted where materials contained confidential, proprietary information regarding defendant's policies and business operations) (*quoting Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)).

Specifically, some of the material marked for redactions in these documents pertain to confidential business information such as sales figures and non-public information regarding Gallo's vineyards. *See* Chung Declaration in support of Joint Request to Seal at 2-5. Other redacted information pertain to confidential technical information related to Gallo's irrigation systems. *See id.*  These include detailed walkthroughs on how Gallo's irrigation systems operate and images and descriptions of how Gallo's irrigation systems are constructed. Further, Exhibits 7-9 are requested to be sealed in their entirety because they are confidential documents produced by Gallo that go into significant detail regarding Gallo's confidential research and development for its vineyards. *See id.* at 2-3.

The parties' request here is narrowly tailored to protect information belonging to Gallo which it has designated as confidential and/or highly confidential proprietary business information, and is therefore of the type that courts have found to be meet the good cause standard for sealing.  *See, e.g.*, *Zavala*, 2022 WL 17830231, at \*2.

NOTICE OF JOINT REQUEST TO SEAL                    -1-                    CASE NO.: 1:19-cv-01482-JLT-SKO

Additionally, pursuant to the Stipulated Protective Order granted by this Court, these materials were designated by Gallo as "Confidential" and/or "Highly Confidential-Attorneys' Eyes Only."  (ECF 43 at 7, 12-14).

Dated: April 30, 2024

By:  */s/ Corey Johanningmeier*
Corey Johanningmeier

Corey Johanningmeier (SBN 251297)
Brenda Entzminger (SBN 226760)
Denise De Mory (SBN 168076)
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, California 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
cjohanningmeier@bdiplaw.com
bentzminger@bdiplaw.com
ddemory@bdiplaw.com

Attorneys for Plaintiff
**Vineyard Investigations**

NOTICE OF JOINT REQUEST TO SEAL                -2-                CASE NO.: 1:19-cv-01482-JLT-SKO