1

**JONES DAY**
THARAN GREGORY LANIER (SBN 138784)
tglanier@jonesday.com
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: +1 650.739.3939

**JONES DAY**
JENNIFER D. BENNETT (SBN 235196)
jenniferbennett@jonesday.com
MATTHEW CHUNG (SBN 339854)
mchung@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939

TIMOTHY J. BUCHANAN (SBN 100409)
tbuchanan@mccormickbarstow.com
SHANE G. SMITH (SBN 272630)
ssmith@mccormickbarstow.com
**MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP**
7647 North Fresno Street
Fresno, CA 93720
Tel.: +1 559 433 1300
Fax: +1 559 433 2300

Attorneys for Defendant
E. & J. Gallo Winery

Corey Johanningmeier (SBN 251297)
Brenda Entzminger (SBN 226760)
Denise De Mory (SBN 168076)
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
cjohanningmeier@bdiplaw.com
benzminger@bdiplaw.com
ddemory@bdiplaw.com

Attorneys for Plaintiff
Vineyard Investigations

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>Plaintiff,<br><br>v.<br><br>E. & J. GALLO WINERY,<br><br>Defendant. | Case No. 19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT DEADLINES**<br><br>**(Doc. 130)**<br><br>Judge:    Hon. Jennifer L. Thurston<br>Courtroom:  4 |

Pending before the Court is the Stipulation Continuing Case Management Deadlines (the "Stipulation") (Doc. 130) filed by Plaintiff Vineyard Investigations ("Plaintiff") and Defendant E. & J. Gallo Winery ("Defendant") (collectively, the "Parties"). For good cause shown, the Court GRANTS the Stipulation and ORDERS that the case schedule (Doc. 111) is MODIFIED as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of Non-Expert Discovery (including all fact discovery depositions | June 7, 2024 | November 15, 2024 (*nunc pro tunc*) |
| Opening Expert Disclosures | July 3, 2024 | December 13, 2024 |
| Rebuttal Expert Disclosures | August 2, 2024 | January 31, 2025 |
| Completion of Expert Discovery | August 30, 2024 | February 28, 2025 |
| Non-Dispositive Motion Filing Deadline | September 13, 2024 | March 28, 2025 |
| Dispositive Motion Filing Deadline | September 20, 2024 | April 11, 2025 |
| Deadline to Hear Non-Dispositive Motions | November 6, 2024 | May 7, 2025 |
| Dispositive Motion Hearing Deadline | November 4, 2024 | May 23, 2025 |
| Pre-Trial Conference | January 27, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United | August 11, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge |

1

| Event | Current Deadline | New Deadline |
|-------|------------------|--------------|
| | States District Judge | |
| Trial | March 25, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | November 10, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge |

Counsel are to meet and confer and discuss the advantages of and possibilities for settlement with each other, and with their respective clients, to help ensure that a Settlement Conference will be productive. **By no later than August 12, 2025**, or 90 days before trial, whichever is later, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to schedule a settlement conference. An "Order re Settlement Conference" will be issued prior to the settlement conference setting forth the requirements for the conference.

IT IS SO ORDERED.

Dated:   **June 26, 2024**                    */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT DEADLINES
CASE NO. 19-CV-1482