**JONES DAY**
THARAN GREGORY LANIER (SBN 138784)
tglanier@jonesday.com
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: +1 650.739.3939

**JONES DAY**
JENNIFER D. BENNETT (SBN 235196)
jenniferbennett@jonesday.com
MATTHEW CHUNG (SBN 339854)
mchung@jonesday.com
555 California Street, 26th Floor
San Francisco, California  94104
Telephone:    +1 415.626.3939

**JONES DAY**
ALEXIS SMITH (SBN 274429)
asmith@jonesday.com
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: +1 213.489.3939

Attorneys for Defendant
E. & J. Gallo Winery

**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
TIMOTHY J. BUCHANAN (SBN 100409)
tbuchanan@mccormickbarstow.com
SHANE G. SMITH (SBN 272630)
ssmith@mccormickbarstow.com
7647 North Fresno Street
Fresno, CA 93720
Tel.: +1 559 433 1300
Fax: +1 559 433 2300

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **VINEYARD INVESTIGATIONS,** | **Case No. 1:19-cv-01482-JLT-SKO** |
| **Plaintiff,** | **NOTICE OF JOINT REQUEST TO SEAL DOCUMENTS** |
| **v.** | |
| **E. & J. GALLO WINERY,** | |
| **Defendant.** | |

MOTION TO DISQUALIFY MARK GREENSPAN
1:19-cv-01482-JLT-SKO

Notice is hereby given that, pursuant to Local Rule 141, Plaintiff Vineyard Investigations and Defendant E. & J. Gallo (collectively, "the Parties") submitted to the Court (1) a Joint Request to Seal Documents, (2) Proposed Order, (3) supporting Declaration of Matthew Chung, and (4) documents requested to be sealed, paginated as 1 through 367. These documents were submitted via electronic mail to Magistrate Judge Sheila K. Oberto's proposed orders e-mail box, and were served on all other parties.

As set forth further in the Joint Request to Seal Documents, good cause exists to seal the material requested by the parties because these documents contain and/or refer to confidential, proprietary information regarding a company's policies and business operations. *See, e.g., Zavala v. Greatbanc Trust Company*, No. 1:19-cv-00239-DAD-SKO, 2022 WL 17830231, at *2 (E.D. Cal. Dec. 20, 2022) (recommending requests to seal be granted where materials contained confidential, proprietary information regarding defendant's policies and business operations) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)).

Specifically, the documents to be sealed pertain to non-public information regarding Gallo's vineyards and business practices. See Chung Declaration at 2-3. The excerpts from VI's Preliminary Infringement Contentions and Amended Preliminary Infringement Contentions include confidential technical information related to Gallo's irrigation systems. See id.  These include detailed walkthroughs on how Gallo's irrigation systems operate and images and descriptions of how Gallo's irrigation systems are constructed. Further, Exhibits B and C to the Lewis Declaration are requested to be sealed in their entirety because they are confidential Gallo employee handbooks. See id. This information in the handbooks are information related to internal operations and constitute commercially sensitive information.  Additionally, the parties have agreed to work together to file a redacted version of the Joint Statement Regarding Gallo's Motion to Disqualify Vineyard Investigations' Expert Dr. Mark Greenspan that only redacts the information therein that is confidential and not elsewhere disclosed.

The parties' request here is narrowly tailored to protect information belonging to Gallo which it has designated as confidential and/or highly confidential proprietary business information, and is therefore of the type that courts have found to be meet the good cause

1                   MOTION TO DISQUALIFY MARK GREENSPAN
                              1:19-cv-01482-JLT-SKO

standard for sealing.  See, e.g., Zavala, 2022 WL 17830231, at *2.

Additionally, pursuant to the Stipulated Protective Order granted by this Court, these materials were designated by Gallo as "Confidential" and/or "Highly Confidential-Attorneys' Eyes Only." (ECF 43 at 7, 12-14).

Dated: November 6, 2024                    Respectfully submitted,

By:  /s/ Matthew Chung
Matthew Chung

**JONES DAY**
THARAN GREGORY LANIER (SBN 138784)
tglanier@jonesday.com
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: +1 650.739.3939

**JONES DAY**
JENNIFER D. BENNETT (SBN 235196)
jenniferbennett@jonesday.com
MATTHEW CHUNG (SBN 339854)
mchung@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939

**JONES DAY**
ALEXIS SMITH (SBN 274429)
asmith@jonesday.com
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: +1 213.489.3939

**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
Timothy J. Buchanan (SBN 100409)
tbuchanan@Mccormickbarstow.com
Shane G. Smith (SBN 272630)
ssmith@Mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Tel.: (559) 433-1300
Fax: (559) 433-2300

Attorneys for Defendant
**E. & J. Gallo Winery**

MOTION TO DISQUALIFY MARK GREENSPAN
1:19-cv-01482-JLT-SKO