**JONES DAY**
THARAN GREGORY LANIER (SBN 138784)
tglanier@jonesday.com
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: +1 650.739.3939

**JONES DAY**
JENNIFER D. BENNETT (SBN 235196)
jenniferbennett@jonesday.com
MATTHEW CHUNG (SBN 339854)
mchung@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939

TIMOTHY J. BUCHANAN (SBN 100409)
*tbuchanan@mccormickbarstow.com*
SHANE G. SMITH (SBN 272630)
*ssmith@mccormickbarstow.com*
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
7647 North Fresno Street
Fresno, CA 93720
Tel.: +1 559 433 1300
Fax: +1 559 433 2300

Attorneys for Defendant
E. & J. Gallo Winery

Corey Johanningmeier (SBN 251297)
Brenda Entzminger (SBN 226760)
Denise De Mory (SBN 168076)
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
cjohanningmeier@bdiplaw.com
benzminger@bdiplaw.com
ddemory@bdiplaw.com

Attorneys for Plaintiff
Vineyard Investigations

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>Plaintiff,<br><br>v.<br><br>E. & J. GALLO WINERY,<br><br>Defendant. | Case No. 19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING JOINT MOTION CONTINUING CASE MANAGEMENT DEADLINES**<br><br>**(Doc. 153)**<br><br>Judge:    Hon. Jennifer L. Thurston<br>Courtroom: 4 |

Pending before the Court is the Joint Administrative Motion regarding certain case schedule deadlines filed by Plaintiff Vineyard Investigations and Defendant E. & J. Gallo Winery. (Doc. 153.) For good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the Court GRANTS the Joint Motion and ORDERS that the case schedule (Doc. 131) is MODIFIED as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Expert Disclosures | December 13, 2024 | February 7, 2025 |
| Rebuttal Expert Disclosures | January 31, 2025 | March 21, 2025 |
| Completion of Expert Discovery | February 28, 2025 | April 4, 2025 |
| Non-Dispositive Motion Filing Deadline | March 28, 2025 | April 18, 2025 |
| Dispositive Motion Filing Deadline | April 11, 2025 | April 18, 2025 |
| Deadline to Hear Non-Dispositive Motions | May 7, 2025 | May 28, 2025[1] |
| Dispositive Motion Hearing Deadline | May 23, 2025 | May 30, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | August 12, 2025 | August 12, 2025, or 90 days before trial, whichever is later |
| Pre-Trial Conference | August 11, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | August 25, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge[2] |

---

[1] Magistrate Judge Oberto hears civil motions on Wednesdays at 9:30 a.m. The date has been adjusted accordingly.
[2] Although the parties did not request an enlargement of the pretrial conference, an enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

1

ORDER GRANTING JOINT MOTION CONTINUING CASE MANAGEMENT DEADLINES
CASE NO. 19-CV-1482

| Event | Current Deadline | New Deadline |
|---|---|---|
| Trial | November 10, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | November 10, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge (no change) |

IT IS SO ORDERED.

Dated:   **December 13, 2024**             /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE