**JONES DAY**
THARAN GREGORY LANIER (SBN 138784)
tglanier@jonesday.com
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: +1 650.739.3939

**JONES DAY**
JENNIFER D. BENNETT (SBN 235196)
jenniferbennett@jonesday.com
MATTHEW CHUNG (SBN 339854)
mchung@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939

TIMOTHY J. BUCHANAN (SBN 100409)
*tbuchanan@mccormickbarstow.com*
SHANE G. SMITH (SBN 272630)
*ssmith@mccormickbarstow.com*
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
7647 North Fresno Street
Fresno, CA 93720
Tel.: +1 559 433 1300
Fax: +1 559 433 2300

Attorneys for Defendant
E. & J. Gallo Winery

Corey Johanningmeier (SBN 251297)
Brenda Entzminger (SBN 226760)
Denise De Mory (SBN 168076)
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
cjohanningmeier@bdiplaw.com
benzminger@bdiplaw.com
ddemory@bdiplaw.com

Attorneys for Plaintiff
Vineyard Investigations

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>Plaintiff,<br><br>v.<br><br>E. & J. GALLO WINERY,<br><br>Defendant. | Case No. 1:19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING STIPULATED MOTION CONTINUING CASE MANAGEMENT DEADLINES**<br><br>(Doc. 161) |

Pending before the Court is the Joint Stipulated Motion, (Doc. 161), regarding certain case schedule deadlines filed by Plaintiff Vineyard Investigations ("Plaintiff") and Defendant E. & J. Gallo Winery ("Defendant") (collectively, the "Parties"). For good cause shown, the Court GRANTS the Motion and ORDERS that the February 3, 2025 Order setting case deadlines (Doc. 159) is amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Expert Disclosures | March 28, 2025 | April 4, 2025 |
| Rebuttal Expert Disclosures | April 18, 2025 | May 2, 2025 |
| Completion of Expert Discovery | May 2, 2025 | May 12, 2025 |
| Non-Dispositive Motion Filing Deadline | May 14, 2025 | May 14, 2025 (no change) |
| Dispositive Motion Filing Deadline | May 19, 2025 | May 19, 2025 (no change) |
| Deadline to Hear Non-Dispositive Motions | June 18, 2025 | June 18, 2025 (no change) |
| Dispositive Motion Hearing Deadline | June 23, 2025 | June 23, 2025 (no change) |
| Deadline to Provide Proposed Settlement Conference Dates | August 12, 2025, or 90 days before trial, whichever is later | August 12, 2025, or 90 days before trial, whichever is later (no change) |
| Pre-Trial Conference | September 15, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | September 15, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge (no change) |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial | November 12, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge (per Dkt. 160) | November 12, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge (no change) |

IT IS SO ORDERED.

Dated:   **March 17, 2025**                            /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE