UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>E. & J. GALLO WINERY,<br><br>    Defendant. | Case No. 19-cv-1482-JLT-SKO<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**(Doc. 166)**<br><br>Judge:    Hon. Jennifer L. Thurston<br>              Hon. Sheila K. Oberto<br><br>Courtroom: 7, 6th Floor |

Pending before the Court is the Joint Administrative Motion (Doc. 166) regarding certain case schedule deadlines jointly filed by Plaintiff Vineyard Investigations and Defendant E. & J. Gallo Winery. For good cause shown, the Court GRANTS the Motion and ORDERS that the March 17, 2025 Order Granting Stipulated Case Schedule (Doc. 162) is MODIFIED as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Opening Expert Disclosures | April 4, 2025 | April 15, 2025 |
| Rebuttal Expert Disclosures | May 2, 2025 | May 6, 2025, except that Gallo's Rebuttal re: damages is due May 23, 2025 |
| Completion of Expert Discovery | May 12, 2025 | May 16, 2025, except the deadline for Gallo's damages expert deposition shall be May 30, 2025 |
| Non-Dispositive Motion Filing Deadline | May 14, 2025 | May 14, 2025 (no change) |
| Dispositive Motion Filing Deadline | May 19, 2025 | May 19, 2025 (no change) |
| Deadline to Hear Non-Dispositive Motions | June 18, 2025 | June 18, 2025 (no change) |
| Dispositive Motion Hearing Deadline | June 23, 2025 | June 23, 2025 (no change) |
| Deadline to Provide Proposed Settlement Conference Dates | August 12, 2025, or 90 days before trial, whichever is later | August 12, 2025, or 90 days before trial, whichever is later (no change) |
| Pre-Trial Conference | September 15, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | September 15, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District |

1

ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 19-CV-1482

| Event | Current Deadline | Amended Deadline |
|---|---|---|
|  |  | Judge (no change) |
| Trial | November 12, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge (per Doc. 160) | November 12, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge (no change) |

IT IS SO ORDERED.

Dated:  **April 11, 2025**                    /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE

2

ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 19-CV-1482