1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                FRESNO DIVISION

11

12   VINEYARD INVESTIGATIONS,              Case No. 19-cv-1482-JLT-SKO

13              Plaintiff,                 **ORDER GRANTING PARTIES' JOINT
                                           STIPULATION re ADMINISTRATIVE**
14        v.                               **RELIEF**

15   E. & J. GALLO WINERY,                 (Doc. 170)

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

Pending before the Court is the Joint Motion to Continue the Case Management Deadlines regarding certain case schedule deadlines jointly filed by Plaintiff Vineyard Investigations and Defendant E. & J. Gallo Winery (Doc. 170). For good cause shown, it is hereby **ORDERED** that the following dates set forth in the April 10, 2025 Scheduling Order, (Doc. 167), are **VACATED** and **CONTINUED** according to the revised schedule below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of the Deposition of Dr. Greenspan | May 16, 2025 | May 20, 2025 |
| Completion of the Deposition of Damages Experts | May 16, 2025- May 30, 2025 | June 3, 2025 |
| Deadline for Gallo to File Dispositive Motions | May 19, 2025 | May 22, 2025 |
| Deadline for Vineyard Investigations to Oppose Dispositive Motions | June 2, 2025 | June 2, 2025 (no change) |
| Deadline for Gallo to Reply to Dispositive Motions | June 12, 2025 | June 12, 2025 (no change) |
| Dispositive Motion Hearing Deadline | June 23, 2025 | June 30, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | August 12, 2025, or 90 days before trial, whichever is later | August 12, 2025, or 90 days before trial, whichever is later (no change) |
| Pre-Trial Conference | September 15, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | September 22, 2025, at 1:30 p.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge |

030262-000134 11639116.1

1

ORDER GRANTING JOINT STIPULATION FOR ADMINISTRATIVE RELIEF
CASE NO. 19-CV-1482

| Event | Current Deadline | New Deadline |
|-------|-----------------|--------------|
| Trial | November 12, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge | November 18, 2025, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge |

IT IS SO ORDERED.

Dated:   __May 13, 2025__              _____/s/ *Sheila K. Oberto*_____
                                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION FOR ADMINISTRATIVE RELIEF
CASE NO. 19-CV-1482