# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINEYARD INVESTIGATIONS, <br><br> Plaintiff, <br><br> v. <br><br> E. & J. GALLO WINERY, <br><br> Defendant. | Case No. 1:19-cv-01482-JLT-SKO <br><br> [~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL DOCUMENTS |

## [~~PROPOSED~~] ORDER

Now before the Court is Defendant's Request to Seal Documents. Having considered the briefing, supporting papers, and documents requested to be sealed, the Court concludes that the need to maintain the confidentiality of corporate trade secrets constitute compelling reason to seal redactions in documents identified in the table below:

| Exhibit | Document to be Sealed | Ruling |
|---|---|---|
| 1 | Excerpts of Gallo's Supplemental Objections & Responses to Vineyard Investigations' Amended First Set of Interrogatories (Mar. 14, 2025) | |
| 2 | Excerpts of the Deposition of Luis Sanchez dated 11/13/2024 | |
| 3 | Excerpts of the Deposition of Nick Dokoozlian dated 12/17/2024 | |
| 4 | Excerpts of the Expert Report of Mark Greenspan (on Infringement) dated April 15, 2025 | |
| A | Excerpts of the Rebuttal Expert Report of Dr. David | |

| | Zoldoske on Non-infringement dated May 6, 2025 | |

The Court further concludes that the same compelling reason exists to seal in their entirety documents identified in the table below:

| Exhibit | Document to be Sealed | Ruling |
|---|---|---|
| 6 | Map of Livingston Block 123 (EJGALLO00000315) | |
| 7 | Vineyard Water Use: Zonal Classification – Colony 2A Presentation (EJGALLO00001761) | |
| 10 | Netafim VRDI Installation Report (EJGALLO00002222) | |
| 11 | Gallo VRDI Presentation (EJGALLO00004642) | |
| 12 | Gallo VRDI Presentation (EJGALLO00004999) | |
| 16 | IBM Irrigation Schedule Calculations (EJGALLO00043807) | |
| 17 | Variable Rate Irrigation Presentation by Brent Sams (EJGALLO00044553) | |
| 18 | VRDI – Updating Irrigation Plans for Netafim System (EJGALLO00046949) | |
| 23 | Automated Scheduling of Variable Rate Drip Irrigation Presentation (EJGALLO00049281) | |
| 28 | Waterbit Valve Scheduling Handbook (EJGALLO00049562) | |
| 29 | Barrelli Creek A48 Irrigation Schedule Calculations (EJGALLO00049570) | |
| 30 | Borden Hills 455 Irrigation Schedule Calculations (EJGALLO00049574) | |
| 31 | Environmental Analytics – Variable Rate Micro-Irrigation Presentation (EJGALLO00001819) | |

**Within two court days**, the documents approved by this order for filing under seal **SHALL** be emailed to ApprovedSealed@caed.uscourts.gov. Each document must be submitted in PDF format and be no larger than 10 MB.

IT IS SO ORDERED.

   Dated:   **May 28, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE