| | |
|---|---|
| **JONES DAY**<br>THARAN GREGORY LANIER (SBN 138784)<br>tglanier@jonesday.com<br>1755 Embarcadero Road<br>Palo Alto, California 94303<br>Telephone: +1 650.739.3939<br><br>**JONES DAY**<br>JENNIFER D. BENNETT (SBN 235196)<br>jenniferbennett@jonesday.com<br>MATTHEW CHUNG (SBN 339854)<br>mchung@jonesday.com<br>555 California Street, 26th Floor<br>San Francisco, California 94104<br>Telephone:    +1 415.626.3939<br><br>**JONES DAY**<br>ALEXIS SMITH (SBN 274429)<br>asmith@jonesday.com<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: +1 213.489.3939<br><br>Attorneys for Defendant<br>E. & J. Gallo Winery | **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**<br>TIMOTHY J. BUCHANAN (SBN 100409)<br>tbuchanan@mccormickbarstow.com<br>SHANE G. SMITH (SBN 272630)<br>ssmith@mccormickbarstow.com<br>7647 North Fresno Street<br>Fresno, CA 93720<br>Tel.: +1 559 433 1300<br>Fax: +1 559 433 2300 |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>             Plaintiff,<br><br>       v.<br><br>E. & J. GALLO WINERY,<br><br>             Defendant. | Case No. 1:19-cv-01482-JLT-SKO<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANT'S REPLY** |

**[PROPOSED] ORDER**

Now before the Court is Defendant's Request to Seal Documents. Having considered the briefing, supporting papers, and documents requested to be sealed, the Court concludes that the need to maintain the confidentiality of corporate trade secrets constitutes a compelling reason to seal the documents identified in the table below:

| Exhibit | Document to be Sealed |
|---------|----------------------|
| 32 | Excerpts from the transcript of the deposition of Mark Greenspan, taken May 20, 2025. |
| 33 | Excerpts of Plaintiff Vineyard Investigations' Preliminary Infringement Contentions and Exhibits |
| 34 | Additional excerpts of the Expert Report of Mark Greenspan, dated April 15, 2025 |

Within two court days, the documents approved by this order for filing under seal SHALL be emailed to ApprovedSealed@caed.uscourts.gov. Each document must be submitted in PDF format and be no larger than 10 MB.

IT IS SO ORDERED.

Dated:   **June 17, 2025**

UNITED STATES DISTRICT JUDGE