# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>  Plaintiff,<br><br>  v.<br><br>E. & J. GALLO WINERY,<br><br>  Defendant. | Case No. 1:19-cv-01482-JLT-SKO<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S OPPOSITION** |

**[PROPOSED] ORDER**

Now before the Court is Plaintiff Vineyard Investigations' Request to File Documents Under Seal. Having considered the briefing, supporting papers, and documents requested to be sealed, the Court concludes that the need to maintain the confidentiality of corporate trade secrets constitutes a compelling reason to seal the documents identified in the table below:

| Exhibit | Document to be Sealed |
|---|---|
| N/A | Plaintiff Vineyard Investigations' Opposition to Defendant E&J Gallo's Motion for Summary Judgment |
| N/A | Plaintiff Vineyard Investigations' Objections and Responses to Defendant E&J Gallo's Statement of Undisputed Facts in Support of Plaintiff's Opposition to Defendant Gallo's Motion for Summary Judgment |

| | | |
|---|---|---|
| | N/A | Plaintiff Vineyard Investigations' Statement of Additional Disputed Facts in Support of its Opposition to Defendant Gallo's Motion for Summary Judgment |
| | A to Declaration of Dr. Mark Greenspan | Infringement Report of Dr. Mark Greenspan, dated April 15, 2025 |
| | 4 | Defendant Gallo's Supplemental Responses to VI's Amended First Set of Interrogatories (Nos. 1-9) |
| | 5 | 2020 Technical Research Team Charter Review, "Impact of Precision Irrigation on Vineyard Performance" by Luis Sanchez and Nick Dokoozlian (EJGALLO00000342) |
| | 6 | Deposition Transcript of Nick Dokoozlian, December 14, 2024 |
| | 7 | Deposition Transcript of Luis Sanchez, November 13, 2024 |
| | 8 | VRDI Commercialization (EJGALLO00004642) |
| | 9 | Deposition Transcript of David Zoldoske, Ph.D., May 13, 2025 |
| | 11 | WaterBit Automated Irrigation (EJGALLO00002337) |
| | 12 | Deposition Transcript of Brent Sams, December 16, 2024 |
| | 13 | Deposition Transcript of Mark Greenspan, Ph.D., May 20, 2025 |
| | 15 | Rebuttal Expert Report of Dr. David Zoldoske, May 6, 2025 |
| | 16 | Email correspondence from Nick Dokoozlian, dated May 8, 2019 |
| | 17 | WaterBit & Netafim Overview (EJGALLO00003495) |
| | 18 | Deposition Transcript of Rule 30(b)(6) Designee Paul Skinner, Ph.D., December 10, 2024 |
| | 19 | Variable Rate Irrigation Approach for Wine Grapes in California (EJGALLO00051804) |

| | | |
|---|---|---|
| 20 | Soil Moisture Pilot Study (EJGALLO00053580) | |
| 23 | Managing Vineyard Variability with Variable Rate Irrigation: A Proof-of-Concept Protoype for Perennial Crops (EJGALLO00043732) | |
| 25 | Variable Rate Irrigation (EJGALLO00044553) | |
| 27 | Effect of a Variable Rate Irrigation Strategy on the Variability of Crop Production in Wine Grapes in California (EJGALLO00043222) | |
| 29 | Irrigation Sets (EJGALLO00047362) | |
| 31 | Gallo internal diagram showing VRDI system and installation (EJGALLO00000315) | |
| 32 | VRDI G2 – Updating Irrigation Programs (EJGALLO00003361) | |
| 33 | Gallo internal diagram showing VRDI system and installation (EJGALLO00003387) | |
| 34 | Vineyard Technology Update (EJGALLO00000673) | |
| 35 | Defendant Gallo's Supplemental Responses to VI's Amended Second Set of Interrogatories (Nos. 10-18) | |
| 36 | 2021 Technical Research Team Review, Impact of Precision Irrigation on Vineyard Performance (EJGALLO00000418) | |
| 37 | Deposition transcript of Alan Reynolds | |

Within two court days, the documents approved by this order for filing under seal SHALL be emailed to ApprovedSealed@caed.uscourts.gov. Each document must be submitted in PDF format and be no larger than 10 MB.

IT IS SO ORDERED.

Dated: **June 17, 2025**

UNITED STATES DISTRICT JUDGE