Corey Johanningmeier (SBN 251297)
Brenda Entzminger (SBN 226760)
Denise De Mory (SBN 168076)
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
cjohanningmeier@bdiplaw.com
ddemory@bdiplaw.com
bentzminger@bdiplaw.com

Attorneys for Plaintiff
Vineyard Investigations

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| VINEYARD INVESTIGATIONS,<br><br>         Plaintiff,<br><br>   v.<br><br>E. & J. GALLO WINERY,<br><br>         Defendant. | Case No. 1:19-cv-01482-JLT-SKO<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF VINEYARD INVESTIGATIONS' REQUEST FOR CLARIFICATION REGARDING JUNE 16, 2025 MINUTE ORDER AND PRETRIAL SCHEDULE**

1    Plaintiff Vineyard Investigations respectfully requests clarification concerning the 2 Court's June 16, 2025 Minute Order, and its effect on the current schedule for Pretrial 3 Conference (September 22, 2025) and Trial (November 12, 2025).  D.I. 171; D.I. 182.  Counsel 4 for Vineyard Investigations discussed and previewed this submission with counsel for Gallo, 5 who indicated that Gallo did not wish to join the request for clarification.

6    The Court's June 16, 2025 Order noted that it would likely be six or more months, well 7 after the current trial date, before the Court can decide Gallo's summary judgment motion 8 submission—because of the ongoing unreasonable judicial workload present in this district. 9 Vineyard Investigations understands and is sympathetic to the Court's situation.

10    That Order also directed the parties to consider Magistrate consent for the Motion.  The 11 parties conferred but have not agreed to consent.  The parties have agreed, however, to a 12 settlement conference before Magistrate Oberto, and are currently working on setting a date for 13 that conference.  D.I. 194.

14    Vineyard Investigations seeks clarification regarding whether the Court may wish to 15 vacate the Pretrial Conference currently scheduled.  In addition to the work involved for the 16 Court, pretrial disclosures and the preparation of a Joint Pretrial Statement would involve 17 significant time and expense for the parties over the coming weeks.  Vineyard Investigations 18 believes it would be advantageous to both parties, and the Court, to complete this work and incur 19 this expense after the contemplated settlement conference, and certainly closer to the time that 20 the Court may be able to hold a trial in this matter.

21    Vineyard Investigations respectfully requests clarification whether the Court's 22 scheduled pretrial conference on September 22, 2025 will be continued to a future date.

23

24 August 25, 2025

25

26                                        By:  /s/ Corey Johanningmeier
27                                        Corey Johanningmeier (SBN 251297)
                                          Brenda Entzminger (SBN 226760)
28                                        Denise De Mory (SBN 168076)
                                          **BUNSOW DE MORY LLP**

REQUEST FOR CLARIFICATION                -1-

701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
cjohanningmeier@bdiplaw.com
bentzminger@bdiplaw.com
ddemory@bdiplaw.com


Attorneys for Plaintiff
**Vineyard Investigations**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 25, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                */s/ Corey Johanningmeier*
                                                Corey Johanningmeier